UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

v.

ALPHONS IACOBELLI,

    Defendant.

and

UAW-CHRYSLER SKILL DEVELOPMENT
AND TRAINING PROGRAM,

    Petitioner.
_____/

Hon. Paul D. Borman
Case No. 17-CR-20406

Misc. Case No. 18-MC-51223

### Affidavit of Waiver of Appearance of Alphons Iacobelli

I hereby waive my right to be present at the hearing scheduled for January 31, 2019 at 9:00 a.m in the above referenced matter.

_____
Alphons Iacobelli

Jan. 16, 2019
Date

Sworn to me before this 16th day of January 2019.

_____
Name: C Turner   Title: Case Mgr.
Authorized by Act of July 7, 1955
As Amended to Administer Oaths
(18 USC 4004)

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

Dated: January 16, 2019

*/S/ David F. DuMouchel*
DAVID F. DuMOUCHEL (P25658)
dumouchd@butzel.com