UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               Hon. Paul D. Borman

v.

                             Case No. 17-CR-20406

ALPHONS IACOBELLI,

                             Misc. Case No. 18-MC-51223

        Defendant.

_____/

**EXHIBIT INDEX – THE NTC'S SUPPLEMENTAL BRIEF**

1.    Memorandum 9 - 1985

2.    Memorandum 9 - 2007

3.    Memorandum 9 – 2011

4.    Memorandum 9 – 2015

5.    Articles of Incorporation – UAW – Chrysler Skill Development and Training Program

6.    Old web page

7.    NTC Update – Fall 2018

8.    NTC Bill dated 6/28/07 (Liability)

9.    *U.S. v. Daly*, 2012 U.S. Dist. LEXIS 11395, at *10-11 (D. Conn. 2012)

{H0628292.1}