UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Petition of:                                    Case Number 18-51223

UAW-CHRYSLER SKILL DEVELOPMENT         Honorable Paul D. Borman
AND TRAINING PROGRAM,

In the Matter of:

UNITED STATES OF AMERICA,                 Case Number 17-20406

    v.

D-2 ALPHONS IACOBELLI,

    Defendant.
_____/

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| B | October 20, 2014, Letter from Stevenson Keppelman Associates to Susan Gilmore Fultz of the Employee Benefits Security Administration |
| C | March 30, 2015, Letter from Stevenson Keppelman Associates to Meghann Wilkinson of the Employee Benefits Security Administration |
| D | NTC Earnings, Expenditures & Reserve Balance Chart (1999-2014 Fiscal Years) |
| E | September 2015 Fiat Chrysler Automobiles Unpublished Letter |