

National Training Center (NTC) Earnings, Expenditures & Reserve Balance 1999 – 2014 Fiscal Years