UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**INDEX OF GOVERNMENT EXHIBITS**

| <u>Exhibit</u> | <u>Description</u> |
|---|---|
| A | NTC Complaint |
| B | October 20, 2014 Letter (without exhibits) |
| C | March 20, 2015 Letter |
| D | NTC Earnings, Expenditures & Reserve Balance Chart |
| E | September 2015 Unpublished Letter |
| F | October 20, 2014 Letter (with exhibits) |
| G | July 1, 2014 Draw Request |
| H | August 5, 2014 Draw Request |