**Veith Terri (FCA)**

| | |
|---|---|
| **From:** | Hoxsie Neal (FCA) |
| **Sent:** | Tuesday, July 01, 2014 2:14 PM |
| **To:** | Palmer Richard (FCA) |
| **Cc:** | Bradshaw Darren (FCA); Hawkins Sherri (FCA); Brummitt Jr Joseph (FCA) |
| **Subject:** | Approval Request - UAW Chrysler Training Center - May 2014 - $2.9M |
| **Attachments:** | UAW - Chrysler National Training Center - May 2014 $2,900,000.pdf |

Richard,

Attached is the UAW National Training Center funding request for the period of May in the amount of $2,900,000. In reviewing the expenses it represents operating expenses, with the exception of a few small sponsorship/donations.

**Sponsorships and Donations**
Abundant Care Training Services – Community Support Initiative $40,000
Aston Fund – Community Service Initiative $5,000
Brightmoor Christian Church – Made in Detroit Auto & Motorcycle Show and BBQ $3,500
Keeping the Dream Alive – Golf Outing benefitting the United Nations Millennium Development Goals and Global Peace & Justice $15,000
Labor Heritage Foundation – Labor & Civil Rights $5,000

Your approval is required for the draw of $2,900,000.

Please let me know if you require more information.

Neal E. Hoxsie
Chrysler Group LLC
Sr Mgr. – Sales and Marketing Finance & Financial Planning and Analysis
Office 248 512 3370
Cell 248 425 8618

1

15-1-187_000156

# Check/Payment Request

| | |
|---|---|
| Vendor Code: _____ (CID) | Reference or Invoice Number: **172837** (Required) |
| | Reference or Invoice Date: **5/28/2014** |
| | Tax ID: **38-2691478** (Required for 1099 Reporting) |

Payable To: **UAW- Chrysler National Training Center**

**First Independence Bank**
Address
**Acct. 0101000610**
Address

City | State/Province | Country | Zip/Postal Code

[ ] RETURN CHECK  [ ] Mail Check  [ ] EFT  [X] Wire

**Return Check To:**

Name: _____
CIMS Number: _____ Phone No: _____ (Outside or Tieline) Date Required: _____

*(Please note: "Return Check To" requests must include two copies of the check request (original & 1 copy))*

**Explanation:**
Operating Funds for May 2014
UAW-Chrysler National Training Center
First Independence Bank - 44 Michigan Avenue, Detroit MI 48226

Amount: **$ 2,900,000**   Currency: [X] US  [ ] CAD

**Issued By:**
Name: **Durden** (Last) **Jerome** (First)
Signature: X _Jerome Durden_   Date: **5-28-14**

**Approved By:** (Individual must have Signature form on file)
Name: **Iacobelli** (Last) **Alphons** (First)
Signature: X _Alphons Iacobelli_   Date: **5-28-2014**

**Financial Approval:** (Required for expenditures over $3,000.00)
Name: _____ (First)
Signature: X _____ Date: _____

| Legal Entity | Profit Center | Account | Cost Center | En/Project/WO | Amount |
|---|---|---|---|---|---|
| G589 | 1129 | 29700063 | | | $ 2,900,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

15-1-187_000157

Chrysler Group LLC

| Request Date: | 5/28/2014 | | | | | | |
|---|---|---|---|---|---|---|---|
| Organization Name: | UAW Chrysler National Training Center | | | | | | |

| No. | Supplier | Pre-Petition Y/N | Budget Category | Amount ($000's) | Disbursement Date (Cash Outlay) | Period Covered | Reason for Disbursement | Method of Payment | Payment System |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A R Repairs Baker's Kneads | N | Services | 0.93 | 6/5/2014 | April 2014 | Coffee maker repairs | EFT | Treasury |
| 2 | Aaron-Warnock Multi Maintenance | N | Services | 3.02 | 5/26/2014 | April 2014 | Repairs at Kokomo Center | EFT | Treasury |
| 3 | Abundant Care Training Services | N | Services | 40.00 | 5/12/2014 | April 2014 | Donation | EFT | Treasury |
| 4 | ADP Inc | N | Services | 1.35 | 6/5/2014 | March & April 2014 | Payroll Processing | EFT | Treasury |
| 5 | Alro Steel Corp. | N | Services | 0.53 | 6/19/2014 | April 2014 | Materials for STR training | EFT | Treasury |
| 6 | American Interiors | N | Services | 11.35 | 5/12/2014 | April 2014 | Furniture and file cabinets for WCMA | EFT | Treasury |
| 7 | Aon Risk Services | N | Services | 13.44 | 5/19/2014 | June 2014 | June premium | EFT | Treasury |
| 8 | Ashton Fund | N | Services | 5.00 | 6/12/2014 | April 2014 | Sponsorship | EFT | Treasury |
| 9 | AT&T | N | Services | 17.09 | 5/19/2014 | March & April 2014 | Telephone service for NTC/TTC | EFT | Treasury |
| 10 | ATG Learning | N | Services | 5.00 | 6/26/2014 | April 2014 | IT training Robert Hocking | EFT | Treasury |
| 11 | Avaya Financial Svcs | N | Services | 6.80 | 5/28/2014 | March & April 2014 | Telephone system lease and maintenance | EFT | Treasury |
| 12 | Bem Landscaping | N | Services | 4.67 | 5/12/2014 | March & April 2014 | Snow Removal & Lawn care at TTC | EFT | Treasury |
| 13 | Board of Water Commissioners | N | Services | 2.71 | 5/28/2014 | March & April 2014 | Water and Sewerage - Detroit | EFT | Treasury |
| 14 | Brightmoor Christian Church | N | Services | 3.50 | 6/5/2014 | April 2014 | Sponsorship | EFT | Treasury |
| 15 | Busy Bee Hardware | N | Services | 1.82 | 6/12/2014 | April & May 2014 | Maintenance supplies | EFT | Treasury |
| 16 | Canon Financial | N | Services | 13.56 | 6/19/2014 | April & May 2014 | Copier lease and service | EFT | Treasury |
| 17 | Carol's Car Wash | N | Services | 0.84 | 6/5/2014 | April 2014 | NTC vehicle maintenance | EFT | Treasury |
| 18 | Central Alarm Signal | N | Services | 11.59 | 5/12/2014 | March & April 2014 | NTC security cameras and console | EFT | Treasury |
| 19 | Chrysler Corp LLC | N | Labor | 213.57 | 6/19/2014 | April 2014 | Labor to support the NTC | EFT | Treasury |
| 20 | Cintas | N | Services | 0.60 | 6/26/2014 | March & April 2014 | Uniforms and floor mats | EFT | Treasury |
| 21 | City of Detroit | N | Services | 1.50 | 6/26/2014 | May 2014 | Parking lot lease | EFT | Treasury |
| 22 | City of Warren - Water Dept. | N | Services | 0.98 | 6/5/2014 | March & April 2014 | Water and Sewerage - Warren | EFT | Treasury |
| 23 | Comcast Cable | N | Services | 2.87 | 6/19/2014 | March & April 2014 | Cable service | EFT | Treasury |
| 24 | Consumers Energy | N | Services | 11.53 | 5/12/2014 | April 2014 | | EFT | Treasury |
| 25 | Dell Marketing L P | N | Services | 2.27 | 5/19/2014 | April 2014 | Toner cartridges | EFT | Treasury |
| 26 | Detroit Chemical and Paper | N | Services | 4.95 | 5/12/2014 | April 2014 | Sanitation supplies | EFT | Treasury |
| 27 | DirecTV | N | Services | 0.54 | 6/26/2014 | March & April 2014 | Satellite subscription services | EFT | Treasury |
| 28 | Door Solutions | N | Services | 2.14 | 6/5/2014 | May 2014 | Doors for TTC Warehouse | EFT | Treasury |
| 29 | DTE Energy | N | Services | 41.53 | 6/26/2014 | March & April 2014 | Electrical Usage - Detroit & Warren | EFT | Treasury |
| 30 | Duke Energy | N | Services | 0.98 | 6/12/2014 | April 2014 | Electrical Usage - Kokomo Center | EFT | Treasury |
| 31 | DW Sales | N | Services | 8.74 | 5/19/2014 | March & April 2014 | Supplies for skilled trades training | EFT | Treasury |
| 32 | Dwight Company | N | Services | 0.36 | 5/12/2014 | April 2014 | Toner cartridges | EFT | Treasury |
| 33 | Eastern Michigan University | N | Services | 3.21 | 4/19/2014 | April 2014 | Confined space rescue training | EFT | Treasury |
| 34 | Eddie's Pizza | N | Services | 0.76 | 6/19/2014 | May 2014 | Lunch for STR classes | EFT | Treasury |
| 35 | Eradico Services | N | Services | 0.41 | 6/5/2014 | April & May 2014 | Pest Control | EFT | Treasury |
| 36 | Excelerated Learning | N | Services | 32.80 | 6/26/2014 | April & May 2014 | Training and instruction @ TTC | EFT | Treasury |
| 37 | First Impressions | N | Services | 2.03 | 5/12/2014 | March & April 2014 | Security at Detroit and Warren Locations | EFT | Treasury |
| 38 | Frazz Forklifts | N | Services | 1.91 | 5/12/2014 | May 2014 | Cleaning and maintenance | EFT | Treasury |
| 39 | Grainger | N | Services | 3.76 | 6/5/2014 | April 2014 | Forklift tires | EFT | Treasury |
| 40 | Guardian Environmental | N | Services | 7.03 | 5/28/2014 | April & May 2014 | Maintenance supplies | EFT | Treasury |
| 41 | Guardian-Guard Services | N | Services | 47.13 | 6/12/2014 | March & April 2014 | HVAC parts and labor | EFT | Treasury |
| 42 | Hamlin Corner | N | Services | 93.15 | 6/19/2014 | April & May 2014 | Catering Services - WCMA | EFT | Treasury |
| 43 | Hampton Inns | N | Services | 4.50 | 6/5/2014 | April & May 2014 | Lodging - Kokomo and Rockford IL | EFT | Treasury |
| 44 | H-O-H Water Technology | N | Services | 1.25 | 6/19/2014 | April 2014 | Water treatment NTC | EFT | Treasury |
| 45 | Hotel St. Regis | N | Services | 5.85 | 5/5/2014 | April & May 2014 | Apprentice lodging | EFT | Treasury |
| ## | Howard County Treasurer | N | Services | 10.08 | 5/19/2014 | April 2014 | Property Taxes Kokomo Center | EFT | Treasury |
| ## | IBM | N | Services | 2.99 | 5/28/2014 | April & May 2014 | NTC Firewall | EFT | Treasury |
| ## | International Union, UAW | N | Labor | 746.17 | 5/28/2014 | February & March 2014 | February and March 2014 | EFT | Treasury |
| ## | Iron Mountain | N | Services | 0.50 | 6/12/2014 | March 2014 | Off site data storage | EFT | Treasury |
| ## | Jerome Hill | N | Services | 23.73 | 6/5/2014 | 1st Qtr 2014 | Legal services | EFT | Treasury |
| ## | JT Brothers Construction | N | Services | 2.76 | 6/19/2014 | May 2014 | Painting at Assessment Center | EFT | Treasury |
| ## | Keeping the Dream Alive | N | Services | 15.00 | 6/5/2014 | May 2014 | Sponsorship | EFT | Treasury |
| ## | Kokomo Cleaning | N | Services | 2.44 | 6/26/2014 | April & May 2014 | Janitorial services at Kokomo - Kokomo | EFT | Treasury |
| ## | Kokomo Glass Shop | N | Services | 0.67 | 6/12/2014 | April 2014 | Replacement window - Kokomo | EFT | Treasury |
| ## | Kone | N | Services | 0.24 | 6/5/2014 | April 2014 | Elevator maintenance and repair | EFT | Treasury |
| ## | Labor Heritage Foundation | N | Services | 5.00 | 5/5/2014 | April 2014 | Sponsorship | EFT | Treasury |
| ## | Lardner Elevator | N | Services | 2.30 | 6/26/2014 | Mar Apr May 2014 | Elevator testing and inspection | EFT | Treasury |

Chrysler Group LLC

Request Date: 5/28/2014
Organization Name: UAW Chrysler National Training Center

| No. | Supplier | Pre-Petition Y/N | Budget Category | Amount ($000's) | Disbursement Date (Cash Outlay) | Period Covered | Reason for Disbursement | Method of Payment | Payment System |
|---|---|---|---|---|---|---|---|---|---|
| #### | Macomb Community College | N | Services | $10.00 | 6/5/2014 | April & May 2014 | STR training and instruction | EFT | Treasury |
| #### | Mancino Florist | N | Services | $1.54 | 5/12/2014 | April 2014 | Floral arrangements/fruit basket | EFT | Treasury |
| #### | National Management Systems | N | Services | $1.07 | 5/19/2014 | March & April 2014 | Waste Removal | EFT | Treasury |
| #### | New Horizons | N | Services | $2.48 | 6/5/2014 | May 2014 | IT Training - Michael Beck | EFT | Treasury |
| #### | Nipsco | N | Services | $2.93 | 5/12/2014 | April 2014 | Gas/fuel for Kokomo center | EFT | Treasury |
| #### | O/E Learning | N | Services | $38.89 | 5/19/2014 | April 2014 | Apprentice H & S training & Project cards | EFT | Treasury |
| #### | Office Depot | N | Services | $4.63 | 5/5/2014 | March & April 2014 | Office Supplies | EFT | Treasury |
| #### | Office Express | N | Services | $1.77 | 5/28/2014 | March 2014 | Office Supplies | EFT | Treasury |
| #### | Phaseplace | N | Services | $0.41 | 5/12/2014 | May 2014 | Hardware/Webpage | EFT | Treasury |
| #### | Plastierra | N | Services | $0.32 | 5/19/2014 | April 2014 | Forklift purchase | EFT | Treasury |
| #### | Powerline Equipment | N | Services | $13.40 | 5/28/2014 | April 2014 | Forklift purchase | EFT | Treasury |
| #### | Praxair Distribution | N | Services | $3.77 | 6/5/2014 | March & April 2014 | Welding supplies/gases - STR classes | EFT | Treasury |
| #### | Propane Services | N | Services | $0.10 | 6/12/2014 | April 2014 | Propane cylinder rental | EFT | Treasury |
| #### | Ray Electric | N | Services | $0.97 | 6/26/2014 | May 2014 | Supplies for auditorium and parking lot | EFT | Treasury |
| #### | Sehi Computer Products | N | Services | $10.79 | 6/19/2014 | April 2014 | Software, memory, etc. | EFT | Treasury |
| #### | Siemens Industries | N | Services | $1.21 | 6/5/2014 | April 2014 | Fire Alarm repair | EFT | Treasury |
| #### | Speedway SuperAmerica | N | Services | $2.04 | 6/12/2014 | April 2014 | Fuel for NTC vehicles | EFT | Treasury |
| #### | Sprint | N | Services | $1.31 | 6/26/2014 | April & May 2014 | BSC Communications | EFT | Treasury |
| #### | Stanley Convergent Security Solutions | N | Services | $1.68 | 6/12/2014 | April 2014 | Security monitoring - Kokomo | EFT | Treasury |
| #### | TECHED | N | Services | $96.24 | 6/5/2014 | March & April 2014 | Skilled Trades instruction and training | EFT | Treasury |
| #### | Techmode | N | Services | $1.87 | 5/19/2014 | April & May 2014 | Telephone support services | EFT | Treasury |
| #### | Technical Welding | N | Services | $30.67 | 6/12/2014 | April 2014 | Skilled Trades Instruction and training | EFT | Treasury |
| #### | Tonk | N | Services | $206.50 | 6/5/2014 | Mar. Apr. May 2014 | A/V Services for NTC | EFT | Treasury |
| #### | Tuition Assistance Program | N | Services | $450.00 | 6/12/2014 | Mar. Apr. & May 2014 | Tuition payments to schools | EFT | Treasury |
| #### | UAW-Chrysler NTC | N | Labor | $560.00 | 5/26/2014 | April & May 2014 | Payroll for NTC employees | EFT | Treasury |
| #### | UNUM Life Insurance | N | Services | $2.68 | 6/12/2014 | May 2014 | Insurance for NTC employees | EFT | Treasury |
| #### | Verizon Wireless | N | Services | $5.52 | 5/19/2014 | Mar. Apr. May 2014 | Wireless telephone services | EFT | Treasury |
| | Total | | | $2,963,135 | | | | | |

15-1-187_000159