**Veith Terri (FCA)**

| | |
|---|---|
| **From:** | Hoxsie Neal (FCA) |
| **Sent:** | Tuesday, August 05, 2014 9:51 AM |
| **To:** | Palmer Richard (FCA) |
| **Cc:** | Brummitt Jr Joseph (FCA); Hawkins Sherri (FCA); Bradshaw Darren (FCA) |
| **Subject:** | Approval Request - UAW National Training Center - $3,875,000 |
| **Attachments:** | Scanned from a Xerox Multifunction Device.pdf |

Richard,

Attached is the UAW National Training Center July funding request covering expenses primarily from April through July in the amount of $3,875,000. This request is higher than the average request of around $2.5M as the June monthly request for Operating Expenses was not processed and there are some one-time expenses listed below:

One-time expenses
Commercial Contracting Corporation - Renovations at the Warren Facility - $90,570 Reefer Peterbuilt Metro - Purchase of a Semi tractor - $153,333 Southfield Dodge - Purchase of a RAM 4500 - $51,009 Sponsorship of AquaPalooza Event in Macomb County - $50,000 Tonic LLC - Audio/visual/vent Services for Plant Town Hall series and video creation - $297,290

Sponsorships and Donations included in this request:
A. Phillip Randolph Institute $7,350
Golf Outing - Region 2B - $5,000
Golf Outing - Region 1 - $5,000
Golf Outing - Region 1A - $5,000
Golf Outing - Region 1D - $5,000
Golf Outing - Region 9 - $5,000
Golf Outing - Region 4 - $5,000
Just Foundation - Golf Outing - $5,000
LCLAA National Office - Labor Council for Latin American Advancement - $5,000

Your approval is required for the draw of $3,875,000.

Please let me know if you require more information.

Neal E. Hoxsie
Chrysler Group LLC
Sr Mgr. – Sales and Marketing Finance & Financial Planning and Analysis Office 248 512 3370 Cell 248 425 8618

1

Submitted Under a Request for Confidentiality by FCA US LLC

# Check/Payment Request

Vendor Code: _____ (CID)

Reference or Invoice Number: __172838__
Required
Reference or Invoice Date: __7/18/2014__

Tax ID: __38-2691478__
(Required for 1099 Reporting)

Payable To: __UAW- Chrysler National Training Center__

__First Independence Bank__
Address
__Acct. 0101000610__
Address

City | State/Province | Country | Zip/Postal Code

[ ] RETURN CHECK [ ] Mail Check [ ] EFT [X] Wire

Return Check To:

Name: _____
CIMS Number: _____ Phone No: _____ (Outside or Tieline) Date Required: _____

(Please note: "Return Check To" requests must include two copies of the check request (original & 1 copy))

**Explanation:**
Operating Funds for July 2014
UAW-Chrysler National Training Center
First Independence Bank - 44 Michigan Avenue, Detroit MI 48226

Amount: $ 3,875,000     Currency: [X] US  [ ] CAD

**Issued By:**
Name: __Durden__  __Jerome__
        Last    First
Signature: X  *Jerome Durden*     Date: 7/18/14

**Approved By:** (Individual must have Signature form on file)
Name: __Iacobelli__  __Alphons__
        Last    First
Signature: X  *Alphons D. Iacobelli*     Date: 7-18-2014

**Financial Approval:** (Required for expenditures over $3,000.00)
Name: _____
Signature X _____  Date: _____

| Legal Entity | Profit Center | Account | Cost Center | Ea/Project/WO | Amount |
|---|---|---|---|---|---|
| G589 | 1129 | 29700063 | | | $ 3,875,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

15-1-187_000141

Chrysler Group LLC

Request Date: 7/17/2014
Organization Name: UAW Chrysler National Training Center

| No. | Supplier | Pre-Petition Y/N | Budget Category | Amount ($000's) | Disbursement Date (Cash Outlay) | Period Covered | Reason for Disbursement | Method of Payment | Payment System |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A.R Repairs Baker's Kneads | N | Services | $ 0.23 | 7/31/2014 | April 2014 | Coffee maker repairs | EFT | Treasury |
| 2 | A. Philip Randolph Institute | N | Services | $ 7.35 | 8/29/2014 | June 2014 | Conf registration and sponsorship | EFT | Treasury |
| 3 | A.S.C. | N | Services | $ 1.73 | 8/15/2014 | June 2014 | Auditorium upgrades | EFT | Treasury |
| 4 | ABC Warehouse | N | Services | $ 3.00 | 7/31/2014 | June 2014 | TV for WCMA | EFT | Treasury |
| 5 | ADP Inc. | N | Services | $ 1.26 | 8/8/2014 | May & June 2014 | Payroll Processing | EFT | Treasury |
| 6 | Alro Steel Corp. | N | Services | $ 0.23 | 8/22/2014 | June 2014 | Materials for STR training | EFT | Treasury |
| 7 | American Interiors | N | Services | $ 2.28 | 8/15/2014 | June 2014 | Stools for WCMA | EFT | Treasury |
| 8 | Aon Risk Services | N | Services | $ 13.44 | 8/15/2014 | July 2014 | June premium | EFT | Treasury |
| 9 | Articulate | N | Services | $ 2.24 | 7/31/2014 | June 2014 | EAP software | EFT | Treasury |
| 10 | AT&T | N | Services | $ 15.56 | 8/19/2014 | May & June 2014 | Telephone service for NTC/TTC | EFT | Treasury |
| 11 | Avaya Financial Svcs | N | Services | $ 10.20 | 8/29/2014 | May & June 2014 | Telephone system lease and maintenance | EFT | Treasury |
| 12 | Beckley Office Equipment | N | Services | $ 0.28 | 8/22/2014 | June 2014 | Office Supplies - Kokomo | EFT | Treasury |
| 13 | Bert Landscaping | N | Services | $ 13.21 | 8/15/2014 | May & June 2014 | Snow removal & Lawn care at TTC | EFT | Treasury |
| 14 | Board of Water Commissioners | N | Services | $ 5.32 | 8/28/2014 | May & June 2014 | Water and Sewerage - Detroit | EFT | Treasury |
| 15 | Busy Bee Hardware | N | Services | $ 0.50 | 8/15/2014 | May & June 2014 | Maintenance supplies | EFT | Treasury |
| 16 | Canon Financial | N | Services | $ 32.27 | 8/22/2014 | May & June 2014 | Copier lease and service | EFT | Treasury |
| 17 | Cam.Asphalt Services | N | Services | $ 5.00 | 8/8/2014 | June 2014 | Parking lot repaving - Detroit location | EFT | Treasury |
| 18 | Central Alarm Signal | N | Services | $ 4.05 | 8/15/2014 | May & June 2014 | NTC security maintenance | EFT | Treasury |
| 19 | Chrysler Corp LLC | N | Labor | $ 228.55 | 8/22/2014 | May 2014 | Labor to support the NTC | EFT | Treasury |
| 20 | Cintas | N | Services | $ 1.98 | 8/29/2014 | May & June 2014 | Uniforms and floor mats | EFT | Treasury |
| 21 | City of Warren - Water Dept. | N | Services | $ 2.02 | 8/8/2014 | May & June 2014 | Water and Sewerage - Warren | EFT | Treasury |
| 22 | Clean Care Professionals | N | Services | $ 3.33 | 8/15/2014 | May & June 2014 | Cleaning Services | EFT | Treasury |
| 23 | Comcast Cable | N | Services | $ 5.80 | 8/22/2014 | May & June 2014 | Cable service | EFT | Treasury |
| 24 | Commercial Contracting Corporation | N | Services | $ 90.57 | 7/31/2014 | May 2014 | Building contractor services | EFT | Treasury |
| 25 | Community Caring | N | Services | $ 5.00 | 8/15/2014 | June 2014 | Sponsorship - Region 1 golf outing | EFT | Treasury |
| 26 | Consumers Energy | N | Services | $ 1.54 | 8/8/2014 | June 2014 | Natural gas service at TTC | EFT | Treasury |
| 27 | Cronshaw Paving | N | Services | $ 37.50 | 8/8/2014 | June 2014 | Parking lot repaving - Kokomo | EFT | Treasury |
| 28 | Detroit Chemical and Paper | N | Services | $ 8.08 | 8/22/2014 | June 2014 | Maintenance supplies | EFT | Treasury |
| 29 | Directors Charitable Fund | N | Services | $ 5.00 | 7/31/2014 | June 2014 | Sponsorship - Region 28 golf outing | EFT | Treasury |
| 30 | DirecTV | N | Services | $ 0.80 | 8/29/2014 | April 2014 | Traffic subscription services | EFT | Treasury |
| 31 | DTE Energy | N | Services | $ 107.33 | 8/29/2014 | May & June 2014 | Electric service - Detroit & Warren | EFT | Treasury |
| 32 | Duke Energy | N | Services | $ 2.09 | 8/15/2014 | June 2014 | Electric service - Kokomo Center | EFT | Treasury |
| 33 | DW Sales | N | Services | $ 11.70 | 8/22/2014 | June 2014 | Supplies for STR Flower training | EFT | Treasury |
| 34 | Dwight Company | N | Services | $ 14.95 | 8/29/2014 | June 2014 | Toner cartridges | EFT | Treasury |
| 35 | Eddie's Pizza | N | Services | $ 2.60 | 8/15/2014 | June 2014 | Lunch for STR classes | EFT | Treasury |
| 36 | Eradico Services | N | Services | $ 0.57 | 8/22/2014 | May 2014 | Pest Control | EFT | Treasury |
| 37 | Excelerated Learning | N | Services | $ 51.80 | 8/29/2014 | May & June 2014 | Training and instruction @ TTC | EFT | Treasury |
| 38 | Fire Systems of Michigan | N | Services | $ 0.75 | 7/31/2014 | May 2014 | Fire Inspections | EFT | Treasury |
| 39 | G.I.V.E.S. Foundation | N | Services | $ 5.00 | 8/15/2014 | June 2014 | Sponsorship Region 1A golf outing | EFT | Treasury |
| 40 | Gardner White Furniture | N | Services | $ 4.85 | 8/15/2014 | June 2014 | Office Furniture | EFT | Treasury |
| 41 | Grainger | N | Services | $ 3.99 | 8/8/2014 | May & June 2014 | Maintenance supplies | EFT | Treasury |
| 42 | Guardian Environmental | N | Services | $ 30.04 | 8/29/2014 | May 2014 | HVAC parts and labor | EFT | Treasury |
| 43 | Guardian Guard Services | N | Services | $ 30.88 | 8/15/2014 | May & June 2014 | Security at Detroit and Warren Locations | EFT | Treasury |
| 44 | Hamlin Corner | N | Services | $ 200.81 | 8/22/2014 | May & June 2014 | Catering Services - WCMA | EFT | Treasury |
| 45 | Hampton Inns | N | Services | $ 2.19 | 8/8/2014 | April, May & June 2014 | Lodging - Kokomo and Rockford IL | EFT | Treasury |
| 46 | Hayes Brothers | N | Services | $ 9.11 | 7/31/2014 | May & June 2014 | Repairs at Kokomo Center | EFT | Treasury |
| 47 | IBM | N | Services | $ 1.50 | 8/29/2014 | June 2014 | NTC Firewall | EFT | Treasury |
| 48 | International Union, UAW | N | Labor | $ 742.80 | 8/22/2014 | April & May 2014 | April & May 2014 | EFT | Treasury |
| 49 | Iron Mountain | N | Services | $ 1.00 | 8/15/2014 | May 2014 | Off site data storage | EFT | Treasury |
| 50 | JT Brothers Construction | N | Services | $ 3.04 | 7/31/2014 | June 2014 | Painting | EFT | Treasury |
| 51 | Julie Art Studio | N | Services | $ 2.99 | 8/8/2014 | June 2014 | Floral arrangements | EFT | Treasury |
| 52 | JUST Foundation | N | Services | $ 5.00 | 7/31/2014 | June 2014 | Sponsorship - golf outing | EFT | Treasury |
| 53 | Kokomo Cleaning | N | Services | $ 2.35 | 8/29/2014 | May & June 2014 | Janitorial services at Kokomo | EFT | Treasury |
| 54 | Kons | N | Services | $ 1.38 | 8/8/2014 | June 2014 | HVAC parts and labor | EFT | Treasury |
| 55 | Labor Assistance Professionals | N | Services | $ 13.52 | 8/15/2014 | June 2014 | Elevator maintenance and repair | EFT | Treasury |
| 56 | Landner Elevator | N | Services | $ 1.49 | 8/29/2014 | May & June 2014 | Elevator testing and inspection | EFT | Treasury |
| 57 | LCLAA National Office | N | Services | $ 5.50 | 8/8/2014 | July 2014 | Convention sponsorship | EFT | Treasury |

Chrysler Group LLC

Request Date: 7/17/2014
Organization Name: UAW Chrysler National Training Center

| No. | Supplier | Pre-Petition Y/N | Budget Category | Amount ($000's) | Disbursement Date (Cash Outlay) | Period Covered | Reason for Disbursement | Method of Payment | Payment System |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Macomb Community College | N | Services | $ 55.48 | 8/8/2014 | May & June 2014 | STR training and instruction | EFT | Treasury |
| 59 | Mancuso Florist | N | Services | $ 0.58 | 8/15/2014 | June 2014 | Floral arrangements/fruit basket | EFT | Treasury |
| 60 | MLS Signs | N | Services | $ 10.35 | 8/29/2014 | June 2014 | Signage for WCMA | EFT | Treasury |
| 61 | Motorcity Hotel | N | Services | $ 19.56 | 8/8/2014 | June 2014 | Lodging - Region 5 conference | EFT | Treasury |
| 62 | National Management Systems | N | Services | $ 1.50 | 8/22/2014 | May & June 2014 | UAW Region 1D golf outing | EFT | Treasury |
| 63 | No Greater Calling | N | Services | $ 5.00 | 7/31/2014 | May 2014 | Office Supplies | EFT | Treasury |
| 64 | Office Depot | N | Services | $ 35.97 | 8/8/2014 | May & June 2014 | Horticultural services | EFT | Treasury |
| 65 | Planterra | N | Services | $ 0.64 | 8/22/2014 | May & June 2014 | Welding supplies/gases - STR classes | EFT | Treasury |
| 66 | Praxair Distribution | N | Services | $ 2.74 | 7/31/2014 | May & June 2014 | Propane cylinder rental | EFT | Treasury |
| 67 | Propane Services | N | Services | $ 0.50 | 8/15/2014 | May & June 2014 | Lighting for parking lot | EFT | Treasury |
| 68 | Ray Electric | N | Services | $ 0.12 | 8/29/2014 | May 2014 | Purchase of tractor for Academy | EFT | Treasury |
| 69 | Reefer Peterbilt Metro | N | Services | $ 153.33 | 8/8/2014 | June 2014 | Computer supplies | EFT | Treasury |
| 70 | Seti Computer Products | N | Services | $ 11.12 | 8/29/2014 | May & June 2014 | Die software maintenance | EFT | Treasury |
| 71 | Smithware | N | Services | $ 2.39 | 8/8/2014 | May 2014 | Fuel for NTC vehicles | EFT | Treasury |
| 72 | Speedway SuperAmerica | N | Services | $ 3.99 | 8/15/2014 | May & June 2014 | BSG Communications | EFT | Treasury |
| 73 | Sprint | N | Services | $ 1.30 | 8/15/2014 | May & June 2014 | Skilled Trades instruction and training | EFT | Treasury |
| 74 | TECHED | N | Services | $ 218.94 | 8/8/2014 | May & June 2014 | Telephone support services | EFT | Treasury |
| 75 | Technicote | N | Services | $ 0.35 | 8/22/2014 | May & June 2014 | Skilled Trades instruction and training | EFT | Treasury |
| 76 | Technical Welding | N | Services | $ 74.23 | 8/29/2014 | May & June 2014 | Purchase of Truck | EFT | Treasury |
| 77 | Telegraph Chrysler | N | Services | $ 51.09 | 8/15/2014 | June 2014 | ESAT training | EFT | Treasury |
| 78 | Threat Assessment Group | N | Services | $ 21.37 | 8/15/2014 | June 2014 | Sponsorship - Region 9 golf outing | EFT | Treasury |
| 79 | Tom Fricano Scholarship Fund | N | Services | $ 5.00 | 8/22/2014 | May 2014 | A/V Services for NTC | EFT | Treasury |
| 80 | Tone | N | Services | $ 347.29 | 8/8/2014 | Mar, Apr, May 2014 | | EFT | Treasury |
| 81 | Treasurer - City of Detroit | N | Services | $ 1.46 | 7/31/2014 | June 2014 | Tuition payments to schools | EFT | Treasury |
| 82 | Tuition Assistance Program | N | Services | $ 375.00 | 8/15/2014 | May & June 2014 | Payroll for NTC employees | EFT | Treasury |
| 83 | UAW Chrysler NTC | N | Labor | $ 700.00 | 8/29/2014 | June & July 2014 | Sponsorship - Region 4 golf outing | EFT | Treasury |
| 84 | UAW Region 4 Activities Fund | N | Services | $ 5.00 | 8/22/2014 | July 2014 | Insurance for NTC employees | EFT | Treasury |
| 85 | UNUM Life Insurance | N | Services | $ 5.96 | 8/15/2014 | June 2014 | Wireless telephone services | EFT | Treasury |
| 86 | Verizon Wireless | N | Services | $ 4.42 | 8/22/2014 | May & June 2014 | | EFT | Treasury |
| | Total | | | $3,577,575 | | | | | |

15-1-187_000143