

Andrew Stumpff
andrew@skalaw.com
734.747.7050 ext. 113

444 S. MAIN STREET
ANN ARBOR, MICHIGAN 48104-2304

*tel:* 734-747-7050
*fax:* 734-747-8010

w w w . s k a l a w . c o m

October 20, 2014

*via: email & overnight delivery*

Ms. Susan Gilmore Fultz
Deputy Regional Director
Employee Benefits Security Administration
Ft. Wright Executive Building 1
1885 Dixie Highway
Ft. Wright, KY 41011-2664

## CONFIDENTIAL

*Re:   UAW-Chrysler National Training Center*

Dear Ms. Fultz:

We are writing on behalf of our client UAW-Chrysler National Training Center (the "Center"), in response to your August 7, 2014 letter to Mr. Jerome Hill, Counsel for the Center.

Your letter indicates that pursuant to the Secretary of Labor's authority under the Employee Retirement Income Security Act of 1974 ("ERISA"), the Employee Benefits Security Administration ("EBSA") seeks to undertake an investigation of the Center, including review of a number of documents listed in your letter and interviews with representatives of the Center, which the letter characterizes as an employee benefit plan.

As we have described in intervening telephone conversations with EBSA Investigator Meghann Wilkinson, it is the Center's position, based on the factual circumstances concerning its structure and operation, that the Center is not an "employee benefit plan" within the meaning of ERISA, and hence does not fall within the jurisdiction of EBSA. The Center exists as part of a protocol for cooperation between International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and Chrysler Group LLC (the "Company") in conducting various activities, none of which, nor the Center itself, constitutes an employee benefit plan. Accordingly, jurisdiction for the investigation proposed in your letter is lacking, and we request that EBSA's request be withdrawn.

*Lansing Office:*
120 N. Washington Square #805
Lansing, MI 48933
*tel:* 517 324•4222

ATTORNEYS   PRACTICING
PENSION   AND   EMPLOYEE   BENEFITS   LAW

00508546.DOC-4

Page 2
October 20, 2014

This letter is intended, at Ms. Wilkinson's request, to describe and substantiate the factual and legal basis for the above conclusion in detail, with supporting documentation.

Because the Center's activities are diverse, a complete analysis requires enumerating and providing analysis for each such activity separately regarding its status under ERISA's definition of "employee benefit plan." This response proceeds by, first, providing a brief description of the Center's background and history, followed by a summary of relevant legal authorities. A detailed enumeration of the the Center's activities is then presented, with analysis as to the status of each such activity under ERISA's definition of "employee benefit plan." Finally, attached to this letter is a set of exhibits, comprising documents that support the factual descriptions in the letter itself, and which are referenced where appropriate herein.

## THE CENTER: BACKGROUND AND DESCRIPTION

The Center was organized in 1986 as a not-for-profit corporation, pursuant to a Memorandum of Understanding (the "MOU") between UAW and Chrysler Corporation, the corporate predecessor of the Company. On November 30, 1986, the Internal Revenue Service issued an exemption letter to the Center, setting forth the Center's tax-exempt status under Section 501(c)(5) of the Internal Revenue Code. (See Exhibits: "Constitutive Documents" Items 1, 2 and 3.)

As indicated in the MOU, the object of the Center is to facilitate cooperation between UAW and the Company across a broad range of activities, specific types of which have over the years been added to or removed from the Center's mssion. Currently the following activities, each of which is discussed and explained in greater detail below and in relevant exhibits to this letter, are conducted through or under the auspices of the Center (each separate activity will be referred to hereafter as an "Activity"):

- New Hire Orientation
- Publications
- Artist at Work Exhibition
- Diversity Activities
- Workplace Violence Prevention
- World Class Manufacturing Academy ("WCMA")
- Health and Safety Training and Research
- Tuition Assistance Program ("TAP")
- Circle of Life Network
- Employee Assistance Program ("EAP")
- Miscellaneous *ad hoc* additional conferences

Other activities which have in the past been conducted by the Center, but are not being conducted currently, are:

- Apprenticeship Program (discontinued approximately 2003), which provided opportunities for employees to gain certification in skilled trades.
- Product Quality Improvement Partnership (discontinued 2009), which involved *ad hoc* instructional sessions conducted by at local facilities, including Company manufacturing

Page 3
October 20, 2014

> plants and other facilities, intended to to improve the quality of Company goods and services.
> • Regional Training Centers

The Center is financed exclusively by means of monthly cash transfers made directly by the Company. Employees do not contribute to the Center's finances, either by wage withholding or otherwise. The amount of each month's Company contribution to the Center is intended to reflect as closely as practicable the Center's expected expenses for the immediately ensuing month. Pursuant to a letter agreement signed February 17, 2009, the Company and UAW, "the costs associated with running the Center are now reduced to expense based draw requests."[1] (In a second letter agreement, dated May 2, 2011, the Company and UAW reiterated the continuing effect of this arrangement for an additional eight-year period, through the term of the 2015 collective bargaining agreement between the Company and the Center.)

Accordingly, the Center does not accumulate financial assets over time; its available cash is managed so as typically to represent the amount necessary, as of any given date, to meet its expected outlays for approximately the next 30-60 days. UAW, the Company and the Center periodically confer to adjust or redetermine the basis for monthly transfers so as more closely and immediately to reflect the Center's actual monthly needs. (In addition, the Company and the Center occasionally agree upon new joint programs or initiatives and, in such cases, adjust the monthly fund transfers to reflect the cost thereof.)

Exhibits regarding "Funding," attached to this letter, contain detailed account statements which evidence the pass-through effect of this financing system for March through August of 2014, which is a representative period.

With respect to those Activities for which "participation" has meaning, individuals participate by virtue of their status as employees of the Company. The Center does not believe employees have any legal right to sue or otherwise enforce directly against the Center their right to participate in any Activity.

## DISCUSSION

### Legal Authorities

Section 3(3) of ERISA defines an "employee benefit plan" as a plan that is either an "employee welfare benefit plan" or an "employee pension benefit plan" or both. There does not appear to be any question that neither the Center nor any of its Activities is a "pension plan" within the meaning of ERISA. Therefore, the central issue for present purposes is whether the Center or an Activity is an "employee welfare benefit plan" within the meaning of ERISA.

---

[1] Originally, pursuant to the MOU, the Center was financed in part by reference to amounts made available under a definite formula based on overtime hours worked by members of UAW. Pursuant to the above-referenced subsequent letter agreements between the Company and UAW, however, this arrangement was changed to the purely expense-based approach described above, which continues in effect today.

Page 4
October 20, 2014

ERISA Section 3(1) defines "employee welfare benefit plan" as follows:

(1) The terms "employee welfare benefit plan" and "welfare plan" mean any plan, fund, or program which was heretofore or is hereafter established or maintained by an employer or by an employee organization, or by both, to the extent that such plan, fund, or program was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise,

(A) medical, surgical, or hospital care or benefits, or benefits in the event of sickness, accident, disability, death or unemployment, or vacation benefits, apprenticeship or other training programs, or day care centers, scholarship funds, or prepaid legal services, or

(B) any benefit described in section 186 (c) of this title (other than pensions on retirement or death, and insurance to provide such pensions).

The above reference to benefits described in Section 186(c) of Title 29 refers to Section 302(c) of the Labor Management Relations Act ("LMRA"). As has been provided by regulation promulgated by the Department of Labor ("DOL"):

Section 302(c) of the LMRA lists exceptions to the restrictions contained in subsections (a) and (b) of that section on payments and loans made by an employer to individuals and groups representing employees of the employer. Of these exceptions, only those contained in paragraphs (5), (6), (7) and (8) describe benefits provided through employee benefit plans. Moreover, only paragraph (6) describes benefits not described in section 3(1)(A) of the Act. The benefits described in section 302(c)(6) of the LMRA but not in section 3(1)(A) of the Act are "* * * holiday, severance or similar benefits". Thus, the effect of section 3(1)(B) of the Act is to include within the definition of "welfare plan" those plans which provide holiday and severance benefits, and benefits which are similar (for example, benefits which are in substance severance benefits, although not so characterized).
DOL Reg. 2510.3-1(a)(3).

The ERISA definition has been elaborated in various court decisions, as well as DOL guidance. In the seminal case of *Donovan v. Dillingham*, 688 F.2d 1367 (11th Cir. 1982), the Court of Appeals for the Eleventh Circuit held that:

[A] "plan, fund, or program" under ERISA is established if from the surrounding circumstances a reasonable person can ascertain the intended benefits, a class of beneficiaries, the source of financing, and procedures for receiving benefits. To be an employee welfare benefit plan, the intended benefits must be health, accident, death, disability, unemployment or vacation benefits, apprenticeship or other training programs, day care centers, scholarship funds, prepaid legal services or severance benefits; the intended beneficiaries must include union members, employees, former employees or their beneficiaries; and an employer or employee organization, or both, and not individual employees or entrepreneurial businesses, must establish or maintain the plan, fund, or program.
*Id.* at 1373.

Page 5
October 20, 2014

The *Dillingham* case involved the purchase of insurance; the Court of Appeals held that the insurance company or policy was itself at most only "a method of implementing a plan, fund, or program … but is not itself a plan." *Id.* at 1375.

All the other U.S. Courts of Appeals, including the Court of Appeals for the Sixth Circuit, whose jurisdiction includes the Center, have adopted the *Dillingham* analysis for determining the existence of a "plan, fund or program." See *Int'l Resources Inc. v. New York Life Ins. Co.*, 950 F.2d 294 (6th Cir. 1992); *Hughes v. Zurz*, unpublished decision, 298 Fed. Appx. 404, 2008 U.S. App. LEXIS 24758 (6th Cir. 2008).

Federal courts have also considered the meaning of the terms "fund," or "funded," in the context of determining whether a welfare benefit plan exists within the meaning of ERISA. For example, in *Wright Elec. v. Minn. State Bd. of Elec.*, 2002 U.S. Dist. LEXIS 5783, 27 EBC 2533 (D. Minn. 2002); *aff'd* 322 F.3d 1025 (8th Cir. 2003), the court determined that an employer's apprentice plan, financed through a separate foundation whose expenses were borne by the employer, was not "funded" because the foundation did not generally accumulate assets, but rather simply served as a pass-through financing entity. The court concluded that "This type of funding scheme is simply not the kind that Congress intended to sanction through ERISA." *Id.* at 16. *Wright*, and additional cases involving similar circumstances, are discussed in greater detail below in the context of the Center's tuition assistance ("TAP") Activity.

### Summary Analysis

None of the Activities conducted through the Center constitutes an "employee benefit plan" under ERISA under the above authorities. Even if any Activity were an employee benefit plan within the meaning of ERISA, that would not mean the Center, itself, is a "plan" under ERISA. The Center is an organization that carries out a cooperative protocol between the Company and UAW. As with the insurance policy at issue in the *Dillingham* case, the Center could, as a matter of logic, at most be only "a method of implementing a plan, fund, or program … not itself a plan."

A number of Activities, such as Publications or Diversity Activities, clearly do not involve the extension to any employee or beneficiary of anything that could be characterized as an "employee benefit" within the meaning of ERISA. These include, most straightforwardly, such Activities as Publications or Diversity Activities. Other Activities, such as health and safety training, for example, involve employee instruction on matters immediately relevant to proper performance of employees' jobs. These Activities are analogous to any employer's instructing any employee as to how he or she is expected to perform his or her assigned tasks – simply formalized in the present case, and on a large scale. Such instruction cannot be characterized as an "employee benefit" within the meaning of ERISA.

To the extent any Activities could be characterized as extending such a benefit such as "training," they do not meet the definition of a "plan, fund or program" under the *Dillingham* test. The WCMA, for example, involves *ad hoc*, single-purpose training events as requested by the Company. In no sense would those "benefits," if they are such, be reasonably ascertainable in advance.

Page 6
October 20, 2014

The Center itself, meanwhile, is simply an establishment for administering and facilitating the Activities, and is in no sense itself a "plan, program or fund," as interpreted in the above authorities. It is not a "plan": ascertainable "Center benefits" do not exist. Nor is the Center a "fund:" No money is accumulated for employee benefit plan purposes, and no employee or beneficiary has any interest in Company or Center funds pursuant to any Activity. As discussed further, below, in the context of TAP, the case authority and the DOL's own guidance, outlined above, preclude the conclusion that a "pass-through" entity such as the Center could give rise to a "funded" plan.

We also note the existence of another potentially relevant regulatory provision, DOL. Reg. 29 CFR §2510.3-1(b)(i), which provides:

(i) *Industry advancement programs.* For purposes of Title I of the Act and this chapter, the terms "employee welfare benefit plan" and "welfare plan" shall not include a program maintained by an employer or group or association of employers, which has no employee participants and does not provide benefits to employees or their dependents, regardless of whether the program serves as a conduit through which funds or other assets are channelled to employee benefit plans covered under Title I of the Act.

This exception appears to apply by its terms to all or most of the Center's Activities.

### Detailed Analysis by Activity

A number of the Center's Activities can be ruled out fairly immediately, in the Center's view, as employee benefit plans within the meaning of ERISA. These most evident cases are discussed first as a miscellaneous group, below.

A second category of Activities that are instructional in nature – WCMA and Health and Safety Training and Research – are discussed next.

The remaining three Activities –Tuition Assistance Program, Circle of Life Network, and Employee Assistance Program – bear individualized analysis and are discussed in turn after the discussion of the other Activities.

### MISCELLANEOUS ACTIVITIES

*1. New Hire Orientation:* The Center conducts 1-2 day orientation sessions for newly hired Company hourly employees represented by UAW who are based in the southeast Michigan region. (Other new employees receive orientation provided by their local Company plants.) These sessions are typically held at the Center or at the NTC's specially dedicated WCMA facility in Warren, Michigan.

*2. Publications***:** The Center produces several employee-oriented publications, including *Tomorrow* Magazine, on an *ad hoc* basis (*Tomorrow* being published on roughly a quarterly schedule).

*3. Artist at Work Exhibition***:** This is an annual Activity pursuant to which Company employees are invited to submit works of art they have created to a jury of art judges; winning artwork is exhibited at the Center and at the WCMA facility in Warren, Michigan.

Page 7
October 20, 2014

*4. Diversity Activities*: The Center conducts 1-2 day training sessions on developing and valuing diversity within the workplace, including sensitivity training aimed at gender, racial and other issues. These sessions are *ad hoc* in nature; can involve selected employees from a variety of sites or occasionally an entire plant or shift.

*5. Workplace Violence Prevention Program*: Similarly to its Diversity Activities, the Center conducts 1-2 day, "train-the-trainer" sessions aimed at reducing the risk of workplace violence. Like the Diversity Activities, these sessions are *ad hoc* in nature and typically involve selected employees selected to participate from specific plants, and who are expected to put in place in their plants the techniques learned at the Center.

*6. Miscellaneous Other Conferences and Events Coordinated by the Center:*

- Youth School-to-Work Program
- Union and Company Awareness Program
- Employee Participation Conference
- Ergonomics Classes
- Health Awareness Conference
- Local Training Facilitator Program
- National Paid Education Leave Program

In the Center's view, none of the above Activities involves the threshold concept of an "employee benefit" within the meaning of ERISA – let alone an employee benefit "plan, fund or program." In particular, none of these Activities provides even arguably, in the Center's view, any of the benefits in the enumerated list in ERISA Section 3(1).

## INSTRUCTIONAL ACTIVITIES

*1. World Class Manufacturing Academy ("WCMA")*: The WCMA refers to facilities and programs administered by the Center to train hourly Company employees as to machinery and equipment as part of Company operations. Such training occurs either at the Center itself, at Company plants or at the NTC's specially dedicated WCMA facility in Warren, Michigan.

*2. Health and Safety Training and Research*: The Center conducts, on an *ad hoc* basis as needed, training sessions designed to improve employee health and safety. Such sessions can involve "train the trainer" events, designed to prepare specific plant employees to convey safety information to other employees; group training sessions; or, in some cases, entire plants and shifts.

In the Center's view, none of these instructional Activities involves the type of "training" that would rise to the level of an "employee benefit." As noted above, these Activities are analogous to any employer's instructing an employee as to how he or she is expected to perform his or her job. Because of the size and scale of the Company's operations, such instruction has been formalized and centralized, in many cases, with the Center. The Activities involve, as indicated, simple guidance as to how to perform an employee's duties – not "training" that can lead, for example, to a new career or more advanced job specification. For these Activities to be considered "employee benefits," any instruction by an employer to an employee as to job performance would have to be so considered; and plainly that was not Congress's intent.

Page 8
October 20, 2014

Even if these instructional Activities did involve an "employee benefit" within the meaning of ERISA, they would not constitute a "plan, fund or program" under the *Dillingham* analysis discussed above. They do not involve any standing program or document that an employee could consult or cite by way of "claiming" any right to instruction. The programs are, as indicated, conducted on an *ad hoc* – but usually mandatory – basis as necessary for smooth Company operations. Accordingly there would be no way to "ascertain the intended benefits," as required under *Dillingham* in order to be an employee benefit plan.

ADDITIONAL ACTIVITIES

*1. Tuition Assistance Program ("TAP"):* The Center administers the TAP, pursuant to which eligible Company employees can receive Company-paid tuition, for qualifying classes offered by eligible educational instutions.

Such plans are not subject to ERISA. Department of Labor Regulation §2510.3-1(k) excludes from the definition of "employee benefit plan":

> (k) *Unfunded scholarship programs.* For purposes of title I of the Act and this chapter, the terms "employee welfare benefit plan" and "welfare plan" shall not include a scholarship program, including a tuition and education expense refund program, under which payments are made solely from the general assets of an employer or employee organization.

This exclusion applies to the TAP administered through the Center. Like all other Activities, the TAP is not "funded," within the meaning accorded that term under ERISA. Money for this Activity is not segregated; no participant has any right to any assets of the Center (or of the Company) with respect to this Activity. Amounts required to provide reimbursement under the TAP are simply forwarded, within approximately a month of the need,[2] to the Center, whose role is at most as an "administrator" of the Plan.[3] There is no authority for treating such an arrangement, where the employer forwards its own unsegregated assets to an administrator for the short-term purpose of administering benefits, as "funded" – and indeed, doing so would be tantamount to regarding any third-party plan administrator as itself an ERISA "plan."

As described above, in *Wright Elec. v. Minn. State Bd. of Elec.*, 2002 U.S. Dist. LEXIS 5783, 27 EBC 2533 (D. Minn. 2002), the District Court concluded that a separate foundation financed on a "pass-through" expense basis could not constitute a "fund" within the meaning of ERISA – and this conclusion was reached despite the fact that the contributions in question, in contrast to the Center, involved employee contributions.

---

[2] We note that, in Regulation 29 C.F.R. § 2510.3-102c), the DOL has provided that participant contributions to a welfare benefit plan will be considered "plan assets" – which must be segregated in trust or used to pay benefits or defray plan expenses – no later than 90 days after their receipt by the sponsoring employer. This Regulation is not directly applicable to the present case (it involves participant contributions, of which the Center receives none), and the 90-day period is a maximum, "unsafe harbor." The provision nonetheless suggests the DOL's view that holding assets as long as 90 days is consistent with the conclusion that assets are not being "accumulated" in a manner sufficient to invoke the requirements of ERISA.

[3] Until 2012 TAP checks were not in fact written by the Center. Instead the Center simply issued a request to the Company to issue checks directly to educational institutions. For administrative convenience this arrangement was changed in 2012 to the current system by which Chrysler provides the money for distribution by the Center.

Page 9
October 20, 2014

The analysis also follows from judicial authority and DOL guidance concerning "advance and recapture" vacation arrangements, which were presented in a series of cases in which employers attempted to circumvent state vacation-pay laws by "funding" vacation plans on a pay-as-you-go basis through a separate trust. Courts and the DOL concluded that such arrangements were not "funded" within the meaning of ERISA, even in situations where employers maintained meaningful assets in the trust, and trust funds were required by their terms to be used only to pay or reimburse the employer for vacation benefits. As stated by the DOL in a 2004 Advisory Opinion Letter on the subject:

> The fact that the Trust documents may be read to impose a legal obligation on [the employer] to contribute amounts every two weeks sufficient to pay vacation wages as they become due, and the fact that [the employer] may voluntarily maintain a minimum balance of $250,000 in the Trust does not, in the Department's view, operate to change the *essential nature of the Trust as a mere pass-through vehicle* for the employer's payment of ordinary vacation wages or result in the Trust constituting a separate fund that provides genuine protections for the approximately $8 million in benefits that accrue under the plan each year.
> DOL Advisory Opinion 2004-08A (July 2, 2004) (emph. added).

With respect to a similar arrangement, where a relatively low balance was maintained in the trust, the U.S. Court of Appeals for the Ninth Circuit stated that:

> Under this scenario, the employee is relying on the financial health of [the employer], not that of the trust, for his or her regular sick leave payments. "If there is a danger of defeated expectations, it is no different from the danger of defeated expectations of wages for services performed - a danger Congress chose not to regulate in ERISA."
> *Alaska Airlines v. Oregon Bureau of Labor*, 122 F.3d 812 (1997) (quoting *Massachusetts v. Morash, 490 U.S. 107, 115 (1989)*.

*See also Czechowski v. Tandy Corp.*, 731 F. Supp. 406, 408 (N.D. Cal. 1990) (emphasizing that the trust at issue was not subject to ERISA "since no funds are accumulated in it."); *Shrivastava v. Fry's Elecs.*, 2011 U.S. Dist. LEXIS 96714 (N.D. Cal. 2011); *Gilbert v. Securitas Sec. Servs.*, 2007 U.S. Dist. LEXIS 102412 (C.D. Cal. 2007).[4]

It should be noted that the above authorities ruling out the existence of a "fund" all involved the establishment of an actual formal *trust*, against the assets of which an employee would have directly legally enforceable rights – in marked contrast to the situation with the Center. As acknowledged by the above courts, as well as the DOL, to conclude that a "fund" within the meaning of ERISA exists where expenses of a pass-through entity – even a trust – are advanced on a pay-as-you-go basis would give rise to the opportunity, which the employers in the above cases all sought to

---

[4] These "advance and recapture" cases all involved situations where benefits were directly paid by the employer, followed by reimbursement of the employer from the trust. But that is a formal difference from the Center, involving only the sequence and routing of fund-flow. The economic substance, under which no assets are "accumulated," is the same; with the crucial differences that the Center does not even constitute a trust and employees have no legally enforceable rights against it with respect to benefits. Even more so than in the cases above, employees must effectively look exclusively to the employer for security as to financing of Activities.

Page 10
October 20, 2014

seize, of avoiding the application of protective state laws through the adoption of a merely formal arrangement. Further, concluding that pass-through reimbursement of the expenses of a third party through which benefits are offered gives rise to a "fund" would also, as noted above, require concluding that any benefit program administered through a third-party administrator, or TPA, is therefore by definition "funded," an intolerable result.

Finally, whatever the analysis under the above regulation, it is questionable whether education benefits such as those provided under the TAP are even "employee benefits" within the meaning of ERISA. At least one Court of Appeals has held that they are not. *Kemp v. IBM,* 109 F.3d 708, 713-14 (11th Cir. 1997). That conclusion is consistent, for instance, with historical tax authorities pursuant to which education benefits provided to assist an employee in performing his or her duties have been held not to constitute "wages." (See, for example, Internal Revenue Service Revenue Ruling 76-71, 1976-1 Cum. Bull. 308.) As discussed with regard to the instructional Activities above, this result simply makes sense: Education or instruction undertaken to assist an employee in performing his or her assigned duties is not in its essence a compensatory "employee benefit." This type of education or instruction involves, effectively, informing an employee how to do his or her job, not compensating the employee for doing that job.

*2. Circle of Life Network*: This Activity involves a collection of alliances with local providers as to such things as child/elder care, to which the Center can refer Company employees for assistance with family care and similar issues. The Activity also includes a dependent care assistance program, or "DCAP." As the Department has indicated, an unfunded DCAP limited to reimbursement of dependent care services freely chosen by each participating employee, rather than the employer's provision of any specific day care center, is not the type of benefit described in ERISA Section 3(1) and thus does not constitute an employee welfare benefit plan within the meaning of section 3(1) of Title I of ERISA. See D.O.L. Adv. Op. 93-25A (Sept. 3, 1993). This description applies to the DCAP provided through the Circle of Life Activity. (For further analysis of "unfunded" status, see also the discussion above concerning the TAP.)

*3. Employee Assistance Program ("EAP"):* The EAP, administered through the Center, provides referrals intended to assist employees who encounter personal or family-related issues, including substance-abuse and other problems. The EAP is, like the other Activities, unfunded as described above, and involves referrals to qualified counselors rather than the direct provision by the Center of counseling or other treatment. Accordingly the EAP is not an "employee benefit plan," as indicated by the Department of Labor in advisory guidance concerning employee assistance programs. See, e.g. D.O.L. Adv. Op. 88-04A (March 11, 1988).

Even were the EAP an employee benefit plan, the Center does not itself provide referrals or any other direct employee services under the EAP. Instead the Center's role is limited to a "train the trainer" function whereby the Center furnishes initial and continuing training to those local UAW representatives who are tasked with staffing the EAP, and whose salaries are entirely paid, directly, by the Company. The Center arranges and hosts training at its facilities for the those reprepresentatives, advancing or reimbursing their transportation and hotel costs from the amounts received by the the Center from Company on the monthly basis described above. The Center does not "administer," and certainly cannot be itself regarded as, the EAP.

Page 11
October 20, 2014

## CONCLUSION

In summary, for the reasons discussed above, neither the Center nor the activities conducted through the Center are "employee benefits plans" within the meaning of ERISA. Accordingly EBSA does not have jurisdiction to conduct an investigation.

If you have any questions, please feel free to contact me at the number given above.

Very truly yours,

STEVENSON KEPPELMAN ASSOCIATES

Andrew W. Stumpff

AWS/kmz
Attachments
cc:    Jerome Hill, UAW Chrysler National Training Center
        L. Joe Rivers, Regional Director, Employee Benefits Security Administration
        Meghann Wilkinson, Employee Benefits Security Administration

**UAW-CHRYSLER NATIONAL TRAINING CENTER**

**EXHIBITS 1-11**

**Employee Benefits Security Administration Response**

**October 20, 2014**

## INDEX OF EXHIBITS BY CATEGORY
(Sub-index provided for documents in each category at indicated tab)

1. **Constitutive Documents**

2. **Funding**

3. **New Hire Orientation**

4. **Artist at Work Competition**

5. **Diversity Activities**

6. **Workplace Violence Protection Program**

7. **World Class Manufacturing Academy ("WCMA")**

8. **Health and Safety Training and Research**

9. **Tuition Assistance Program ("TAP")**

10. **Circle of Life Network**

11. **Employee Assistance Program ("EAP")**

**TABLE OF CONTENTS**

| 1 | 1. Memorandum of Understanding<br>2. By-Laws<br>3. IRS Exemption Letter |
|---|---|
| 2 | 1. Bank Statements |
| 3 | 1. New Hire Orientation Summary<br>2. Sample New Hire Orientation Agenda |
| 4 | 1. Artist at Work Description |
| 5 | 1. "Valuing Diversity Makes Sense" Booklet |
| 6 | 1. Workplace Violence Prevention Reference Manual |
| 7 | 1. World Class Manufacturing Academy Guidebook for Technology Training Participants |
| 8 | 1. Letter Agreement concerning Health and Safety Training Research |
| 9 | 1. Tuition Assistance Overview<br>2. Tuition Assistance Reference Manual |
| 10 | 1. Circle of Life Reference Manual |
| 11 | 1. Employee Assistance Reference Manual |

1.   Memorandum of Understanding

2.   By-Laws

3.   IRS Exemption Letter

1

M-9

### MEMORANDUM OF UNDERSTANDING
### ON JOINT ACTIVITIES

During current negotiations, the parties discussed the challenges in the market place from both foreign and domestic competitors. There is mutual recognition that these challenges require a fundamental change to maximize the potential of our human resources. This change can occur only by building on our current joint efforts and by fostering a spirit of cooperation and mutual dedication that will permit the full development of the skills of our people and meaningful involvement in the decision-making process. Success in these endeavors benefits all of the parties: the UAW through a strong and viable membership; the employees through job satisfaction and job security; and the Company through achieving its goal of becoming a world class competitor.

The parties agree that in order to make constructive progress in this regard, there is a need to reach a common understanding of the concept of "Jointness" and to establish a facilitating mechanism to assure that the various programs related to changes in the work environment are appropriately and effectively administered.

The term "Jointness" is understood to mean that concepts for these activities be jointly developed, implemented, monitored, and evaluated. Furthermore, decisions must be arrived at in a setting which is characterized by the parties working together in an atmosphere of trust; making mutual decisions at all levels which respect the concerns and interests of the parties involved; sharing responsibility for the problem-solving process; and sharing the rewards of achieving common goals.

The parties agree that the appropriate facilitating mechanism for joint endeavors is the Joint Activities Board.

I.      JOINT ACTIVITIES BOARD

It is agreed that the Co-Chairmen of the Joint Activities Board will be the Senior Vice President of Employee Relations of Chrysler and the Vice President and Director of the Chrysler Department of the UAW. Each will appoint an equal number of persons from their respective organizations as members of the Joint Activities Board.

The Joint Activities Board will actively direct and support the UAW/Chrysler National Training Center programs to include but not limited to: Employee Assistance Program, Tuition Assistance Program, the Product Quality Improvement Program, Child/Elder Care, and other joint committees and activities as may be mutually agreed to by the Union and the Company.

The duties and responsibilities of the Joint Activities Board will include, but not be limited to, the following:

A.      setting policies and providing guidelines,

B.      allocating funds for programs, projects, and activities,

C.      monitoring expenditures for approved programs, projects and activities,

D.      coordinating the efforts of the National Committees referred above,

E.      evaluating and auditing the ongoing performance and results of these committees, and

F.      integrate joint activities with Company structures and business decisions,

G.      keeping UAW leadership and Company management informed of joint Union-Management activities and the progress of the national committees in achieving their objectives, including encouraging regular meetings at group, division, and staff level to share appropriate business and joint activity information.

The Senior Vice President of Employee Relations of Chrysler and the Vice President and Director of the Chrysler Department of the UAW will appoint an equal number of representatives from their organizations to serve on the National Employee Participation Council (NEPC). Additional persons external to either party may also be appointed with the mutual approval of the Co-Chairmen.

## II. NATIONAL TRAINING CENTER

The National Training Center will continue at the national level. The former duties of the Local Joint Training Committee comprised of the President of the local Union, the Chairman of the Shop Committee or their representatives and the Plant Manager, the Human Resources Manager or their designated representatives have been assumed by the Local Employee Participation Council (LEPC). The UAW Regional Director and/or his representative should be fully involved regarding local skill development and training efforts of each LEPC.

The objective of these joint committees is to promote the development and implementation of skill development and training activities for active and displaced employees. Chrysler and the UAW strongly encourage all employees to avail themselves of these training and development activities.

Efforts for displaced employees will be directed at securing employment within the DaimlerChrysler structure but, failing that, training and job placement efforts will be directed at finding such displaced employees comparable employment as soon as possible.

Existing Company training programs and functions as well as Education and Training programs developed by the UAW-International, its Regions and Locals are available to assist in carrying out the objectives of this program. It is strongly recommended that the parties at all levels draw heavily on these important assets and facilities.

## III. OTHER JOINT ACTIVITIES

In addition to its previously described functions, the UAW/Chrysler National Training Center will support other joint National Committees by coordinating joint efforts, projects and the various National Committees and other joint training proposals presented by either the union or management at the direction of the Joint Activities Board by:

1.      Coordinating the requests to the Joint Activities Board for funding of joint activities, studies, pilot programs, training, etc.

2.      Providing professional and staff support for joint program development, implementation and administration.

3.      Providing facilities as required for joint program development, implementation and administration.

4.      Providing appropriate communication vehicles or information sharing processes for joint activities.

5.      Providing mechanisms, facilities and staff to monitor, audit, and evaluate joint activities.

_2_

IV. FUNDING

A.    National Funds

It is agreed that the Company will make available funding at five cents (5¢) per hour worked for use at the national level. Further, the Company will make available additional funding up to $5.00 per overtime hour worked in incremental amounts in excess of five percent (5%) of straight time hours worked (calculated on a twelve month rolling average). Such additional funding will be calculated in accordance with the following incremental table:

| Overtime hours as Percent of Straight Time Hours | Additional Amount Per Hour |
|---|---|
| 5% or less | $0.00 |
| Greater than 5% thru 12% | 1.25 |
| Greater than 12% thru 13% | 1.50 |
| Greater than 13% thru 14% | 2.00 |
| Greater than 14% thru 15% | 2.50 |
| Greater than 15% thru 16% | 3.00 |
| Greater than 16% thru 17% | 3.50 |
| Greater than 17% thru 18% | 4.00 |
| Greater than 18% thru 19% | 4.50 |
| Greater than 19% | 5.00 |

B.    Reservoir and Local Funds

It is agreed that the Company will make available funding at ten cents (10¢) per hour worked for use either in the plants (Local Funds) or certain nationally approved projects/activities (Reservoir funds). The parties will allocate the ten cents (10¢), between Local Funds and Reservoir Funds on an as required basis over the term of the Agreement.

C.    Funding Under the 1990 Agreement

It is agreed that uncommitted funding balances accrued under the 1990 National Agreement in both the five cents (5¢) per hour fund and the ten cents (10¢) per hour (Local Funds and Reservoir Funds) as of September 15,1999 will be carried forward under the new National Agreement. Subsequent to September 15,1999, a final reconciliation and balancing of accounts, expenditures and commitments as of September 15,1999 will occur. Thereafter, the remaining funds will be available for the parties.

D.    Government Funding

The parties have agreed to establish a joint committee with representatives from the National Training Center and the Company Government Affairs Office to review respective efforts in seeking funding for training from government sources. This joint committee will meet semi-annually unless otherwise required.

E.    Plant Closings

In the event the Company announces their intent to close a UAW represented facility (including any previously announced) the following procedure will apply:

Upon the actual closing of a facility, remaining Local Joint Training funds will immediately transfer to the National Joint Training fund, except that where employees from such facility are transferred pursuant to Section (68) the National Agreement, Local Joint Funds will be transferred

-3-

to the Local Training fund account of the receiving plant on a per capita basis, subject to the prior approval of the Joint Activities Board.

F.    Agreement Expiration

In the event the parties should agree to discontinue, in whole or in part, this Memorandum prior to the expiration date of the new National Agreement, or upon expiration, the parties shall meet to discuss any problems arising out of the termination. After reconciliation of claims, commitments, and accruals through the expiration date of the new National Agreement, remaining National, Reservoir and Local Funds shall be disposed of in such manner as the parties shall agree consistent with the objectives of this Memorandum.

In the event of discontinuance or expiration, any balances of Local Funds will remain with the Company and the Union will have no claim on such funds.

V. APPROVAL PROCESS

A.    National and Reservoir Local Funds

Requests for authorization to expend National, Reservoir or Local Funds must be approved in advance by the UAW/Chrysler National Training Center and the Joint Activities Board.

NTC and the Joint Activities Board have sole discretion to establish particular training or other programs consistent with the terms of the National Agreement, including the right to cease to offer, or refrain from offering, particular programs. The parties further agree that the provisions of M-9 do not create any obligation on the part of the Company, the Union, or the NTC to provide any particular form of training, program or initiative covered under this MOU and that the Joint Activities Board has sole discretion to establish, or refrain from establishing, any particular form of training or other initiative, for any reason (including lack of funds).

B.    Local Funds

Requests for authorization to expend Local Funds must first be jointly agreed to by the local parties. Where mutual agreement to request authorization to expend local funds cannot be reached, either party may appeal to the UAW/Chrysler National Training Center for resolution. In addition, all requests to lease or purchase real property or capital items must be approved in advance by the UAW/Chrysler National Training Center and the Joint Activities Board.

VI. FUNDS UTILIZATION

The National, Reservoir and Local Funds may only be used for joint endeavors in furtherance of this Memorandum of Understanding, or in support of those National Committees specified in Paragraph I above. Administrative guidelines with illustrative examples of appropriate uses of the various funds have been jointly developed and are available at the UAW/Chrysler National Training Center.

Examples of appropriate funds utilization

A.    National Funds

-    National and local efforts to assist laid-off workers

-    Area efforts to assist laid-off workers

-    Specific projects dealing with active workers

-    Tuition Assistance Program

- National Training Center
- Regional Training Center

- Joint National Studies

- Joint National Pilot programs

- Joint National Training efforts

- Joint National Agreement administration

B. Reservoir Funds

- Training of active employees when local funds have been exhausted

- Training of active employees at new, reopened or retooled plants where sufficient local funds have not been generated

C. Local Funds

- Training efforts of active employees in job-related skills,

- Specific studies, pilots, activities, etc. agreed to by the National Parties.

- Providing training for employees where there has been a significant change in the technology.

- Providing training for employees who are assigned to new duties resulting from modified work assignment practices.

- Providing training to enhance communication and interpersonal relationship skills for local Union officials and those members of Management who are involved in the daily administration of the labor agreements.

- Providing training for employees who participate in programs and activities that are undertaken by the National Employee Participation Council.

Examples of inappropriate funds utilization

It is understood that Funds at any level may not be utilized for contractually specified training such as apprentice training nor for funding of time off the job of designated or elected UAW representatives routinely functioning in administration of the contract. In addition, funds should not be used to train employees who will be required to service newly introduced technology. however, subsequent general training of other tradesmen on this equipment to broaden their skills is appropriate. Further, funds should not be used for the training of tradesmen to implement a newly negotiated change in classifications, however, the use of funds to freshen or update generally the skills of tradesmen is appropriate.

It is understood that nothing in this Memorandum limits the rights of either party to provide education and training programs on the same, similar or other subjects.

The parties are specifically empowered to review and evaluate this Memorandum and the guidelines and make mutually satisfactory adjustments and modifications during the term of this Agreement.

## UAW-CHRYSLER SKILL DEVELOPMENT AND TRAINING PROGRAM
## BY-LAWS

### ARTICLE I

The location of the principal office of the Corporation shall be as fixed by the Board of Trustees.  Until otherwise so fixed, such office shall be at 12000 Chrysler Drive, K.T. Keller Building, Highland Park, Michigan  48203.

### ARTICLE II

This corporation is organized for the education, training, retraining, and/or placement of workers and all activities incidental thereto, to reduce the burden on government of retraining the work force in order to effectively compete with foreign manufacturers and workers, and to carry on any activities allowable by a tax-exempt organization described in Section 501 of the Internal Revenue Code of 1954.

In no event is the Corporation to conduct for the purpose of granting credits or degrees, a school, academy, seminary, college or other institution of learning, but the Corporation may sponsor or arrange for training leading to credits or degrees through qualified institutions of learning.

All of the property of this Corporation and accumulations thereof shall be held and administered to effectuate its purposes, and the following prohibitions apply:

No part of the net earnings of the Corporation shall inure to the benefit of, or be distributed to, its members, trustees, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article II.

No substantial part of the activities of the Corporation shall be lobbying, the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office.

Notwithstanding any other provision of these articles, the Corporation shall not carry on any activities not permitted to be carried on by a corporation exempt from Federal income tax under Section 501(c)(5) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law).

## ARTICLE III

The Board of Trustees of the Corporation shall constitute its governing body, shall have all such powers and authority as are conferred upon them by law, by the Articles of Incorporation and these By-Laws and consistently therewith shall have direction

-2-

and control over the business, property and affairs of the
Corporation.

The Board shall consist of six (6) Trustees who shall hold
office until their resignation or removal. One-half (1/2) of
said Trustees shall be salaried employees of Chrysler
Corporation. The remaining one-half (1/2) of said Trustees shall
be representatives of the Chrysler Department of the
International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America (UAW). In order to
qualify as Trustees, Chrysler Corporation salaried employees must
be duly appointed by Chrysler Corporation's Vice President of
Industrial Relations. In order to qualify as Trustees, UAW
representatives must be duly appointed by the Vice President and
Director of the Chrysler Department of the UAW.

A Trustee may resign at any time by delivering written
notice to the Corporation. The resignation is effective upon its
receipt by the Corporation or at a subsequent time as specified
in the notice of resignation. Trustees who are employees of
Chrysler Corporation may be removed from office with or without
cause by Chrysler Corporation's Vice President of Industrial
Relations. Trustees who are representatives of the UAW may be
removed from office with or without cause by the Vice President
and Director of the Chrysler Department of the UAW. In case of
any vacancy in the Board of Trustees by reason of death,
resignation, or removal, such vacancy may be filled by
appointment as provided above.

-3-

Each of the Trustees shall file a written acceptance of the office and duties of a Trustee of this corporation to be included in the records of the Corporation before entering into his or her duties; provided, however, the execution of the Articles of Incorporation shall be deemed to be an acceptance by such of the present Trustees as execute them.

## ARTICLE IV

Meetings of the Board of Trustees shall be held at least once a year at such place and at such times as shall be fixed by the Board of Trustees. Special meetings of the Board of Trustees may be called at any time by either Co-Director. Prior notice shall be given of all special meetings of the Board to each Trustee in any manner and shall state the time and place of the meeting and generally the business to be transacted. Any Trustee may waive notice of any meeting in writing or by telegraph or cable. Attendance at any meeting shall constitute a waiver of notice of the meeting except where a Trustee attends for the express purpose of objecting because the meeting was not lawfully called or convened.

Two-thirds (2/3) of the total number of the whole Board of Trustees, in no event less than four (4) shall constitute a quorum at all meetings of the board. A majority of the whole Board of Trustees is required to decide any question brought

-4-

An officer may resign by written notice to the Corporation.
The resignation is effective upon its receipt by the Corporation
or at a subsequent time as set forth in the notice of resignation.
Any officer may be removed at any time, with or without cause, by
resolution of the Board.

The Co-Directors and Co-Presidents shall be responsible for
the general management and control of the affairs and business of
the Corporation within such limitations as the Board of Trustees
shall establish.  They shall perform such other duties as may be
directed from time to time by the Board.

The Secretary shall give all notices of meetings of the Board
as to which notice is required and shall record all action taken
at any meeting of Members or of the Board in a book or books to
be kept for that purpose.  The Secretary shall have custody of
the records of the Corporation and shall perform such other duties
as are incident to the office of Secretary, subject to the control
of the Board, and as are from time to time prescribed by the Board.

All checks, drafts and orders for payment of money shall be
signed in the name of the Corporation by such officers, agents or
employees and in such a manner as the Board of Trustees shall
from time to time direct by resolution.

When the execution of any contract, conveyance or other
instrument has been authorized without specification of the

-6-

executing officers, the Co-Directors or their designees may execute the same in the name and on behalf of this Corporation. The Board of Trustees shall have the power to designate the officers and agents who shall have authority to execute any instrument or class of instruments in behalf of this Corporation.

Salaries and other salaried personnel matters involving officers, employees and agents shall be determined from time to time by the Board or by such person or persons, if any, to whom such power shall have been delegated by the Board.

## ARTICLE VI

Each person who is or was a Trustee, officer, employee, or agent of the Corporation, and each person who serves or served at the request of the Corporation as a director, officer, employee, agent, or committee member of any other corporation, business corporation, partnership, joint venture, trust, or other enterprise shall be indemnified by the Corporation to the fullest extent to which the Corporation has the power to so indemnify such person pursuant to the laws of the State of Michigan as in effect from time to time. The Corporation may purchase and maintain insurance on behalf of any such person against any liability asserted against and incurred by such person in any such capacity or arising out of his status as such, whether or not the Corporation would have the power to indemnify against such liability under the laws of the State of Michigan.

-7-

## ARTICLE VII

The manner of auditing the books and records of the Corporation shall be determined by the Board.

## ARTICLE VIII

The By-Laws of the Corporation may be amended, altered, or repealed, in whole or in part, by a majority of all of the Trustees then in office.

## ARTICLE IX

Upon the dissolution of the Corporation, the Board of Trustees shall, after paying or making provision for the payment of all of the liabilities of the Corporation, dispose of all of the assets of the Corporation exclusively for carrying out the purposes of the Corporation. Any such assets not so disposed of shall be disposed of in accordance with the laws of Michigan.

-8-

RESOLVED, that the foregoing By-Laws of the UAW-Chrysler Skill Development and Training Program are herewith approved and adopted as of _June 24_ , 1986, by the Trustees.


Anthony P. St. John

Marc Stepp

Thomas Gallagher

Bob Jensen

Thomas B. Johnston

Homer Jolly

-9-

**Internal Revenue Service**
District Director

Department of the Treasury

Date: NOV 2 0 1986

| | |
|---|---|
| | **Employer Identification Number:** |
| | Applied For *38-*▬▬▬ |
| | **Case Number:** |
| | 310054469 |
| | **Person to Contact:** |
| UAW CHRYSLER SKILL DEVELOPMENT & | W. Tagami |
| TRAINING PROGRAM | **Contact Telephone Number:** |
| P O BOX 1919 | (513)   684-2501 |
| DETROIT, MI 48288 | **Internal Revenue Code** |
| | Section 501(c)( 5) |
| | |
| | **Accounting Period Ending:** |
| | September 30 |
| | Form 990 Required: ☒ Yes ☐ No |

Dear Applicant:                     **Caveat Applies:** No

Based on information supplied, and assuming your operations will be as stated in your application for recognition of exemption, we have determined you are exempt from Federal income tax under the provisions of the Internal Revenue Code section indicated above.

Unless specifically excepted, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) for each employee to whom you pay $100 or more during a calendar year. And, unless excepted, you are also liable for tax under the Federal Unemployment Tax Act for each employee to whom you pay $50 or more during a calendar quarter if, during the current or preceding calendar year, you had one or more employees at any time in each of 20 calendar weeks or you paid wages of $1,500 or more in any calendar quarter. If you have any questions about excise, employment or other Federal taxes, please address them to this office.

If your sources of support, or your purposes, character, or method of operation change, please let us know so we can consider the effect of the change on your exempt status. In the case of an amendment to your organizational document or bylaws, please send us a copy of the amended document or bylaws. Also, you should inform us of all changes in your name or address.

The box checked at the top of this letter shows whether you must file Form 990, Return of Organization Exempt from Income Tax. If Yes is checked, you are required to file Form 990 only if your gross receipts each year are normally more than $25,000. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. The law provides for a penalty of $10 a day, up to a maximum of $5,000, when a return is filed late, unless there is reasonable cause for the delay. This penalty may also be charged if a return is not complete. So, please make sure your return is complete before you file it.

UAW CHRYSLER

NOV 2 0 1986

National Training Program

(over)

You are not required to file Federal income tax returns unless you are subject to the tax on unrelated business income under section 511 of the Code.  If you are subject to this tax, you must file an income tax return on Form 990-T, Exempt Organization Business Income Tax Return.  In this letter we are not determining whether any of your present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

You need an employer identification number even if you have no employees.  If an employer identification number was not entered on your application, a number will be assigned to you and you will be advised of it.  Please use that number on all returns you file and in all correspondence with the Internal Revenue Service.

If the heading of this letter indicates that a caveat applies, the caveat below is an integral part of this letter.

Because this letter could help resolve any questions about your exempt status and private foundation status, you should keep it in your permanent records.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Sincerely yours,

District Director

Letter 948(DO) (Rev. 4-86)

1.   Bank Statements

2

```
                                                              PAGE:   1
                        ACCOUNT:          ████████        03/31/2014
```

```
        UAW-CHRYSLER NATIONAL
        TRAINING CENTER                                    30-2
        2211 E JEFFERSON                                      2
        DETROIT MI  48207-4104                              300
```

=================================================================
FIRST INDEPENDENCE BANK OFFERS A FULL MENU OF MORTGAGE PRODUCTS AT THE
BANK. WHETHER YOU ARE LOOKING TO PURCHASE A NEW HOME, REFINANCE YOUR
EXISTING MORTGAGE, OR TAKE OUT A LINE OF CREDIT FOR OTHER REASONS- WE
HAVE A SOLUTION TO MEET YOUR NEEDS. PLEASE GIVE US A CALL AT
313-230-0068, ABOUT ANY MORTGAGE NEEDS YOU MAY HAVE.

=================================================================
                 FI COMMERCIAL CKG ACCOUNT   ████████
=================================================================

```
                              LAST STATEMENT 02/28/14   4,682,560.24
MINIMUM BALANCE            2,187,215.06      2 CREDITS        92,882.58
AVG AVAILABLE BALANCE     3,123,120.30    309 DEBITS     2,588,227.76
AVERAGE BALANCE           3,124,484.29  THIS STATEMENT 03/31/14  2,187,215.06
```

- - - - - - - - - DEPOSITS - - - - - - - - -

| REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT | REF #.....DATE......AMOUNT |
|---|---|---|
| 03/21   80,000.00 | 03/25   12,882.58 | |

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 154550*03/24       425.00 | 154834*03/03       500.00 | 154877 03/04       234.31 |
| 154588*03/05     5,000.00 | 154845*03/05       664.00 | 154878 03/04        40.05 |
| 154594*03/12       250.00 | 154849*03/03        83.00 | 154879 03/04        93.02 |
| 154640*03/31       457.51 | 154855 03/04     2,940.00 | 154880*03/03     2,422.55 |
| 154694*03/03   593,083.56 | 154856*03/07     2,565.00 | 154882*03/03        97.03 |
| 154780*03/07     4,000.00 | 154858*03/04       869.00 | 154889 03/05     1,370.40 |
| 154783*03/17       329.54 | 154861 03/03       521.66 | 154890*03/07       695.16 |
| 154790 03/10       148.43 | 154862*03/04       521.66 | 154893 03/06       139.35 |
| 154791 03/03     4,080.00 | 154865 03/03        90.14 | 154894 03/03     2,335.78 |
| 154792*03/04        95.61 | 154866 03/06        91.10 | 154895*03/19       128.50 |
| 154809*03/06       150.00 | 154867*03/06     1,410.00 | 154897*03/03     7,710.81 |
| 154826*03/04       692.00 | 154869*03/04     1,405.00 | 154901 03/03       330.76 |
| 154828 03/12       750.00 | 154871*03/03       107.67 | 154902*03/10       307.25 |
| 154829 03/04    62,410.00 | 154873*03/03       225.64 | 154904*03/06     7,900.00 |
| 154830*03/04    73,721.00 | 154875*03/03       800.00 | 154908*03/06       149.28 |

* * *  C O N T I N U E D  * * *

PAGE:    2
ACCOUNT: ▮▮▮▮▮▮▮           03/31/2014

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
================================================================================
                    FI COMMERCIAL CKG ACCOUNT ▮▮▮▮▮▮▮
================================================================================
```

```
           - - - - - - - - - -  CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
154920 03/03    53,638.15   154978 03/17     2,916.00   155019 03/12    13,442.08
154921*03/26       376.92   154979 03/17     3,672.00   155020 03/17       956.45
154923*03/31       238.27   154980 03/17     3,975.20   155021 03/13     1,417.29
154925*03/10       217.00   154981 03/12       724.00   155022 03/17       565.75
154927 03/05       307.00   154982 03/11     1,359.75   155023 03/17       126.83
154928 03/03       237.94   154983 03/13     1,104.75   155024 03/11    15,936.00
154929*03/10     1,293.74   154984 03/13     2,202.35   155025 03/12        56.00
154932*03/03       185.33   154985 03/13     4,232.25   155026 03/14        39.84
154934*03/03       201.99   154986 03/12     3,111.00   155027 03/12        61.61
154937*03/03     3,036.75   154987 03/12     1,610.00   155028 03/12       265.00
154940*03/05       200.00   154988 03/13     2,830.00   155029 03/12       335.09
154943 03/04       847.89   154989 03/12     3,420.00   155030 03/14     6,300.00
154944 03/03       916.57   154990*03/14       912.00   155031 03/17       109.40
154945*03/13    29,800.00   154992 03/14    12,419.00   155032*03/19       112.75
154948 03/03       639.52   154993*03/17     1,856.00   155034 03/11    35,445.62
154949 03/05     1,191.03   154995 03/17     3,452.70   155035*03/17       391.96
154950*03/12       121.01   154996 03/12     5,001.00   155037 03/13    13,385.70
154954 03/03        88.75   154997 03/20       175.00   155038*03/12        74.87
154955*03/03       120.00   154998 03/12       410.58   155040 03/13       615.64
154959 03/06     4,281.00   154999 03/24       156.00   155041 03/26     4,700.00
154960 03/04     1,800.00   155000 03/13        96.00   155042 03/14        55.00
154961 03/04     7,967.14   155001 03/31    99,258.99   155043 03/11        60.97
154962 03/10     1,984.00   155002 03/12        45.55   155044 03/11       167.80
154963 03/05       795.00   155003 03/13        37.45   155045 03/11     1,928.09
154964 03/07     2,038.20   155004 03/17       139.80   155046 03/12       252.50
154965 03/05       503.00   155005 03/17       192.52   155047 03/12    20,681.28
154966 03/05       211.00   155006 03/20     2,995.00   155048 03/12     1,250.00
154967*03/11     3,675.00   155007 03/11       228.83   155049 03/12    20,952.50
154969 03/11       600.00   155008*03/13        83.84   155050 03/19       530.10
154970 03/05     1,134.00   155011 03/24       427.45   155051 03/12     5,800.00
154971 03/10     2,268.00   155012 03/11       840.00   155052 03/10        64.40
154972 03/06     2,751.05   155013 03/13       521.80   155053 03/11       494.65
154973 03/14     1,443.80   155014 03/14       336.00   155054 03/31       192.33
154974 03/10       476.00   155015 03/12     1,060.00   155055 03/19       392.31
154975 03/07   250,000.00   155016 03/12     1,199.72   155056 03/11       363.40
154976 03/12     1,410.00   155017 03/12       220.00   155057 03/12       248.50
154977 03/18       818.00   155018 03/10       425.25   155058 03/17       288.45
                 * * *  C O N T I N U E D  * * *
```

PAGE: 3
ACCOUNT: 03/31/2014

UAW-CHRYSLER NATIONAL
TRAINING CENTER

=================================================================================
FI COMMERCIAL CKG ACCOUNT
=================================================================================

```
                - - - - - - - -  CHECKS - - - - - - - - -
  CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT
  155059 03/11      294.99     155097 03/12       64.75     155141 03/28      840.00
  155060 03/10      245.00     155098 03/10      238.00     155142 03/31      406.99
  155061 03/17      213.00     155099 03/10      386.28     155143 03/25      127.15
  155062 03/17      143.94     155100 03/12   13,900.00     155144 03/27    8,808.00
  155063 03/11      810.88     155101 03/11      448.48     155145 03/27    3,020.50
  155064 03/10    1,366.73     155102*03/13   45,400.00     155146*03/28    5,626.59
  155065 03/12    4,168.50     155105 03/20   14,897.65     155150 03/27.   2,557.62
  155066 03/17      291.32     155106 03/27      750.00     155151*03/28   14,211.01
  155067 03/14·  12,200.00     155107 03/31      898.00ʸ   155153 03/26    4,800.00
  155068 03/13      799.95     155108 03/27    5,851.72     155154 03/28      717.09
  155069 03/11   42,467.13     155109 03/31    4,024.00     155155 03/28      265.00
  155070 03/24      387.48     155110 03/27    7,762.00     155156 03/27   11,236.97
  155071 03/10      235.20     155111 03/26    1,682.05     155157 03/28      846.56
  155072 03/11  · 2,435.70     155112*03/27   15,960.09     155158 03/28      769.19
  155073 03/12    2,815.22     155114 03/18    1,400.00     155159 03/26      611.67
  155074 03/11   24,795.23     155115 03/26    1,500.00     155160 03/27    1,174.97
  155075 03/13      193.00     155116 03/26      900.00     155161*03/31      129.85
  155076 03/14      229.00     155117 03/31    1,350.00     155163*03/28    8,862.52
  155077 03/12      104.00     155118 03/31    3,600.00     155167 03/27    2,521.48
  155078 03/14      520.99     155119 03/25    1,800.00     155168 03/28   30,332.05
  155079 03/13      202.00     155120 03/26    3,600.00     155169 03/26    9,548.25
  155080 03/11      839.49     155121 03/27    2,310.20     155170*03/28      326.00
  155081 03/12      221.60     155122 03/26      176.15     155172 03/27      204.11
  155082 03/14      834.10     155123 03/26      509.75     155173*03/31      124.01
  155083 03/14    1,158.44     155124 03/28    1,678.53     155175 03/27      166.75
  155084*03/14      682.06     155125 03/26    7,429.96     155176 03/27      159.62
  155086 03/17   33,125.76     155126*03/25    5,752.00     155177 03/31      197.36
  155087 03/13      255.00     155128 03/28    1,097.00     155178 03/31      536.33
  155088 03/10      190.00     155129 03/25    1,919.00     155179 03/31      642.50
  155089 03/13      175.52     155130 03/27    3,452.35     155180 03/26    3,718.85
  155090 03/12      172.60     155131 03/25    1,546.91     155181 03/31   12,300.75
  155091 03/12      139.44     155132 03/25   50,000.00     155182 03/26   68,356.16
  155092 03/12    2,096.83     155133 03/31       58.12     155183 03/31      260.80
  155093 03/12      495.51     155134*03/28       45.55     155184 03/31       27.74
  155094 03/13      185.00     155136*03/31    1,316.45     155185*03/26    1,495.00
  155095 03/20    1,302.77     155139 03/28    1,352.88     155187 03/31      409.93
  155096 03/11    1,560.00     155140 03/31      107.67     155188 03/31      478.40
                    * * *  C O N T I N U E D  * * *
```

ACCOUNT: ███████████

PAGE: 4
03/31/2014

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
=================================================================================
                        FI COMMERCIAL CKG ACCOUNT  ██████████
=================================================================================
```

```
          - - - - - - - - -  CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT
 155189 03/31      331.61    155205*03/27      104.00     155220 03/28    3,047.57
 155190*03/28      263.05    155207 03/26      609.13     155221 03/31      424.78
 155193 03/28      945.00    155208 03/31      161.50     155222 03/31    2,203.37
 155194 03/26      277.25    155209 03/26   24,163.00     155223 03/31      108.36
 155195 03/28      388.91    155210 03/26    1,592.00     155224 03/31      211.42
 155196*03/31   11,400.00    155211 03/28      659.76     155225 03/28      477.00
 155199*03/27      774.70    155212 03/28    1,136.62     155226 03/28      168.60
 155201 03/28    1,858.67    155213 03/31      246.89     155227 03/31      195.71
 155202 03/31    2,916.66    155214*03/28   45,700.00     155228 03/26      310.00
 155203 03/27      188.00    155216 03/28      540.82     155229*03/27  111,294.00
 155204 03/27      317.85    155217*03/27    1,750.00     155244 03/31    1,305.38
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
          - - - - - - - - - -  OTHER DEBITS - - - - - - - - - -
DESCRIPTION                                                  DATE         AMOUNT
TELCO BILLING Telco Recurring201095                          03/03          27.95
Diners Club DINERS PMT 30██████4705                          03/03      65,278.91
TRANSFER TO FI COMMERCIAL CKG ACCOUNT ██████                 03/05      25,590.42
Diners Club DINERS PMT 306█████4705                          03/05      31,396.92
ATT Payment XXXXX1011EPAYW                                   03/06       2,406.09
TRANSFER TO FI COMMERCIAL CKG ACCOUNT ██████                 03/12     113,808.84
TRANSFER TO FI COMMERCIAL CKG ACCOUNT ██████                 03/19       8,519.35
TRANSFER TO FI COMMERCIAL CKG ACCOUNT ██████                 03/26     112,901.27
TELCO BILLING Telco Recurring201095                          03/31          27.95
```

```
      - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -
```

```
***********************************************************************
*                                 |  TOTAL FOR    |    TOTAL         *
*                                 |  THIS PERIOD  |  YEAR TO DATE    *
*---------------------------------+---------------+------------------*
* TOTAL OVERDRAFT FEES:           |     $.00      |      $.00        *
*---------------------------------+---------------+------------------*
* TOTAL RETURNED ITEM FEES:       |     $.00      |      $.00        *
***********************************************************************
```

* * * C O N T I N U E D * * *

ACCOUNT:     ██████████    PAGE:    5
03/31/2014

UAW-CHRYSLER NATIONAL
TRAINING CENTER

================================================================
FI COMMERCIAL CKG ACCOUNT ██████████
================================================================
- - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 03/03   3,945,799.78 | 03/12   3,074,771.43 | 03/21   2,935,201.41 |
| 03/04   3,792,163.10 | 03/13   2,971,233.89 | 03/24   2,933,805.48 |
| 03/05   3,723,800.33 | 03/14   2,935,547.46 | 03/25   2,885,543.00 |
| 03/06   3,704,522.46 | 03/17   2,886,472.84 | 03/26   2,636,285.59 |
| 03/07   3,445,224.10 | 03/18   2,884,254.84 | 03/27   2,455,920.66 |
| 03/10   3,433,935.02 | 03/19   2,874,571.83 | 03/28   2,333,764.69 |
| 03/11   3,299,183.01 | 03/20   2,855,201.41 | 03/31   2,187,215.06 |

- END OF STATEMENT -

```
                                                           PAGE:    1
                             ACCOUNT:          ▓▓▓▓▓       04/30/2014
```

```
            UAW-CHRYSLER NATIONAL
            TRAINING CENTER                              30-2
            2211 E JEFFERSON                             1
            DETROIT MI  48207-4104                       252
```

**==========================================================================**
    FIRST INDEPENDENCE BANK OFFERS A FULL MENU OF MORTGAGE PRODUCTS AT THE
    BANK. WHETHER YOU ARE LOOKING TO PURCHASE A NEW HOME, REFINANCE YOUR
    EXISTING MORTGAGE, OR TAKE OUT A LINE OF CREDIT FOR OTHER REASONS- WE
    HAVE A SOLUTION TO MEET YOUR NEEDS. PLEASE GIVE US A CALL AT
    313-230-0068, ABOUT ANY MORTGAGE NEEDS YOU MAY HAVE.

**==========================================================================**
                    FI COMMERCIAL CKG ACCOUNT ▓▓▓▓▓
**==========================================================================**

```
                                  LAST STATEMENT 03/31/14   2,187,215.06
MINIMUM BALANCE             1,348,525.68     2 CREDITS       2,473,405.37
AVG AVAILABLE BALANCE       2,515,584.86   259 DEBITS        2,191,684.81
AVERAGE BALANCE             2,517,145.21 THIS STATEMENT 04/30/14  2,468,935.62
```

```
              - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
      04/29   23,405.37
```

```
              - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
Incoming Wire 11873389 CHRYSLER GROUP LLC            04/16   2,450,000.00
```

```
              - - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
 154968*04/04   10,000.00   155148 04/01      40.05   155198*04/03      135.00
 154991*04/04    5,000.00   155149*04/01      93.02   155200*04/10    1,000.00
 154994*04/02      150.00   155152*04/02     123.00   155206*04/01      247.45
 155009*04/01   42,480.00   155162*04/01   2,335.78   155215*04/04      349.00
 155036*04/11      108.00   155164 04/14     542.92   155218 04/01      275.53
 155039*04/07      261.70   155165*04/02     279.92   155219*04/07      281.00
 155113*04/02       75.00   155171*04/08  15,700.00   155230 04/04   25,537.60
 155127*04/04    4,155.00   155174*04/07     164.05   155231 04/04    1,000.00
 155135*04/07   55,592.00   155191 04/01     237.94   155232 04/04    7,200.00
 155138*04/17       77.47   155192*04/30     297.77   155233 04/10      720.00
 155147 04/01      235.88   155197 04/17     200.00   155234*04/08  162,864.00
                    * * * C O N T I N U E D * * *
```

ACCOUNT: ███████

PAGE:    2
04/30/2014

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
==============================================================================
                      FI COMMERCIAL CKG ACCOUNT ████████
==============================================================================
```

```
              - - - - - - - - -  CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
```

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 155236 04/04    25,486.25 | 155275 04/18      239.00 | 155313 04/15      479.60 |
| 155237 04/15    44,491.36 | 155276 04/18      230.00 | 155314 04/18      190.00 |
| 155238 04/28   527,571.33 | 155277 04/17      139.00 | 155315 04/22      536.73 |
| 155239 04/02    27,619.05 | 155278 04/14       45.55 | 155316 04/11      785.59 |
| 155240 04/04     7,721.88 | 155279 04/14       33.25 | 155317 04/11    2,510.91 |
| 155241 04/16    32,294.91 | 155280 04/11       95.18 | 155318 04/10    1,284.66 |
| 155242 04/04       458.73 | 155281 04/15       41.35 | 155319 04/11      125.00 |
| 155243*04/17     1,438.88 | 155282 04/28      525.00 | 155320 04/10    9,974.63 |
| 155245 04/14       850.00 | 155283 04/17      114.17 | 155321 04/14    1,104.15 |
| 155246 04/07       939.73 | 155284 04/18      178.68 | 155322 04/10   38,561.30 |
| 155247 04/10       800.00 | 155285 04/14      840.00 | 155323 04/21      286.13 |
| 155248 04/09     1,560.00 | 155286 04/14    1,813.88 | 155324 04/15      472.25 |
| 155249 04/09     1,803.00 | 155287 04/11       68.40 | 155325*04/10    1,352.00 |
| 155250 04/09     4,725.00 | 155288 04/17      129.00 | 155327 04/24       40.32 |
| 155251 04/14     1,173.56 | 155289 04/14   13,442.08 | 155328 04/09      414.00 |
| 155252 04/14     8,217.00 | 155290 04/14      963.35 | 155329 04/08      228.00 |
| 155253 04/10     8,292.00 | 155291 04/14      242.70 | 155330 04/21      305.04 |
| 155254 04/11     3,562.00 | 155292 04/14    1,977.61 | 155331*04/15      231.18 |
| 155255 04/08     1,445.00 | 155293 04/14      127.13 | 155333 04/24      316.05 |
| 155256 04/10     6,603.00 | 155294 04/10    3,961.70 | 155334 04/10        6.78 |
| 155257 04/08     1,300.00 | 155295 04/11       21.50 | 155335 04/24      137.31 |
| 155258 04/08     6,380.00 | 155296 04/15      886.26 | 155336*04/14      191.41 |
| 155259 04/14     1,890.00 | 155297 04/15    3,405.85 | 155338 04/11      474.97 |
| 155260 04/11     1,554.00 | 155298 04/09      634.04 | 155339 04/07        6.78 |
| 155261 04/08     3,555.00 | 155299 04/14      618.60 | 155340 04/21      532.27 |
| 155262 04/24     8,277.60 | 155300 04/11      127.91 | 155341 04/17      475.00 |
| 155263 04/21     4,245.00 | 155301 04/14      150.00 | 155342 04/09      268.80 |
| 155264 04/10     1,826.95 | 155302 04/14      471.45 | 155343*04/14      214.25 |
| 155265 04/09       566.00 | 155303 04/21      383.22 | 155345 04/16      615.00 |
| 155266 04/09       361.00 | 155304 04/11    5,891.37 | 155346 04/14      285.00 |
| 155267 04/10     1,467.00 | 155305 04/15      256.97 | 155347 04/14   19,166.55 |
| 155268*04/14     3,571.50 | 155306 04/16   39,706.86 | 155348 04/14      169.00 |
| 155270 04/10     2,435.00 | 155307 04/14    3,602.90 | 155349 04/16      198.50 |
| 155271 04/09     2,299.77 | 155308 04/14      418.70 | 155350 04/14      226.75 |
| 155272 04/10     3,093.05 | 155309*04/14      192.53 | 155351 04/09    8,101.36 |
| 155273 04/17       333.00 | 155311 04/18      166.16 | 155352 04/10      442.10 |
| 155274 04/14       222.35 | 155312 04/11      188.80 | 155353 04/11      476.00 |

```
                   * * *  C O N T I N U E D  * * *
```

ACCOUNT: ███████████                    PAGE:    3
                                         04/30/2014


UAW-CHRYSLER NATIONAL
TRAINING CENTER


========================================================================
                    FI COMMERCIAL CKG ACCOUNT ██████
========================================================================

              - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT    CHECK #..DATE......AMOUNT
155354 04/14      523.19     155398*04/22      708.08     155444 04/23      190.00
155355 04/17   23,200.00     155400 04/23       86.74     155445*04/23      494.40
155356 04/14   24,537.60     155401 04/22    2,435.83     155447 04/22      234.50
155357 04/16      124.31     155402*04/22      240.00     155448*04/22    1,208.10
155358 04/10      819.79     155404 04/23      135.19     155450 04/23      628.62
155359*04/14      136.55     155405*04/22    4,673.60     155451 04/23      239.00
155361 04/09      176.00     155407 04/22   12,068.10     155452*04/22      109.81
155362 04/08      130.00     155408 04/24       42.67     155455 04/24      612.07
155363*04/28      500.00     155409*04/23    8,233.72     155456 04/22      170.55
155365 04/16    1,500.00     155411 04/21    1,845.01     155457 04/28      230.00
155366 04/15   13,800.00     155412 04/23    2,824.92     155458 04/25      138.69
155367 04/15    3,514.96     155413 04/28      139.99     155459 04/22    2,683.06
155368 04/14    4,800.00     155414 04/23      714.40     155460 04/23      432.89
155369*04/23  229,447.72     155415*04/24       83.00     155461 04/23      383.60
155371 04/22    1,350.00     155418*04/22    1,065.65     155462 04/22    1,329.75
155372 04/28    1,455.00     155420 04/22    3,515.29     155463*04/23      147.57
155373*04/25      392.00     155421 04/22   26,249.06     155465 04/24      357.00
155375 04/25    1,246.20     155422 04/24   24,001.96     155466 04/28       97.00
155376*04/25    5,621.70     155423 04/23    2,679.04     155467 04/30      190.00
155378 04/28   11,178.00     155424 04/28      889.20     155468 04/24      547.16
155379 04/25   40,000.00     155425 04/23      249.00     155469 04/28      293.95
155380*04/22   40,000.00     155426 04/23    2,687.28     155470*04/24      224.48
155383 04/28      244.00     155427*04/28      450.00     155474 04/28   61,990.70
155384 04/28      272.44     155430 04/21      372.92     155475*04/30    5,266.15
155385 04/30      291.00     155431*04/24    1,676.59     155477 04/30    1,054.95
155386 04/28      171.00     155433 04/23      237.94     155478*04/28   23,730.80
155387*04/24      193.00     155434 04/30      583.66     155481*04/30    1,800.00
155389 04/23      347.00     155435 04/22    1,357.75     155483 04/29      975.00
155390 04/24       45.55     155436 04/23      193.86     155484*04/29    3,996.00
155391 04/28      976.75     155437 04/25    5,000.00     155486*04/30    1,470.00
155392 04/23      155.72     155438 04/23      200.00     155488*04/29    2,807.50
155393 04/25      112.70     155439 04/21      370.59     155490*04/30    2,460.00
155394 04/28       50.50     155440 04/23      520.50     155494*04/30      864.00
155395 04/25      107.67     155441 04/23      628.00     155499 04/29    5,500.00
155396 04/22      756.00     155442 04/25    1,383.24     155500 04/28      303.20
155397 04/25      518.00     155443 04/22    1,765.00     155501 04/30    5,250.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
               * * * C O N T I N U E D * * *

ACCOUNT:

PAGE:    4
04/30/2014

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
=====================================================================
                     FI COMMERCIAL CKG ACCOUNT
=====================================================================
         - - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                              DATE      AMOUNT
TRANSFER TO FI COMMERCIAL CKG ACCOUNT                    04/02    25,098.07
ATT Payment XXXXX6011EPAYA                               04/07     2,261.82
TRANSFER TO FI COMMERCIAL CKG ACCOUNT                    04/09   112,920.14
TRANSFER TO FI COMMERCIAL CKG ACCOUNT                    04/15     8,506.16
TRANSFER TO FI COMMERCIAL CKG ACCOUNT                    04/23   107,889.66
TRANSFER TO FI COMMERCIAL CKG ACCOUNT                    04/28    25,923.88
TELCO BILLING Telco Recurring201095                      04/29        27.95
```

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*************************************************************************
*                                  |   TOTAL FOR    |      TOTAL       *
*                                  |  THIS PERIOD   |   YEAR TO DATE   *
*----------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:            |      $.00      |      $.00        *
*----------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:        |      $.00      |      $.00        *
*************************************************************************
```

- - - - - - - - - DAILY BALANCE - - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 04/01   2,141,269.41 | 04/11   1,513,770.23 | 04/23   3,226,431.93 |
| 04/02   2,080,724.37 | 04/14   1,424,611.62 | 04/24   3,189,877.17 |
| 04/03   2,080,589.37 | 04/15   1,348,525.68 | 04/25   3,135,356.97 |
| 04/04   2,000,880.91 | 04/16   3,724,086.10 | 04/28   2,478,364.23 |
| 04/07   1,941,433.83 | 04/17   3,697,979.58 | 04/29   2,488,463.15 |
| 04/08   1,749,831.83 | 04/18   3,696,975.74 | 04/30   2,468,935.62 |
| 04/09   1,624,104.08 | 04/21   3,688,635.56 | |
| 04/10   1,533,362.76 | 04/22   3,586,178.70 | |

- END OF STATEMENT -

```
                                                                    PAGE:    1
                                  ACCOUNT:      ████████            05/30/2014
```

```
              UAW-CHRYSLER NATIONAL
              TRAINING CENTER                                        30-2
              2211 E JEFFERSON                                          0
              DETROIT MI  48207-4104                                  237
```

===============================================================================
    FIRST INDEPENDENCE BANK OFFERS A FULL MENU OF MORTGAGE PRODUCTS AT THE
    BANK. WHETHER YOU ARE LOOKING TO PURCHASE A NEW HOME, REFINANCE YOUR
    EXISTING MORTGAGE, OR TAKE OUT A LINE OF CREDIT FOR OTHER REASONS- WE
    HAVE A SOLUTION TO MEET YOUR NEEDS. PLEASE GIVE US A CALL AT
    313-230-0068, ABOUT ANY MORTGAGE NEEDS YOU MAY HAVE.

===============================================================================
                    FI COMMERCIAL CKG ACCOUNT  ████████
===============================================================================

                                      LAST STATEMENT 04/30/14    2,468,935.62
MINIMUM BALANCE              265,870.45         2 CREDITS        2,426,000.00
AVG AVAILABLE BALANCE      1,449,465.98       245 DEBITS         2,207,174.49
AVERAGE BALANCE            1,449,465.98  THIS STATEMENT 05/30/14  2,687,761.13
```

```
            - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                          DATE          AMOUNT
RETURNED CHECK# 153797, STALE DATED CHECK            05/20        1,000.00
Incoming Wire 12258812 CHRYSLER GROUP LLC            05/30     2,425,000.00
```

```
            - - - - - - - - - - CHECKS - - - - - - - - - - -
CHECK #..DATE.....AMOUNT   CHECK #..DATE.....AMOUNT   CHECK #..DATE.....AMOUNT
153797*05/20   1,000.00    155417*05/14     188.50    155487*05/01   2,068.40
155033*05/02      70.45    155428*05/02     239.77    155489*05/02   5,836.00
155166*05/01   3,000.00    155432*05/07     287.01    155491 05/27   1,580.50
155235*05/01   1,500.00    155446*05/05     397.30    155492 05/05     686.00
155310*05/09  12,400.00    155453 05/01  18,900.00    155493*05/05   6,885.40
155337*05/02     325.00    155454*05/01     349.00    155495 05/05  10,580.00
155344*05/01      50.00    155464*05/08     798.59    155496 05/06   3,654.26
155377*05/05   1,185.00    155472 05/29   5,000.00    155497 05/13   4,671.00
155382*05/07     123.00    155473*05/02     600.00    155498*05/21     530.00
155388*05/02     212.00    155476*05/07  10,000.00    155502*05/07   5,000.00
155399*05/01     153.95    155479 05/22   1,200.00    155504 05/02     600.00
155403*05/07     360.00    155480*05/01   3,423.06    155505 05/08   1,808.64
155410*05/02      89.45    155482*05/02   1,110.00    155506 05/13  32,313.00
155416 05/09   9,400.00    155485*05/01   1,333.86    155507 05/27   1,733.30
               * * *  C O N T I N U E D  * * *
```

ACCOUNT: ▮▮▮▮

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
================================================================================
                    FI COMMERCIAL CKG ACCOUNT ▮▮▮▮▮▮
================================================================================
```

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #. | .DATE | ....AMOUNT | CHECK #. | .DATE | ....AMOUNT | CHECK #. | .DATE | ....AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 155508 | 05/07 | 2,136.00 | 155546 | 05/12 | 129.85 | 155586 | 05/05 | 356.72 |
| 155509* | 05/06 | 5,516.25 | 155547 | 05/12 | 90.40 | 155587 | 05/08 | 137.48 |
| 155511 | 05/09 | 976.00 | 155548* | 05/19 | 2,337.21 | 155588 | 05/07 | 139.77 |
| 155512 | 05/12 | 232.00 | 155550 | 05/07 | 701.28 | 155589 | 05/19 | 103.00 |
| 155513 | 05/09 | 320.00 | 155551 | 05/12 | 261.97 | 155590* | 05/08 | 5,000.00 |
| 155514 | 05/06 | 16,988.00 | 155552 | 05/09 | 1,282.53 | 155592 | 05/12 | 675.00 |
| 155515 | 05/09 | 177.43 | 155553 | 05/09 | 26,439.07 | 155593* | 05/20 | 5,000.00 |
| 155516 | 05/09 | 45.55 | 155554 | 05/09 | 13,857.54 | 155595 | 05/16 | 53,000.00 |
| 155517 | 05/12 | 176.31 | 155555 | 05/07 | 5,392.35 | 155596 | 05/15 | 7,354.66 |
| 155518 | 05/12 | 139.80 | 155556 | 05/09 | 12,600.00 | 155597 | 05/16 | 8,500.00 |
| 155519 | 05/23 | 10,077.95 | 155557 | 05/08 | 353.27 | 155598* | 05/16 | 367,044.65 |
| 155520 | 05/07 | 191.85 | 155558 | 05/08 | 1,912.33 | 155600 | 05/19 | 54,077.27 |
| 155521 | 05/12 | 99.37 | 155559 | 05/08 | 187.40 | 155601 | 05/21 | 400,000.00 |
| 155522 | 05/07 | 168.56 | 155560 | 05/19 | 181.08 | 155602 | 05/14 | 200,004.00 |
| 155523 | 05/07 | 2,929.70 | 155561 | 05/06 | 48.81 | 155603 | 05/19 | 5,000.00 |
| 155524 | 05/12 | 1,684.47 | 155562 | 05/06 | 1,591.80 | 155604* | 05/27 | 900.00 |
| 155525 | 05/08 | 840.00 | 155563 | 05/06 | 3,512.48 | 155608 | 05/23 | 1,950.00 |
| 155526 | 05/09 | 2,928.56 | 155564 | 05/07 | 42,099.30 | 155609 | 05/29 | 2,298.00 |
| 155527 | 05/07 | 931.95 | 155565* | 05/06 | 1,495.00 | 155610 | 05/28 | 4,920.00 |
| 155528 | 05/08 | 643.80 | 155567 | 05/09 | 133.76 | 155611 | 05/23 | 509.75 |
| 155529 | 05/08 | 526.70 | 155568 | 05/09 | 503.81 | 155612* | 05/27 | 2,256.00 |
| 155530 | 05/14 | 9,236.16 | 155569 | 05/13 | 401.63 | 155614* | 05/23 | 1,053.00 |
| 155531 | 05/09 | 13,442.08 | 155570 | 05/06 | 1,544.93 | 155616 | 05/27 | 1,300.00 |
| 155532 | 05/09 | 5,930.13 | 155571 | 05/13 | 192.43 | 155617 | 05/28 | 15,275.00 |
| 155533 | 05/08 | 93.17 | 155572 | 05/27 | 110.00 | 155618 | 05/27 | 13,635.00 |
| 155534 | 05/08 | 40.12 | 155573 | 05/09 | 295.68 | 155619 | 05/23 | 8,722.00 |
| 155535 | 05/20 | 5,995.00 | 155574 | 05/06 | 19,902.00 | 155620 | 05/27 | 1,655.00 |
| 155536 | 05/07 | 2,024.12 | 155575 | 05/08 | 149.00 | 155621 | 05/23 | 3,250.00 |
| 155537 | 05/14 | 432.32 | 155576 | 05/07 | 13,400.00 | 155622 | 05/19 | 1,400.00 |
| 155538 | 05/14 | 2,273.32 | 155577 | 05/07 | 201.45 | 155623 | 05/22 | 36.58 |
| 155539 | 05/09 | 570.19 | 155578 | 05/07 | 8,894.00 | 155624 | 05/20 | 70.10 |
| 155540 | 05/08 | 488.00 | 155579 | 05/12 | 807.61 | 155625 | 05/22 | 157.56 |
| 155541 | 05/09 | 265.00 | 155580* | 05/12 | 1,230.14 | 155626 | 05/21 | 668.82 |
| 155542 | 05/09 | 1,032.85 | 155582 | 05/08 | 185.25 | 155627 | 05/23 | 125.82 |
| 155543 | 05/06 | 11,585.00 | 155583 | 05/09 | 22,000.00 | 155628 | 05/20 | 840.00 |
| 155544 | 05/08 | 977.34 | 155584 | 05/14 | 160.00 | 155629 | 05/23 | 324.03 |
| 155545 | 05/09 | 607.09 | 155585 | 05/07 | 30,672.00 | 155630 | 05/22 | 304.34 |

* * * C O N T I N U E D * * *

ACCOUNT: ▮▮▮▮▮

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
================================================================================
                      FI COMMERCIAL CKG ACCOUNT ▮▮▮▮▮▮
================================================================================
```

```
            - - - - - - - - -  CHECKS - - - - - - - - - -
  CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
  155631 05/19      248.12    155662 05/21      521.26    155693 05/21      317.85
  155632 05/29    2,116.80    155663 05/22      175.00    155694 05/21      104.00
  155633 05/21    5,052.54    155664 05/20      824.72    155695 05/27      204.50
  155634 05/22      232.96    155665 05/20      230.00    155696 05/20      974.78
  155635 05/21    2,435.83    155666 05/21      468.35    155697 05/20      225.30
  155636 05/21      172.00    155667 05/21      125.00    155698 05/21    1,897.50
  155637 05/21        4.00    155668 05/21   20,881.68    155699 05/20      630.98
  155638 05/21      400.00    155669 05/20    1,250.00    155700 05/27       70.00
  155639 05/23      338.00    155670 05/20   27,044.24    155701*05/23   55,343.66
  155640 05/23       36.81    155671 05/21      931.84    155703 05/27      141.82
  155641 05/20      295.48    155672 05/21    3,161.07    155704 05/20      130.28
  155642 05/21      837.00    155673 05/23       81.49    155705*05/20  144,512.00
  155643 05/21      478.28    155674 05/19    1,495.00    155708 05/21      219.89
  155644 05/20      668.97    155675 05/23      336.61    155709 05/20    2,418.18
  155645*05/21    3,349.25    155676 05/22      415.26    155710 05/21      139.44
  155647 05/27      210.21    155677 05/22      363.54    155711 05/21      448.91
  155648*05/21    1,422.70    155678 05/23      163.00    155712 05/21      225.00
  155650 05/23      139.99    155679 05/21      538.07    155713 05/21       52.67
  155651 05/27    2,139.62    155680*05/21      945.00    155714 05/19       60.00
  155652 05/22    2,034.15    155682 05/30      210.77    155715*05/27      427.96
  155653 05/23      355.13    155683 05/23    5,000.00    155719*05/30    1,239.00
  155654 05/21      213.18    155684 05/21      294.00    155722 05/27    1,445.00
  155655 05/23    3,214.00    155685 05/28      230.00    155723*05/30      953.50
  155656 05/22      764.75    155686 05/23      302.38    155727*05/29    2,048.00
  155657 05/27      319.00    155687 05/22      443.00    155730 05/30      706.05
  155658 05/22      326.00    155688 05/27      395.00    155731*05/27    2,475.00
  155659 05/21   10,800.00    155689 05/21       85.50    155733 05/27    1,097.68
  155660 05/21      675.00    155691*05/21    3,245.29
  155661 05/22      323.60    155692 05/23      409.99
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
         - - - - - - - - -  OTHER DEBITS - - - - - - - - -
  DESCRIPTION                                          DATE        AMOUNT
  TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▮▮▮▮         05/06      1,827.13
  ATT Payment XXXXX9012EPAYE                          05/06      3,394.22
  TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▮▮▮▮         05/07    109,035.32
  TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▮▮▮▮         05/12      8,257.84
                  * * * C O N T I N U E D  * * *
```

```
                                      ACCOUNT:         ███████         PAGE:    4
                                                                       05/30/2014




                    UAW-CHRYSLER NATIONAL
                    TRAINING CENTER


=================================================================================
                    FI COMMERCIAL CKG ACCOUNT  ██████████
=================================================================================
          - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                                 DATE        AMOUNT
TRANSFER TO FI COMMERCIAL CKG ACCOUNT  ████████             05/21    109,865.35
TRANSFER TO FI COMMERCIAL CKG ACCOUNT  ████████             05/28      8,421.81
TELCO BILLING Telco Recurring201095                         05/29         27.95

          - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

     **********************************************************************
     *                            |     TOTAL FOR    |      TOTAL         *
     *                            |    THIS PERIOD   |   YEAR TO DATE     *
     *---------------------------------------------------------------------*
     * TOTAL OVERDRAFT FEES:      |        $.00      |        $.00        *
     *---------------------------------------------------------------------*
     * TOTAL RETURNED ITEM FEES:  |        $.00      |        $.00        *
     **********************************************************************


              - - - - - - - - DAILY BALANCE  - - - - - - -
   DATE..........BALANCE       DATE...........BALANCE       DATE...........BALANCE
   05/01    2,428,157.35       05/12    1,947,766.39        05/21      436,458.82
   05/02    2,419,074.68       05/13    1,910,188.33        05/22      429,287.08
   05/05    2,398,984.26       05/14    1,697,894.03        05/23      337,908.60
   05/06    2,327,924.38       05/15    1,690,539.37        05/27      306,208.01
   05/07    2,103,236.72       05/16    1,261,994.72        05/28      277,361.20
   05/08    2,089,095.63       05/19    1,199,430.25        05/29      265,870.45
   05/09    1,961,551.15       05/20    1,008,320.22        05/30    2,687,761.13

                         - END OF STATEMENT -
```

```
                                                              PAGE:    1
                              ACCOUNT:        ███████          06/30/2014
```

```
          UAW-CHRYSLER NATIONAL
          TRAINING CENTER                               30-2
          2211 E JEFFERSON                                 1
          DETROIT MI  48207-4104                          262
```

```
==========================================================================
     FIRST INDEPENDENCE BANK OFFERS A FULL MENU OF MORTGAGE PRODUCTS AT THE
     BANK. WHETHER YOU ARE LOOKING TO PURCHASE A NEW HOME, REFINANCE YOUR
     EXISTING MORTGAGE, OR TAKE OUT A LINE OF CREDIT FOR OTHER REASONS- WE
     HAVE A SOLUTION TO MEET YOUR NEEDS. PLEASE GIVE US A CALL AT
     313-230-0068, ABOUT ANY MORTGAGE NEEDS YOU MAY HAVE.
==========================================================================
                    FI COMMERCIAL CKG ACCOUNT    ███████
==========================================================================
```

```
                                  LAST STATEMENT 05/30/14   2,687,761.13
MINIMUM BALANCE            1,244,285.18      3 CREDITS         757,878.04
AVG AVAILABLE BALANCE      1,852,553.05    268 DEBITS        2,154,989.33
AVERAGE BALANCE            1,853,060.66  THIS STATEMENT 06/30/14  1,290,649.84
```

```
          - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
     06/03    7,868.04
```

```
          - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
INCOMING WIRE FEE 12457553                           06/23        10.00
Incoming Wire 12457553 CHRYSLER GROUP LLC            06/23    750,000.00
```

```
          - - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
155364*06/11   9,783.89   155615*06/23    622.00   155720 06/02    2,700.00
155370*06/02     500.00   155646*06/09    121.20   155721*06/06      900.00
155510*06/09   1,824.00   155649*06/05  1,000.00   155724 06/09    1,337.40
155549*06/09     105.51   155681*06/17    269.00   155725 06/16      650.00
155591*06/20   2,500.00   155702*06/04  1,136.50   155726*06/02    5,690.00
155599*06/12     800.00   155706 06/16    675.00   155728 06/02    1,210.00
155605 06/02   2,700.00   155707*06/12  5,000.00   155729*06/04    1,690.00
155606 06/02   2,862.00   155716 06/02  1,175.00   155732*06/02    2,760.00
155607*06/02   1,395.00   155717 06/11     50.00   155734*06/09      750.00
155613*06/09     503.40   155718*06/16    175.00   155736 06/16    1,155.00
               * * *  C O N T I N U E D  * * *
```

UAW-CHRYSLER NATIONAL
TRAINING CENTER

=========================================================================
FI COMMERCIAL CKG ACCOUNT
=========================================================================

- - - - - - - - - -  CHECKS - - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 155737 06/16    356.00 | 155777 06/06    633.03 | 155814 06/09    458.00 |
| 155738 06/06  5,026.85 | 155778 06/09    405.28 | 155815 06/23    302.75 |
| 155739 06/09  1,074.00 | 155779 06/05  2,627.44 | 155816*06/09    324.45 |
| 155740 06/13    760.00 | 155780 06/12    513.94 | 155818 06/18    471.80 |
| 155741 06/06 10,960.50 | 155781 06/05 18,966.19 | 155819 06/05    320.00 |
| 155742 06/04    433.00 | 155782 06/05 27,674.62 | 155820 06/05 25,157.90 |
| 155743 06/05  1,325.00 | 155783 06/06 13,935.48 | 155821 06/25    500.00 |
| 155744 06/16  4,875.00 | 155784 06/09    539.72 | 155822 06/05    170.00 |
| 155745 06/09  3,510.00 | 155785 06/05    807.69 | 155823 06/05    317.85 |
| 155746*06/06  2,048.00 | 155786 06/09  1,038.75 | 155824 06/05    104.00 |
| 155749 06/03  2,500.00 | 155787 06/06    243.00 | 155825 06/10    520.99 |
| 155750 06/06     76.87 | 155788 06/05    385.00 | 155826 06/09    475.85 |
| 155751 06/05     91.10 | 155789 06/04    205.40 | 155827 06/05    909.91 |
| 155752 06/09    919.32 | 155790 06/26  1,846.48 | 155828 06/05  6,246.00 |
| 155753 06/09  9,113.53 | 155791 06/10    186.25 | 155829 06/11  2,386.80 |
| 155754 06/12     13.42 | 155792 06/03    185.04 | 155830 06/09    578.39 |
| 155755 06/05    425.27 | 155793 06/05    805.36 | 155831 06/09  1,270.11 |
| 155756 06/09    107.67 | 155794 06/04  9,210.00 | 155832 06/10 59,643.66 |
| 155757 06/06    756.00 | 155795 06/03 75,512.36 | 155833 06/25 51,089.00 |
| 155758 06/10  1,215.99 | 155796 06/11    318.06 | 155834 06/11    132.27 |
| 155759 06/06    645.55 | 155797 06/11    329.30 | 155835 06/05    138.27 |
| 155760 06/03    129.00 | 155798 06/09  1,072.25 | 155836 06/09    116.26 |
| 155761 06/09 13,442.11 | 155799 06/09    593.32 | 155837 06/04    207.00 |
| 155762 06/06    947.48 | 155800 06/19    716.50 | 155838 06/06    962.67 |
| 155763 06/06     40.12 | 155801 06/09    855.72 | 155839 06/06  3,002.92 |
| 155764 06/06     93.17 | 155802 06/11    263.00 | 155840 06/06  2,500.00 |
| 155765 06/05  1,956.40 | 155803 06/09    158.00 | 155841 06/12    158.00 |
| 155766 06/09  1,417.29 | 155804 06/09    419.52 | 155842 06/06    293.00 |
| 155767 06/05  6,444.30 | 155805 06/05    525.02 | 155843 06/09    373.45 |
| 155768 06/09    104.09 | 155806 06/11     13.44 | 155844*06/03    260.00 |
| 155769 06/06    265.00 | 155807 06/09    431.07 | 155846 06/09    386.28 |
| 155770 06/06  7,016.02 | 155808 06/05     32.98 | 155847 06/09 218,166.00 |
| 155771*06/10    158.00 | 155809 06/06    237.94 | 155848*06/26    375.00 |
| 155773 06/11    898.62 | 155810 06/09  1,203.02 | 155850 06/20  5,000.00 |
| 155774 06/12    139.95 | 155811 06/11    759.79 | 155851 06/20 11,000.00 |
| 155775 06/09  2,337.21 | 155812 06/09    210.39 | 155852 06/18 33,739.20 |
| 155776 06/10    158.00 | 155813 06/13    272.00 | 155853 06/12 262,219.71 |

* * * C O N T I N U E D * * *

ACCOUNT: ▮▮▮▮▮

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
==============================================================================
                         FI COMMERCIAL CKG ACCOUNT ▮▮▮▮▮
==============================================================================
```

|  - - - - - - - - - CHECKS - - - - - - - - - - |
| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 155854 06/23 | 75,000.00 | 155895 06/24 | 840.00 | 155935 06/18 | 414.00 |
| 155855 06/16 | 544.00 | 155896 06/20 | 221.56 | 155936 06/17 | 555.64 |
| 155856 06/16 | 10,000.00 | 155897 06/18 | 64.70 | 155937 06/23 | 442.01 |
| 155857 06/18 | 3,511.00 | 155898 06/18 | 191.96 | 155938 06/24 | 233.00 |
| 155858 06/19 | 1,803.00 | 155899 06/18 | 8,107.76 | 155939 06/20 | 236.00 |
| 155859*06/26 | 900.00 | 155900 06/17 | 5,239.99 | 155940 06/24 | 248.68 |
| 155861 06/23 | 2,250.00 | 155901 06/20 | 28.00 | 155941*06/19 | 698.97 |
| 155862 06/18 | 9,855.00 | 155902 06/23 | 432.32 | 155943 06/18 | 2,985.00 |
| 155863 06/23 | 1,800.00 | 155903 06/23 | 2,003.16 | 155944 06/25 | 159.32 |
| 155864 06/26 | 1,058.00 | 155904 06/17 | 914.99 | 155945 06/20 | 900.00 |
| 155865 06/18 | 2,390.20 | 155905 06/24 | 375.86 | 155946 06/18 | 545.10 |
| 155866 06/19 | 23,491.00 | 155906 06/19 | 651.90 | 155947 06/18 | 945.00 |
| 155867 06/24 | 4,500.15 | 155907 06/18 | 3,041.66 | 155948 06/20 | 5,000.00 |
| 155868 06/18 | 3,200.00 | 155908 06/17 | 3,890.00 | 155949 06/18 | 579.97 |
| 155869 06/20 | 1,470.00 | 155909 06/23 | 26,000.00 | 155950 06/20 | 430.00 |
| 155870 06/23 | 933.00 | 155910 06/20 | 365.00 | 155951 06/18 | 250.80 |
| 155871 06/24 | 416.00 | 155911 06/23 | 830.08 | 155952 06/18 | 75.00 |
| 155872 06/24 | 2,680.00 | 155912*06/18 | 826.44 | 155953*06/23 | 205.27 |
| 155873 06/20 | 333.00 | 155914 06/23 | 99.90 | 155955 06/18 | 134.40 |
| 155874 06/20 | 2,752.00 | 155915*06/18 | 1,197.56 | 155956*06/24 | 306.50 |
| 155875 06/24 | 4,240.00 | 155917 06/19 | 343.74 | 155960*06/18 | 646.20 |
| 155876 06/23 | 9,441.00 | 155918 06/18 | 902.40 | 155962 06/20 | 2,054.78 |
| 155877 06/19 | 2,955.25 | 155919 06/20 | 136.81 | 155963 06/19 | 195.00 |
| 155878 06/18 | 1,834.00 | 155920 06/18 | 4,649.79 | 155964 06/19 | 588.75 |
| 155879 06/18 | 1,455.00 | 155921 06/18 | 4,720.08 | 155965 06/17 | 210.25 |
| 155880 06/19 | 1,920.00 | 155922 06/19 | 83.00 | 155966 06/18 | 3,719.42 |
| 155881*06/19 | 2,689.00 | 155923 06/18 | 169.50 | 155967 06/24 | 645.26 |
| 155883 06/23 | 8,392.70 | 155924 06/18 | 203.00 | 155968*06/23 | 265.32 |
| 155884*06/30 | 1,112.00 | 155925 06/17 | 313.42 | 155970 06/19 | 115.02 |
| 155887 06/16 | 13,675.00 | 155926 06/17 | 330.98 | 155971 06/19 | 1,500.00 |
| 155888 06/19 | 146.18 | 155927*06/18 | 528.75 | 155972 06/19 | 2,710.84 |
| 155889 06/23 | 53.05 | 155929 06/18 | 125.00 | 155973 06/18 | 700.00 |
| 155890 06/18 | 36.58 | 155930 06/18 | 247.00 | 155974 06/20 | 208.00 |
| 155891 06/23 | 139.80 | 155931 06/18 | 29,872.96 | 155975*06/18 | 294.00 |
| 155892 06/23 | 176.31 | 155932 06/19 | 71,060.79 | 155978 06/17 | 130.00 |
| 155893 06/18 | 86.71 | 155933 06/20 | 530.10 | 155979 06/18 | 25,000.00 |
| 155894 06/20 | 129.06 | 155934 06/26 | 221.76 | 155980*06/18 | 4,564.33 |

```
                        * * *  C O N T I N U E D  * * *
```

```
                                  ACCOUNT:          ▮▮▮▮▮▮          PAGE:    4
                                                                    06/30/2014
```

```
                    UAW-CHRYSLER NATIONAL
                    TRAINING CENTER
```

```
===============================================================================
                       FI COMMERCIAL CKG ACCOUNT  ▮▮▮▮▮▮▮▮
===============================================================================
```

```
             - - - - - - - - - CHECKS - - - - - - - - - -
   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
   155982*06/30    5,000.00    155999 06/30      388.40    156030*06/30   15,981.96
   155984*06/25    2,500.00    156000*06/26       22.02    156057 06/30      414.89
   155989 06/20    2,998.00    156002*06/27  379,122.39
   155990*06/30      206.67    156004*06/27   90,572.00
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
             - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                           DATE        AMOUNT
TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▮▮▮▮▮▮▮         06/04    110,895.83
ATT Payment XXXXX4011EPAYJ                            06/06      6,177.80
TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▮▮▮▮▮▮▮         06/06      8,448.91
TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▮▮▮▮▮▮▮         06/18    109,707.82
Incoming Wire Fee 12457553                            06/23         10.00
TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▮▮▮▮▮▮▮         06/24      8,291.33
```

```
         - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

```
             - - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
06/02    2,666,769.13    06/11    1,968,071.81    06/20    1,244,285.18
06/03    2,596,050.77    06/12    1,699,226.79    06/23    1,864,896.51
06/04    2,472,273.04    06/13    1,698,194.79    06/24    1,842,119.73
06/05    2,375,842.74    06/16    1,666,089.79    06/25    1,787,871.41
06/06    2,310,632.43    06/17    1,654,235.52    06/26    1,783,448.15
06/09    2,044,889.87    06/18    1,392,493.43    06/27    1,313,753.76
06/10    1,983,006.98    06/19    1,280,824.49    06/30    1,290,649.84
```

```
                      - END OF STATEMENT -
```

```
                                                           PAGE:    1
                              ACCOUNT:                     07/31/2014
```

```
            UAW-CHRYSLER NATIONAL
            TRAINING CENTER                          30-2
            2211 E JEFFERSON                            2
            DETROIT MI  48207-4104                    251
```

===============================================================================
    FIRST INDEPENDENCE BANK OFFERS A FULL MENU OF MORTGAGE PRODUCTS AT THE
    BANK. WHETHER YOU ARE LOOKING TO PURCHASE A NEW HOME, REFINANCE YOUR
    EXISTING MORTGAGE, OR TAKE OUT A LINE OF CREDIT FOR OTHER REASONS- WE
    HAVE A SOLUTION TO MEET YOUR NEEDS. PLEASE GIVE US A CALL AT
    313-230-0068, ABOUT ANY MORTGAGE NEEDS YOU MAY HAVE.

===============================================================================
                    FI COMMERCIAL CKG ACCOUNT  ████████
===============================================================================

                                  LAST STATEMENT 06/30/14   1,290,649.84
MINIMUM BALANCE               779,913.52      3 CREDITS     3,018,929.89
AVG AVAILABLE BALANCE       2,392,598.67    260 DEBITS      2,057,222.36
AVERAGE BALANCE             2,406,818.62  THIS STATEMENT 07/31/14  2,252,357.37

         - - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
    07/01   17,450.44           07/17  101,479.45

          - - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                       DATE        AMOUNT
Incoming Wire 12587572 CHRYSLER GROUP LLC         07/07   2,900,000.00

           - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
155419*07/07      600.00  155958 07/02      125.29  155994 07/11    3,031.50
155747*07/23      795.00  155959*07/14    1,525.00  155995 07/15    2,380.00
155772*07/10      449.64  155961*07/07      450.00  155996 07/10    3,289.00
155849*07/14  153,326.00  155969*07/07    1,600.00  155997 07/11   14,305.20
155860*07/01    1,800.00  155977*07/03      116.00  155998*07/21      478.23
155882*07/07      975.00  155981*07/24    5,000.00  156001*07/01   37,500.00
155913*07/28      945.00  155985*07/17    1,000.00  156003*07/14  373,307.55
155916*07/02      535.52  155987 07/01    1,250.00  156006 07/02       53.05
155928*07/07      567.00  155988*07/09    5,000.00  156007 07/03    1,172.43
155954*07/08      440.00  155991 07/09    8,249.32  156008 07/02      250.00
155957 07/07      580.00  155992*07/16    1,800.00  156009 07/02      420.00
                  * * *  C O N T I N U E D  * * *
```

```
                                                                    PAGE:    2
                                  ACCOUNT:        ██████████        07/31/2014




                 UAW-CHRYSLER NATIONAL
                 TRAINING CENTER


===============================================================================
                  FI COMMERCIAL CKG ACCOUNT  ████████████
===============================================================================

              - - - - - - - - - CHECKS - - - - - - - - - -
  CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
  156010 07/08      57.33    156048 07/03      399.83    156087 07/01    2,956.92
  156011 07/08      89.56    156049 07/01   19,102.37    156088 07/03      297.47
  156012 07/01     102.20    156050 07/01   38,671.50    156089 07/02    3,551.45
  156013 07/14      50.50    156051*07/03      530.10    156090 07/03      139.44
  156014 07/03     791.00    156053 07/01    1,495.00    156091 07/03      432.89
  156015 07/01     615.14    156054 07/07       98.56    156092 07/14      800.20
  156016 07/21     256.07    156055 07/07      300.00    156093*07/02      534.00
  156017 07/02      92.21    156056*07/10      252.63    156095 07/02      873.36
  156018 07/07   2,278.40    156058 07/09      333.02    156096 07/03      150.75
  156019 07/25   2,236.80    156059 07/07    1,721.24    156097*07/02      120.00
  156020 07/02   5,095.76    156060 07/02      237.94    156099 07/28      240.00
  156021 07/02     241.23    156061 07/01    1,998.71    156100*07/11    1,733.94
  156022 07/02      40.12    156062 07/08      219.46    156102 07/03   79,119.50
  156023 07/02     306.69    156063 07/09      229.57    156103 07/09   50,000.00
  156024 07/02   2,435.83    156064 07/03   29,476.12    156104 07/23    3,000.00
  156025 07/02   1,711.87    156065 07/08      221.52    156105 07/28    2,380.00
  156026 07/02     237.91    156066 07/08      245.00    156106 07/08   75,000.00
  156027 07/01   3,157.49    156067 07/07      107.52    156107 07/14    2,586.00
  156028 07/03     736.61    156068 07/02    7,046.22    156108 07/10    1,800.00
  156029*07/01     265.00    156069 07/02   19,555.47    156109 07/14      507.75
  156031 07/03   1,117.68    156070 07/02      533.00    156110 07/11      216.00
  156032 07/16     138.75    156071 07/14    5,000.00    156111 07/08    2,230.00
  156033 07/07   2,337.21    156072 07/02       85.50    156112 07/10    2,470.00
  156034 07/02      86.83    156073 07/01    8,760.59    156113 07/11    2,669.50
  156035 07/02   1,789.16    156074 07/02      198.00    156114 07/10      904.00
  156036 07/02  15,171.63    156075 07/02      317.85    156115 07/23      225.00
  156037 07/03   3,664.64    156076 07/02      112.00    156116 07/14      375.20
  156038 07/02   5,490.09    156077 07/03      696.80    156117 07/11   24,900.00
  156039 07/03   1,168.00    156078 07/01      123.64    156118 07/10   15,000.00
  156040 07/03     243.00    156079 07/07      267.83    156119 07/16    2,850.00
  156041 07/09  36,200.00    156080 07/07      517.77    156120 07/30      240.00
  156042 07/02     368.14    156081 07/03    1,627.37    156121*07/29   13,275.00
  156043 07/03     962.48    156082 07/02      242.00    156123 07/17      540.00
  156044 07/03     193.00    156083 07/02  111,200.00    156124 07/23    3,325.00
  156045 07/07     301.07    156084 07/07      349.00    156125 07/10      407.57
  156046 07/01     417.27    156085 07/03      779.96    156126 07/14      204.00
  156047 07/01   1,686.97    156086 07/01      354.21    156127 07/14      204.00
                         * * * C O N T I N U E D * * *
```

ACCOUNT: ███████

UAW-CHRYSLER NATIONAL
TRAINING CENTER

===================================================================================
                          FI COMMERCIAL CKG ACCOUNT ███████
===================================================================================

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT | CHECK #..DATE.....AMOUNT |
|---|---|---|
| 156128 07/11     204.00 | 156165 07/17   3,934.06 | 156204 07/17  40,487.04 |
| 156129 07/17   3,300.00 | 156166 07/23     257.01 | 156205 07/17     393.67 |
| 156130 07/21   2,350.00 | 156167 07/18     394.50 | 156206 07/18  21,366.78 |
| 156131 07/16   4,849.96 | 156168 07/16  15,700.00 | 156207 07/22     200.18 |
| 156132 07/18      58.99 | 156169 07/21     160.89 | 156208 07/28   1,345.00 |
| 156133 07/21      53.05 | 156170 07/18     588.00 | 156209 07/17     250.00 |
| 156134 07/18      33.25 | 156171 07/17     142.00 | 156210 07/16   1,275.00 |
| 156135 07/25     185.81 | 156172 07/17     318.48 | 156211 07/17     124.25 |
| 156136 07/25     139.80 | 156173 07/17      32.36 | 156212*07/28   5,000.00 |
| 156137 07/17      75.51 | 156174 07/16   1,730.81 | 156214 07/22     351.25 |
| 156138 07/23       1.58 | 156175 07/17   1,104.15 | 156215*07/21     510.00 |
| 156139 07/18     756.00 | 156176 07/17  16,561.90 | 156219 07/25   8,650.52 |
| 156140 07/21     514.99 | 156177*07/18     815.36 | 156220 07/22   1,787.99 |
| 156141 07/17     164.00 | 156180 07/21     165.20 | 156221*07/23  16,603.71 |
| 156142 07/28   5,000.00 | 156181 07/21     403.41 | 156223 07/24   1,901.00 |
| 156143 07/21     895.35 | 156182 07/17     415.39 | 156224*07/28   5,901.00 |
| 156144 07/21      91.69 | 156183 07/16     396.25 | 156226 07/28   2,340.00 |
| 156145 07/21     238.02 | 156184 07/18     434.13 | 156227 07/29   1,847.00 |
| 156146 07/17   4,387.23 | 156185 07/21     400.29 | 156228*07/29     573.00 |
| 156147 07/23     127.67 | 156186 07/18     428.13 | 156230 07/29   1,053.00 |
| 156148 07/16   4,811.98 | 156187 07/21     574.01 | 156231 07/25   1,219.00 |
| 156149 07/18      62.00 | 156188 07/16     389.02 | 156232 07/29     960.00 |
| 156150 07/21     432.32 | 156189 07/21     489.64 | 156233*07/30     864.00 |
| 156151 07/21   2,451.38 | 156190 07/17     945.00 | 156235*07/28   2,220.00 |
| 156152 07/16     119.81 | 156191 07/16     312.66 | 156238 07/25     503.40 |
| 156153 07/18  12,068.10 | 156192 07/18   5,000.00 | 156239*07/30   1,241.52 |
| 156154 07/16   5,000.00 | 156193 07/17     301.01 | 156253*07/30     129.75 |
| 156155 07/17     159.00 | 156194 07/18     231.14 | 156273*07/31     136.44 |
| 156156 07/21     582.94 | 156195 07/16     173.00 | 156275 07/30     146.00 |
| 156157 07/25     109.40 | 156196 07/18     168.00 | 156276*07/30     281.56 |
| 156158*07/18     347.30 | 156197*07/22     198.50 | 156280*07/29  45,901.20 |
| 156160 07/21     315.67 | 156199 07/21     369.20 | 156290*07/28     241.92 |
| 156161 07/17     743.39 | 156200 07/17   1,156.03 | 156292*07/31   1,200.00 |
| 156162 07/22     147.79 | 156201 07/22     649.94 | 156299*07/30   1,050.85 |
| 156163 07/16  31,609.86 | 156202 07/28     152.83 | 156306 07/28     268.18 |
| 156164 07/18   2,850.30 | 156203 07/18  49,000.00 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                    * * * C O N T I N U E D * * *

ACCOUNT: ▉

PAGE: 4
07/31/2014

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
===================================================================
                  FI COMMERCIAL CKG ACCOUNT ▉
===================================================================
        - - - - - - - - OTHER DEBITS - - - - - - - -
```

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| TELCO BILLING Telco Recurring201095 | 07/01 | 27.95 |
| TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▉ | 07/02 | 105,028.61 |
| ATT Payment XXXXX4012EPAYN | 07/07 | 2,395.69 |
| TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▉ | 07/07 | 34,562.73 |
| TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▉ | 07/16 | 105,018.68 |
| Diners Club DINERS PMT 30▉ 05 | 07/18 | 74,279.88 |
| TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▉ | 07/23 | 8,167.00 |
| TELCO BILLING Telco Recurring201095 | 07/29 | 27.95 |
| TRANSFER TO FI COMMERCIAL CKG ACCOUNT ▉ | 07/30 | 105,543.61 |

```
    - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -
```

```
*******************************************************************
*                         |   TOTAL FOR    |      TOTAL         *
*                         |  THIS PERIOD   |   YEAR TO DATE     *
*-----------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:      |     $.00     |      $.00          *
*-----------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:  |     $.00     |      $.00          *
*******************************************************************
```

```
        - - - - - - - - DAILY BALANCE - - - - - - - -
```

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/01 | 1,187,815.32 | 07/14 | 2,841,870.54 | 07/24 | 2,465,906.91 |
| 07/02 | 903,728.59 | 07/15 | 2,839,490.54 | 07/25 | 2,452,862.18 |
| 07/03 | 779,913.52 | 07/16 | 2,663,314.76 | 07/28 | 2,426,828.25 |
| 07/07 | 3,629,904.50 | 07/17 | 2,688,259.74 | 07/29 | 2,363,191.10 |
| 07/08 | 3,551,401.63 | 07/18 | 2,520,377.88 | 07/30 | 2,253,693.81 |
| 07/09 | 3,451,389.72 | 07/21 | 2,508,645.53 | 07/31 | 2,252,357.37 |
| 07/10 | 3,426,816.88 | 07/22 | 2,505,309.88 | | |
| 07/11 | 3,379,756.74 | 07/23 | 2,472,807.91 | | |

```
              - END OF STATEMENT -
```

```
                                                              PAGE:   1
                                     ACCOUNT:      ▮▮▮▮▮▮      08/29/2014
```

```
          UAW-CHRYSLER NATIONAL
          TRAINING CENTER                              30-2
          2211 E JEFFERSON                              1
          DETROIT MI  48207-4104                       268
```

```
==========================================================================
     FIRST INDEPENDENCE BANK OFFERS A FULL MENU OF MORTGAGE PRODUCTS AT THE
     BANK. WHETHER YOU ARE LOOKING TO PURCHASE A NEW HOME, REFINANCE YOUR
     EXISTING MORTGAGE, OR TAKE OUT A LINE OF CREDIT FOR OTHER REASONS- WE
     HAVE A SOLUTION TO MEET YOUR NEEDS. PLEASE GIVE US A CALL AT
     313-230-0068, ABOUT ANY MORTGAGE NEEDS YOU MAY HAVE.

==========================================================================
                   FI COMMERCIAL CKG ACCOUNT  ▮▮▮▮▮▮
==========================================================================
```

```
                                     LAST STATEMENT 07/31/14   2,252,357.37
MINIMUM BALANCE          1,182,716.98        2 CREDITS         3,887,212.56
AVG AVAILABLE BALANCE    2,772,110.84      276 DEBITS          2,466,872.98
AVERAGE BALANCE          2,773,374.21  THIS STATEMENT 08/29/14 3,672,696.95
```

```
           - - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
     08/08  12,212.56
```

```
           - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                          DATE       AMOUNT
Incoming Wire 13057026 CHRYSLER GROUP LLC            08/18   3,875,000.00
```

```
           - - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
 155581*08/04     101.00   156213*08/20   1,000.00    156243 08/06      53.05
 155845*08/07   4,200.00   156217 08/01   2,800.00    156244 08/07   1,418.09
 155942*08/01     275.00   156218*08/01   2,000.00    156245 08/06     109.17
 155976*08/07  16,000.00   156222*08/01   3,250.00    156246 08/06      69.10
 155986*08/13   5,000.00   156225*08/27   3,120.00    156247 08/05      34.90
 156052*08/01     409.29   156229*08/01   1,190.00    156248 08/08   1,785.54
 156098*08/04   5,000.00   156234*08/06     325.00    156249 08/08     129.06
 156159*08/18     144.65   156237*08/05     251.59    156250 08/06     840.00
 156178 08/01     198.01   156240 08/08     459.56    156251 08/11     653.69
 156179*08/01 369,493.33   156241 08/05     295.60    156252*08/07      29.16
 156198*08/04     201.40   156242 08/07     464.36    156254 08/07   5,922.37
                   * * * C O N T I N U E D * * *
```

```
                                              PAGE:   2
                               ACCOUNT:       08/29/2014
```

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
=================================================================================
                        FI COMMERCIAL CKG ACCOUNT
=================================================================================
```

```
                 - - - - - - - - - CHECKS - - - - - - - - - -
```

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 156255 08/07      39.81 | 156301 08/06    4,200.00 | 156348 08/18      622.30 |
| 156256 08/07      92.46 | 156302 08/08      151.31 | 156349 08/21      960.00 |
| 156257 08/06   1,951.40 | 156303 08/14   30,300.00 | 156350 08/12    2,360.00 |
| 156258 08/11      98.35 | 156304 08/18      349.00 | 156351*08/18   10,680.10 |
| 156259 08/06     129.00 | 156305*08/04   15,000.00 | 156353 08/18    1,323.13 |
| 156260 08/12     315.00 | 156307 08/05       31.36 | 156354 08/13    2,889.00 |
| 156261 08/07     265.00 | 156308 08/19      429.41 | 156355 08/13   50,000.00 |
| 156262 08/06   1,083.08 | 156309 08/07      297.42 | 156356 08/12      316.00 |
| 156263 08/05  10,625.00 | 156310*08/25  145,600.05 | 156357 08/13      316.00 |
| 156264 08/06     641.72 | 156312 08/05    3,000.00 | 156358 08/11      316.00 |
| 156265 08/11   2,990.75 | 156313 08/07    3,332.52 | 156359 08/20       53.05 |
| 156266 08/07   2,337.21 | 156314 08/08      139.44 | 156360 08/20       39.91 |
| 156267 08/18     170.64 | 156315 08/08      277.11 | 156361 08/20      139.80 |
| 156268 08/11     246.97 | 156316 08/08      432.71 | 156362 08/20      185.62 |
| 156269 08/07  16,374.40 | 156317 08/07      458.00 | 156363 08/19      107.17 |
| 156270 08/07     371.75 | 156318 08/27   16,217.97 | 156364 08/21       56.68 |
| 156271 08/06      83.00 | 156319 08/06      172.00 | 156365 08/18      168.56 |
| 156272*08/18   4,700.00 | 156320 08/08    2,380.00 | 156366 08/26       97.18 |
| 156274*08/14     350.57 | 156321*08/06      979.94 | 156367 08/19      840.00 |
| 156278 08/05   2,797.41 | 156323 08/08      139.35 | 156368 08/21      568.99 |
| 156279*08/05  22,331.24 | 156324 08/06      621.62 | 156369 08/20      666.92 |
| 156281 08/13     212.04 | 156325 08/11    3,000.00 | 156370 08/12      257.01 |
| 156282 08/01     249.02 | 156326 08/07    1,000.00 | 156371 08/19   18,925.00 |
| 156283 08/07   1,495.00 | 156327 08/08      500.00 | 156372 08/19      218.78 |
| 156284 08/07     488.32 | 156328*08/06    5,304.62 | 156373 08/19    2,557.62 |
| 156285 08/21     149.97 | 156331 08/11  212,970.00 | 156374 08/19      175.00 |
| 156286 08/13     211.18 | 156332 08/11   50,000.00 | 156375 08/18       84.00 |
| 156287*08/08     448.66 | 156333*08/05   17,232.73 | 156376 08/18      301.00 |
| 156289*08/13     257.80 | 156336*08/13    1,400.00 | 156377 08/20      432.32 |
| 156291*08/06     723.69 | 156338 08/18    4,872.00 | 156378 08/20    2,887.32 |
| 156293 08/06     158.00 | 156339 08/13    3,157.75 | 156379 08/13      911.37 |
| 156294 08/08   1,035.48 | 156340*08/13    3,154.74 | 156380*08/21      535.75 |
| 156295 08/06   5,809.70 | 156342 08/14    5,251.00 | 156382 08/19      130.06 |
| 156296 08/07     203.00 | 156343*08/11    1,230.00 | 156383 08/21       10.54 |
| 156297 08/12     607.43 | 156345 08/18    1,547.00 | 156384 08/18    1,068.00 |
| 156298*08/05     182.05 | 156346 08/18    2,532.00 | 156385 08/14      442.44 |
| 156300 08/11   1,041.25 | 156347 08/12    1,206.00 | 156386 08/20      109.40 |

```
                    * * *  C O N T I N U E D  * * *
```

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
=========================================================================
                    FI COMMERCIAL CKG ACCOUNT ████████
=========================================================================

            - - - - - - - - - CHECKS - - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
 156387 08/20      389.21    156426 08/20      820.00    156474 08/25   25,299.05
 156388 08/14      200.20    156427 08/15       80.64    156475 08/29      122.96
 156389 08/22      368.00    156428 08/20      374.50    156476 08/22    2,391.83
 156390 08/18    2,424.06    156429 08/22      378.80   156477*08/22    7,208.34
 156391 08/20   34,333.54    156430 08/20      397.00    156480 08/27    2,400.00
 156392 08/18   72,826.24    156431 08/20      320.00   156481*08/28       53.05
 156393 08/18    2,561.42   156432*08/20       85.50    156483 08/29      158.78
156394*08/20      419.00    156434 08/20      200.00    156484 08/28       32.10
 156396 08/12      197.25    156435 08/18      317.85    156485 08/29      129.06
 156397 08/18    3,210.00    156436 08/20      112.00   156486*08/29      840.00
 156398 08/13      375.00    156437 08/20      520.99   156488*08/28      894.70
 156399 08/13      181.27    156438 08/18      562.17   156491*08/29    6,406.38
 156400 08/18      582.46    156439 08/25      284.70   156495*08/29    2,050.33
 156401 08/18      284.57    156440 08/18      870.00    156497 08/28      875.00
 156402 08/18    5,301.13    156441 08/20      620.51   156498*08/28      640.80
156403*08/19   14,193.20    156442 08/19    1,600.84   156500*08/29    5,393.86
 156405 08/14   24,317.08   156443*08/19      957.73   156504*08/27      586.00
 156406 08/19      465.92    156445 08/21   81,963.58   156506*08/27    2,503.65
 156407 08/21      636.12    156446 08/25      594.00    156509 08/29    3,050.15
 156408 08/20       81.50   156447*08/22   24,537.60    156510 08/29      384.80
 156409 08/19    1,922.00    156449 08/21      467.52    156511 08/29      326.00
 156410 08/28  382,168.02    156450 08/22    1,400.00    156512 08/28      909.35
 156411 08/28      454.16    156451 08/18    2,686.60   156513*08/28      295.08
 156412 08/19      364.75    156452 08/15      892.48    156515 08/28       98.49
 156413 08/21      265.00    156453 08/18    1,159.38    156516 08/27   12,197.59
 156414 08/18      628.81   156454*08/21    5,250.00    156517 08/27   22,638.52
 156415 08/20      250.00   156456*08/20   39,200.00    156518 08/29    1,250.00
 156416 08/18      436.00    156458 08/27   18,671.00   156519*08/28   62,390.68
 156417 08/21    3,751.94    156459 08/26      250.00    156522 08/28       33.60
 156418 08/18      478.96   156460*08/22      500.00   156523*08/27    1,495.00
 156419 08/18      433.00   156462*08/29      900.00   156526*08/29      480.48
 156420 08/21   32,400.00    156464 08/29    1,660.95    156528 08/28      111.00
 156421 08/18      329.98   156465*08/29    3,233.00   156529*08/29      421.60
 156422 08/19      249.35    156468 08/29    1,688.00    156536 08/27    2,117.85
 156423 08/19      252.62   156469*08/29    1,080.00   156537*08/29      945.00
 156424 08/25      419.50   156471*08/28    2,578.00   156539*08/29   32,000.00
 156425 08/20       58.97   156473 08/20    1,757.40   156542*08/27      262.08
                     * * * C O N T I N U E D * * *
```

```
                                                                PAGE:    4
                                      ACCOUNT:                   08/29/2014
```

UAW-CHRYSLER NATIONAL
TRAINING CENTER

```
==============================================================================
                      FI COMMERCIAL CKG ACCOUNT
==============================================================================
```

```
           - - - - - - - - - CHECKS - - - - - - - - - -
   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
   156544*08/28    1,130.60   156552*08/28    457.25   156562*08/29    1,838.04
   156546 08/27    5,500.00   156555 08/28    607.50   156565*08/28      217.00
   156547*08/29    7,000.37   156556*08/29    109.12   156569 08/29   17,748.00
   156549*08/28      327.39   156559 08/29    449.20
   156551 08/27      438.88   156560*08/29  2,823.57
```

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

```
           - - - - - - - - OTHER DEBITS - - - - - - - - -
   DESCRIPTION                                         DATE        AMOUNT
   ATT Payment XXXXX1003EPAYM                          08/06      2,989.35
   TRANSFER TO FI COMMERCIAL CKG ACCOUNT               08/06     25,004.87
   TRANSFER TO FI COMMERCIAL CKG ACCOUNT               08/13    103,282.36
   TRANSFER TO FI COMMERCIAL CKG ACCOUNT               08/19      8,347.38
   TRANSFER TO FI COMMERCIAL CKG ACCOUNT               08/27    107,516.08
   TRANSFER TO FI COMMERCIAL CKG ACCOUNT               08/28     17,643.60
   TELCO BILLING Telco Recurring201095                 08/29         27.95
   TRANSFER TO FI COMMERCIAL CKG ACCOUNT               08/29     27,729.00
```

```
       - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

       *********************************************************************
       *                          |    TOTAL FOR    |     TOTAL         *
       *                          |   THIS PERIOD   |   YEAR TO DATE    *
       *--------------------------------------------------------------------*
       * TOTAL OVERDRAFT FEES:     |       $.00      |       $.00        *
       *--------------------------------------------------------------------*
       * TOTAL RETURNED ITEM FEES: |       $.00      |       $.00        *
       *********************************************************************
```

```
           - - - - - - - - DAILY BALANCE - - - - - - - -
   DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
   08/01    1,872,492.72    08/06    1,744,160.13    08/11    1,421,158.59
   08/04    1,852,190.32    08/07    1,689,371.26    08/12    1,415,899.90
   08/05    1,795,408.44    08/08    1,693,705.60    08/13    1,244,551.39
                      * * * C O N T I N U E D * * *
```

ACCOUNT:   ███████   PAGE:    5
08/29/2014

UAW-CHRYSLER NATIONAL
TRAINING CENTER

=============================================================================
                        FI COMMERCIAL CKG ACCOUNT  ███████
=============================================================================
                - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
08/14    1,183,690.10      08/20    4,796,870.68      08/26    4,460,525.54
08/15    1,182,716.98      08/21    4,669,854.59      08/27    4,264,860.92
08/18    4,934,061.97      08/22    4,633,070.02      08/28    3,793,397.71
08/19    4,882,325.14      08/25    4,460,872.72      08/29    3,672,696.95

                        - END OF STATEMENT -

1. New Hire Orientation Summary
2. Sampe New Hire Orientation Agenda

3

 **UAW-Chrysler National Training Center**

Search 

▼ Your Future    ▼ Training    ▼ Working Together    ▼ Publications    ▼ Artists at Work    ▼ Resources

**Training and Education**

🔺 Apprentice Program

🔺 Health and Safety Programs

🔺 New Hire Orientation

🔺 Skilled Trades Rationalization

🔺 Tuition Assistance Plan (TAP)

🔺 TAP Representatives

🔺 World Class Manufacturing Academy (WCMA)

NTC Homepage > Training > New Hire Orientation

## New Hire Orientation

Chrysler and the UAW provide a jointly developed, standardized New Hire Orientation for all new hourly employees. The training is followed by one additional day of training at the location where the employee is assigned to work.

The orientation will be conducted by Chrysler personnel and UAW International staff, plant Human Resource Department staff and Benefit Representatives.

The standardized orientation will consist of information presented in accordance with guidelines established by Chrysler and the UAW. The information will acquaint the employee with company business, benefits, opportunities and responsibilities that each employee has as a representative of the company and as members of the UAW to include the history of each organization.

The information may also include both the union and company perspective on issues that affect the workplace and community.



For information regarding New Hire Orientation, contact Shawn Fain, UAW, at 586.427.4041 or Greg Gomolak, Chrysler, at 586.427.4008.

 MAIL THIS PAGE

Site Map | About NTC | Contact Us

© UAW-Chrysler National Training Center
2211 East Jefferson Avenue - Detroit, Michigan 48207
Web Design & Marketing by WitCreative

Visit UAW and Chrysler sites:

DASHBOARD anywhere          Employees Advantage



# AGENDA
## New Hire Orientation – WCMA
### October 1 – 2, 2014

### WEDNESDAY, OCTOBER 1, 2014

| Time | Length | Subject | Presenters |
|---|---|---|---|
| 7:30 a.m. – 8:00 a.m. | 30 mins. | *Continental Breakfast* | |
| 8:00 a.m. – 9:05 a.m. | 1 hr. 5 mins. | Welcome | M. Foster/M. Brown |
| 9:05 a.m. – 9:15 a.m. | 10 mins. | Health & Safety Protocol | P. Byers/G. Gomolak |
| 9:15 a.m. – 11:15 a.m. | 2 hrs. | Onboarding Session & Badge Photo's | H. R. Staff |
| 11:15 a.m. – 12:00 p.m. | 45 mins. | Pay Practice/Benefits | W. Woo/R. Collins/F. Serra/ J. Depore/C. Hough/S. Lovelady/ L. Ochab/G. Salisbury |
| 12:00 p.m. – 1:00 p.m. | 60 mins. | *Lunch* | |
| 1:00 p.m. – 1:30 p.m. | 30 mins. | UAW Leadership Structure/History | K. O'Connor |
| 1:30 p.m. – 1:50 p.m. | 20 mins. | Dashboard Anywhere Website/Kiosk Training | W. Woo |
| 1:50 p.m. – 2:05 p.m. | 15 mins. | *Break* | |
| 2:05 p.m. – 4:05 p.m. | 2 hrs. | Diversity Awareness | I. Golden/K. O'Connor |
| 4:05 p.m. – 4:30 p.m. | 25 mins. | Wrap-up/Q & A | P. Byers/G. Gomolak |

### THURSDAY, OCTOBER 2, 2014

| Time | Length | Subject | Presenters |
|---|---|---|---|
| 7:30 a.m. – 8:00 a.m. | 30 mins. | *Continental Breakfast* | |
| 8:00 a.m. – 10:15 a.m. | 2 hrs. 15 mins. | WCM Methodology Overview | L. Harris/J. Durden/E. Paige/ G. Holiefield |
| 10:15 a.m. – 10:30 a.m. | 15 mins. | *Break* | |
| 10:30 a.m. – 10:45 a.m. | 15 mins. | Chrysler Leadership Structure/History | G. Gomolak |
| 10:45 a.m. – 12:00 p.m. | 1 hr. 15 mins. | Workplace Violence Prevention (WPVP)/EAP | B. Dumas/B. Kincaid |
| 12:00 p.m. – 1:00 p.m. | 1 hr. | *Lunch* | |
| 1:00 p.m. – 1:40 p.m. | 40 mins. | Standard of Conduct/Integrity Code | B. Sims |
| 1:40 p.m. – 2:10 p.m. | 30 mins. | Health & Safety | C. Reed/K. Waszak |
| 2:10 p.m. – 2:25 p.m. | 15 mins. | *Break* | |
| 2:25 p.m. – 4:00 p.m. | 1 hr. 35 mins. | Preventing Discrimination/Sexual Harassment Prevention | B. Kincaid/I. Golden |
| 4:00 p.m. – 4:30 p.m. | 30 mins. | Wrap-up/Q & A | P. Byers /G. Gomolak |

/dtl:opeiu512aflcio –   **(Revised: 09/29/14 - 8:41 a.m.)**

1.    Artist at Work Description

4

# Art opens our minds, touches our hearts and nurtures our souls

## Chrysler employees unleash creativity and passion to excel in world of art and transform the workplace

Welcome to the creative culture of Chrysler Group LLC employees, where exploration, discovery and innovation flourish. We are proud to present our ninth gallery of employee art that reveals a workforce with multiple talents and a passion for achieving world-class performance.

The hallmark of the 2013-2014 Artists at Work Exhibition is the diversity of media among the 92 pieces selected by judges from the professional art community. The collection features the greatest variety of art forms since the program began in 1999, ranging from painting and sculpture to photography, wood turning and blown glass.

Artists at Work was established by the UAW and Chrysler Group to provide a unique creative outlet for employees and to reinforce the importance of innovation in the workforce.

Coordinated by the UAW-Chrysler National Training Center, the exhibition places a premium on the ideas and inspiration required to create fine art. Those same qualities have helped to make the World Class Manufacturing (WCM) Production System the primary catalyst for transforming Chrysler.

Artists at Work draws attention to the role of the creative process in the world of art and in the world of WCM, which exemplifies the art in manufacturing.

The artwork in the 2013-2014 exhibition was submitted by 50 employees. Thirty-four are UAW members from 13 locals and 16 are non-bargaining unit employees. They come from 15 Chrysler locations and the National Training Center and reflect a cross section of the workforce.

Judges chose first-, second- and third-place award winners and 11 honorable mention recipients. Their artwork will be exhibited at the UAW-Chrysler NTC in Detroit and the UAW-Chrysler World Class Manufacturing Academy in Warren, Mich., for the next year.

Marilyn Finkel, an art consultant and art history professor at Oakland Community College, is Artists at Work advisor and also served as a judge for the competition. The other judges were Dorothy Jett-Carter, a retired Chrysler employee and jewelry and textiles artist; her husband Rod Carter, a professional photographer, and Gail Piepenburg, Head of the Ceramics Department at Oakland Community College.

Since its inception, Artists at Work has showcased more than 1,100 pieces of art by 536 Chrysler Group employees.

November 21, 2013

1.   "Valuing Diversity Makes Sense" Booklet

5



**UAW-Chrysler
National Training Center**

# Valuing Diversity
# Makes Sense

## Together We Can Make
## A World Of Difference



# The UAW and Chrysler Group LLC

# value diversity in the workplace.

---

### UAW-Chrysler National Training Center Diversity Mission Statement

Diversity in the workplace is a major source of the UAW and Chrysler Group LLC vitality and innovative spirit.

Both parties strive to achieve a workplace where people of different cultures and lifestyles can reach their full potential and contribution.

Such an environment develops respect for differences while fostering caring relationships, cross-cultural understanding and commitment to our common goals.

The UAW and Chrysler Group LLC encourage people to become  fully engaged in the challenging issues of Diversity within our organizations.

Through training and practice, we work to enable a workplace where a broad spectrum of informed perspectives prepare each worker for life in an increasingly diverse workplace.

---



## LEADERSHIP COMMITMENT TO DIVERSITY

As CEO of Chrysler Group LLC, I have taken on the role of executive sponsor of the Global Diversity Council to underline the importance of diversity in our company. I personally feel privileged to have the opportunity to lead this company. . . And to work with all of you to build this company and our great brands into all we know they can and should be.

The effort starts with leadership.

Great leaders are those who have the courage to challenge the obvious, to  travel uncharted paths, to break away from convention and the old way of doing things, to be unpredictable to the competition and to go beyond the tried and tested—men and  women who understand the concepts of service, of community, and respect for others. That's the kind of behavior we all must expect of each other and of ourselves. It leads to an engaged culture.

Culture is the fabric that holds organizations together. It is not just an ingredient for success; it is the essence of success itself. What will make all of this possible is the culture we are going to build with great teams based on mutual respect and openness. This is why my leadership team and I are committed to creating an atmosphere where all of our people feel respected and valued, because every person plays an important role in shaping our future, including employees, our supply base, our marketing and our dealer network.

Chrysler Group LLC and its people have a future with promise. We will reach the full measure of that promise only as one, united diverse team.

Sergio Marchionne



---


UAW-Chrysler
National Training Center


UAW-Chrysler
National Training Center

October 12, 2011

(223) Diversity Training

International Union, UAW

Attention: Mr. General Holiefield

Dear Sirs:

During discussions leading to the 1999 Agreement, Chrysler Group LLC and the UAW discussed at length those social issues facing our workers. The parties unanimously agreed that diversity in the workplace was one of the most important issues facing the Union, Company, and its workers.

Accordingly, a joint study team, consisting of UAW and management members of the UAW-Chrysler National Training Center staff, along with representatives from the Company's Diversity and Work/Family department was established to develop, implement, monitor and evaluate a diversity training program for all employees. The parties reaffirmed their strong commitment to the program during the 2003 discussions and agreed to explore and implement the inclusion of diversity training in other National Training Center Programs such as Employee Participation and Paid Education Leave. Status updates for existing programs and recommendation for continued diversity training opportunities will be presented to the Joint Activity Board (JAB) and the National World Class Partnership council (NWCPC) quarterly. Funding for this activity will be provided from National Training Funds upon approval by the Joint Activity Board.

Very truly yours,
CHRYSLER GROUP LLC
By A. A. Iacobelli

Accepted and Approved:

INTERNATION UNION, UAW
By: General Holiefield

UAW-Chrysler
National Training Center

# Open the Door to Diversity

Your work environment is full of diversity. The challenge is to bring diversity to a central point where differences like culture, attitude, and lifestyle can come together and people can learn from each other and grow.

Opening the door to diversity will reveal that we are more alike than we thought. You will find out things you might not have known had you allowed the door to stay closed.



Whatever the differences may be, we need to learn to use those differences in a way that will allow us to build positive, productive work environment where everyone can and is contributing and helping to move the organization forward. This starts with us as individuals within the organization.

UAW-Chrysler
National Training Center

# What Is Diversity?

When we hear the word diversity, we most often think of racial or cultural differences. The true meaning of diversity encompasses much more.



## Valuing Workplace
## Diversity Means

Valuing and respecting employee differences—race, gender, nationality, background, experience, talent, and lifestyle, just to name a few. These differences are referred to as dimensions. Some dimensions can be seen and some cannot.

**The list is endless!**

- Age
- Race
- Marital Status
- Income
- Birthplace
- Political Affiliation
- Education
- Physical Capabilities

- Gender
- Religion
- Family Status
- Military Status
- Language
- Heritage
- Sexual Orientation
- Physical Appearance


UAW-Chrysler
National Training Center

6

# What are the Benefits of
# Valuing Diversity?

What's in it for UAW and Chrysler Group LLC? What's in it for our Work Group?

Diversity-savvy companies typically enjoy:
- *Greater productivity*
- *Lower absenteeism and turnover rates*
- *Increased teamwork*
- *Improved creativity at all staffing level*

Companies that value diversity have ability to view an organization from different perspectives, which is a key component in today's global market.

> **"Companies with well-established diversity programs are ahead of the game... a reputation for inclusiveness enhances a firm's image as employer of choice."**
> **~ Fortune Magazine**

## Beliefs, Attitudes, and Value Systems

From the time we are born and throughout our lives, our parents, teachers, friends, and colleagues condition us.

Conditioning shapes our thinking before we are aware of what is happening. Some acts of conditioning are passed on from generation to generation. Our beliefs, attitudes, and value systems are influenced as a result of our conditioning and become habits that we live by as adults.




UAW-Chrysler
National Training Center

7

# Stereotyping (Thinking)

Conditioning influences how we respond to the opposite sex, people of different ethnic backgrounds, or sexual orientations. These are learned behaviors and are ingrained in us at a very young age. It is no wonder that as adults we may hold on to stereotypes and prejudices.



> They all are...

A stereotype is a fixed and distorted generalization about all members of a group without regard for individuality.

Stereotyping may lead to prejudicial behavior.

# Prejudice (Behavior)

Prejudicial behaviors exclude, limit, and disadvantage those whom we perceive to be different from ourselves.



> You all are...

Prejudices are judgments made about others that reinforce a superiority / inferiority belief system.

# Impact Cycle

Our conditioning, stereotypes, and prejudices all work together to form a cycle that impacts how we interact and relate to others.



**Conditioning**
Beliefs/Values/Attitudes

**Stereotyping**
Thinking

THIS CYCLE SHOWS HOW OUR BELIEFS, VALUES, AND ATTITUDES DRIVE HOW WE THINK AND ULTIMATELY HOW WE BEHAVE.

**Consequences**
Reinforcement

**Prejudice**
Behavior

## How to BREAK the Cycle

- Rethink our beliefs in certain stereotypes
- Re-educate ourselves with broader exposure
- Consider the individuality of every person
- Learn to handle sensitive situations by using simple tools and techniques.



# ATM Technique

**What It Is**

- ATM is a pro-active approach for challenging our stereotypes, which results in a more positive and productive work environment.

- ATM **prevents** offensive situations from occurring by changing our behavior toward others.

 sk others about things you don't understand before you make an assumption.

 ell others your preferences and expectations.

 aintain your cool! Don't let your emotions get the best of you.

## Asking Questions for Understanding



- **Questions are part of active listening and understanding.**

- **By asking questions, we start to dispel our assumptions and biases about other people.**

- **Show someone you're interested in them—ask them some questions.**

 UAW-Chrysler National Training Center

# "OUCH!" Technique

**What It Does**
- Teaches us to become more aware of each other's sore spots.

- Gives us an inoffensive method of addressing someone's behavior or language that may have offended us or someone around us.

- Teaches us to know and respect each other's cultural and personal boundaries.

**How To Use It**
If you are insulted or offended by something someone says (this could be through inappropriate humor, jokes, slurs, etc.),

SIMPLY SAY:
"OUCH!" or "That's an OUCH for me."

This gets the attention of the individual. Then you briefly explain why the words or action made you uncomfortable.

**How I Respond**
In most cases, what was said was not intended to insult or offend.

SIMPLY SAY:
"I certainly didn't mean to offend."

"I'm glad you explained that to me."

**Ouch Is Not**
- Intended to be used for a deep dive into feelings and sensibilities
- Intended to place shame and blame
- Intended to create long drawn out apologies or explanations

Simons, G. & Zuckerman, A. (1994). *Working Together: Succeeding in a Multicultural Organization*. Menlo Park, CA: Crisp Publications.

 UAW-Chrysler National Training Center

## Communicating Respect

⇒ Fosters improved work relations

⇒ Creates an environment where Co-workers feel:

 * Safe
 * Secure
 * Supported
 * Respected



## Nonverbal Communications

⇒ Communication consists of verbal and nonverbal behaviors

⇒ Its not always what you say, but sometimes what you don't say.

**Nonverbals make up 55% of a message.**

~ Albert Mehraman

## Listening Without Bias

⇒ Concentrate on the message, not on the way you feel about the messenger.

⇒ Strive for mutual understanding.

⇒ Strive for and begin to make constructive changes.

## Includes such things as . . .



☞ Gestures

☞ Personal space

☞ Eye contact

☞ Touching

UAW-Chrysler
National Training Center

UAW-Chrysler
National Training Center

# Inclusion

**Inclusion** is a process to ensure that all voices are heard and respected and that no one is excluded.

## People on the Inside Feel:

Included     Together

Valued     Connected

Encouraged     Motivated



# Exclusion

**Exclusion** is a process that separates and leaves out certain people.

## People on the Outside Feel:

Isolated     Disconnected

Targeted     Angry

Frustrated     Unmotivated



# Inclusion Behavior Model



**The Model is a visual definition of Inclusion.**

Notice that all of the arrows represent behaviors and are pointed inward to form an inclusive circle.

In all interactions, our behaviors either cause others to feel included or excluded.



UAW-Chrysler
National Training Center

UAW-Chrysler
National Training Center

*Everyone is entitled to work in a respectful, inclusive environment, and everyone is responsible for creating that environment.*



"Treat others the way they want to be treated."
~ Dr. Tony Alessandra

"Diversity is the one true thing
We all have in common.
Celebrate it every day."
~Sir Winston Churchill

UAW-Chrysler
National Training Center

UAW-Chrysler
National Training Center

# If you are experiencing . . .

Anyone who believes that he or she has been subjected to or witnessed activity or offensive behavior in the workplace due to race, color, gender, sexual orientation, gender identity, age, veteran status, marital status, religion, national origin, disability unrelated to the ability to perform a job, or any other basis protected by law, see Chrysler Group LLC Policy 3-6.

You may choose any of the sources listed below to assist you:

- **Union Steward**
- **Supervisor**
- **Local Human Resources Office**
- **Local Plant Equal Application Committee**
- **Local UAW Civil Rights Committee**
- **EEO Compliance and Governance Office (1-866-374-1208)**

Sometimes people don't realize that they are being offensive. In certain circumstances, using the "ATM Technique," the "Ouch Technique," or a similar method may resolve the situation.

UAW and Chrysler Group LLC policies do not require employees to confront the offender before filling a claim.

---

## Chrysler Group LLC Policy

**Policy Number: 3 - 6**
**Subject / Title: Discrimination and Harassment Prevention**

**Purpose:**
Chrysler Group LLC is committed to providing a workplace that is free of discrimination and harassment. The company expects that all persons in the workplace will be treated with dignity, their rights respected and their privacy maintained.

**It is a Policy of Chrysler Group LLC:**
FREEDOM FROM DISCRIMINATION – Chrysler Group LLC's policy is to provide equal employment opportunity without regard to race, color, sex, sexual orientation, gender identity, age, veteran status, marital status, religion, national origin, disability unrelated to the ability to perform a job, or any other basis protected by law. This applies to all aspects of employment, including hiring, job assignment, training, career development, promotion and compensation.

The prohibition against workplace discrimination also includes discriminatory treatment based on stereotypes or preconceptions associated with a protected category. For example, the prohibition against sex discrimination protects employees whose behavior or dress does not match the expectations of others for a particular sex; the prohibition against disability discrimination protects employees from adverse employment action based on unfounded perceptions that they are unable to perform their work due to substantially limiting impairments.

FREEDOM FROM HARASSMENT – Chrysler Group LLC does not tolerate harassment of any kind in the workplace including harassment based on a person's race, color, sex, sexual orientation, gender identity, age, veteran status, marital status, religion, national origin, or disability that has the effect of interfering with the person's work performance or creating an intimidating, hostile or offensive work environment.

"Workplace" includes any Chrysler Group LLC facility as well as business settings such as Company travel, meeting with customers, suppliers, and members of the public and business related social events.

Whether conduct constitutes harassment may depend on whether it is viewed as offensive by the individual who is the subject of the conduct. This means that an employee may violate this policy without intending to harass. Examples of conduct that may constitute harassment include unwelcome physical conduct; threats or intimidation; displaying offensive items or pictures; interfering with or sabotaging someone's work or personal or assigned property; and making jokes or inappropriate comments about a person's age, race, sex, religion, ethnicity, sexual orientation, gender identity, marital status or disability. One act or a series of acts may constitute harassment.

This policy specifically prohibits sexual harassment. "Sexual harassment" means unwelcome physical or verbal conduct that is either of a sexual nature, or directed to a person because of that person's sex, when:



- Submission to, or rejection of, such conduct is used as a factor in making decisions affecting hiring, evaluation, promotion, selection, or other aspects of employment or
- Such conduct creates an intimidating, hostile or offensive work environment.

Examples include unwanted sexual advances; sexual or sex-based commentary about an individual's body; touching; obscene comments or gestures; display of sexually suggestive objects or pictures; and questions or statements about sexual conduct or sexual orientation or preferences.

REPORTING A COMPLAINT – Anyone who believes that he or she has been subjected to or witnessed activity or behavior in the workplace that violates this policy should make Chrysler Group LLC aware of such conduct. A complaint may also be submitted to the EEOC (or similar state agency). Reports or complaints will not affect rights under any applicable collective bargaining agreement, including access to any grievance procedure. Notification within Chrysler Group LLC should be made to:
- Corporate Diversity Office (1-866-374-1208); or
- The Local Human Resources Office; or
- Management.

COMPLAINT INVESTIGATION – Chrysler Group LLC's policy is to take discrimination and harassment complaints seriously. Chrysler Group LLC will investigate all discrimination and harassment complaints in a timely and impartial manner. Moreover, Chrysler Group LLC will use its best efforts to:
- Protect the privacy and reputation of all individuals concerned;
- Maintain confidentiality throughout the investigation process and share information only on a need-to-know basis; and
- Assure that persons against whom allegations are made are treated fairly.

RETALIATION – Retaliation against a person who in good faith reports, or participates in the investigation of, a discrimination or harassment allegation is strictly prohibited.

DISCIPLINE – Employees who violate this policy will be disciplined up to and including discharge.

Definitions:

Scope:   This policy applies regardless of whether local laws prohibit discrimination and harassment. Chrysler Group LLC reserves the right to modify, revoke, suspend, or terminate this policy at any time. This policy is not intended to create a contract between Chrysler Group LLC and any of its employees.

**Sponsored By:**   Corporate Diversity Office

**Related Policy Statements:**   Chrysler's Integrity Code
Chrysler's Standards of Conduct
Chrysler's Policy 3-4 Employee Discipline

This Policy supersedes any other previously published policy on this specific subject including, but not limited to, the following:

- Chrysler Group LLC Corporate Policy 3-6, Sexual Harassment, dated August 18, 1987

**Delegation of Responsibilities:**   Corporate Diversity Office has the delegated administrative responsibility for implementation of this Policy. The Corporate Diversity Office is thereby authorized to recommend appropriate action. As such, the Corporate Diversity Office must be appraised of all reported occurrences of discrimination or harassment.

**Initial Approval By:** Corporate Executive Committee **Approval Date:** 08/18/1987

**Latest Revision Approved By :** Business Practices Committee **Latest Revision:** 5/28/2014

*This booklet has been produced by the*
*Diversity Committee at the*
*UAW-Chrysler National Training Center*
*In cooperation with the*
**EEO Compliance and Governance Office.**


UAW-Chrysler
National Training Center

/jn:Opeiu512
Revision Date: June, 2014

1.    Workplace Violence Prevention Reference Manual

6

**UAW-DaimlerChrysler National Training Center Reference Manual**

---

**Workplace Violence Prevention**
*(Primary Program - Employee Assistance Program)*

## Program Description

The UAW-DaimlerChrysler Workplace Violence Prevention Program provides a response network for information regarding a troubled employee or troubling situation that, if ignored or provoked, could lead to a threat, act or escalation of violence.  Composition of this response network includes:

- Employees - considered to be the foundation of the system, who are the primary source of information needed to engage the violence prevention process.

- Local Response Teams - composed of both UAW and management members who assess and validate information regarding a troubled employee or troubling situation, and develop response strategies for safeguarding the employees and assets of their respective facility.

- UAW-DaimlerChrysler National Training Center National EAP Steering Committee - responsible for developing and delivering training programs that facilitate the process, assessing program effectiveness, and serving as a process advisor for Local Response Teams.

- Executive Situational Assessment Team - A cross functional committee of executive management that serves as a consultant to Local Response Teams for situations beyond the scope of Local Response Team training or experience.

## Program History and Related Contractual language

The DaimlerChrysler Workplace Violence Prevention (WPV) Program evolved from a Security & Fire Prevention Services Department procedure entitled,  " Response to Threats and Acts of Violence."  The procedure constituted a reactive rather than a preventative strategy whereby threats and acts of violence were addressed after they had already been committed.  In this system the Security Department played a prominent role.

In that phase of our violence prevention program, acts or threats of violence that fell short of disrupting the workplace typically were ignored or chalked off as "Shop Talk."  Shop talk includes playful banter, exaggerated challenges and sometimes explicit threats of violence that may or may not be serious.  By tolerating that form of communication in the workplace, the risk for violence was increased due to the potential for misjudging the intent of the statement.  The danger of permitting Shop Talk is obvious:  if 99% of  shop talk threats are meaningless, how do you determine the 1% that are real?

From the perspective of a UAW represented employee,  providing information to management about a threat or act of violence equated to "ratting out" a fellow employee who may lose his/her job as a result.  Consequently, there was a reluctance to report threats and acts of violence.  Very little information was provided at a time when preventative action was still a viable alternative.

Guidelines were lacking that defined issues pertaining to our violence prevention efforts, and given the tolerance for shop talk, it is not surprising that inconsistencies resulted in addressing violence in the

workplace. It was clear that management and the UAW were not on the same page, and the UAW grievance procedure became central in settling disputes resulting from lack of program definition. This method of addressing violence in the workplace continued into the 1990's until agents of change necessitated a new approach to the issue.



Agents of Change

In the early 1990's, the broadcast media coined the phrase "Workplace Violence" and began sensationalizing its occurrence at every opportunity. Vivid camera footage was shown or promised at every opportunity, and it frequently promoted a workplace violence incident as the lead story. We were told that violence in the workplace was "epidemic," that the perpetrator had "just snapped" or acted without warning (out of the blue!). America was told that the workplace was no longer safe. A flood of surveys were conducted and published. Violence experts published books that promised the solution. Even Hollywood got into the act by producing movies such as "Falling Down" (Michael Douglas) and "The Shooting of Laura Black" (Brook Shields, Richard Thomas).
In a relatively short time, America became acutely aware of workplace violence.

In 1993 OSHA cited the Barclay Hospital of Chicago Illinois for failure to provide a safe workplace for its employees. In particular, the citation stemmed from injury to employees who were attacked by patients being treated for mental illness. Management had failed to take reasonable precautions to prevent injury to its employees. The case is one of the first on record where OSHA became involved in workplace violence issues. Although there was no specific section of OSHA regulations pertaining to workplace violence, it was cited under the General Duty Clause. Corporate America took notice.

In 1994 a Corporate Workplace Violence Prevention Task Force was initiated at DaimlerChrysler to address the perceived shortcomings of our violence prevention "system." Representatives from Human Resources, Employee Relations, Medical, Legal, Security, and the National Training Center met over a period of months to assess the current methods of addressing violence in the workplace, and to determine the course of action needed to create a viable violence prevention program. It was apparent that a change of direction was needed to shift from the reactive mode to the preventative.

On December 9, 1994 a supervisor and an hourly employee were shot by another hourly employee over a dispute regarding a work assignment. The supervisor was killed. The hourly employee recovered from critical injury. Although the response to the threats procedure functioned within its parameters, it underscored the need to focus on the preventative aspects. Fatal violence had visited DaimlerChrysler in the past, but it had been a long time. The belief that it wouldn't happen again in our house was shattered in a moment of time. As the media turned its cameras on another failure to prevent violence in the workplace, the UAW and DaimlerChrysler both asked the question, "What can we do to prevent this from occurring again?"

As the Corporate Workplace Violence Task Force worked to determine the best approach in implementing a comprehensive workplace violence prevention program, a second reminder of the potential for violence in our workplace struck DaimlerChrysler on December 19, 1995. An hourly employee at the Sterling Heights Assembly Plant entered the building and fatally shot a co-worker with whom he had a romantic relationship. He then exited the building and fatally shot himself in the head. Like the incident that had occurred just 12 months earlier, the workplace was in shock and severely traumatized.

United in the purpose of preventing a similar incident from ever occurring again within DaimlerChrysler, the UAW and DaimlerChrysler incorporated that resolve in the 1996 National Agreement. Letter 109 of the National Agreement committed the corporation and the union to jointly

3

developing a comprehensive workplace violence prevention program.   Traditional/unilateral methods of addressing violence were not working – and it was clear that one side could not accomplish the goal without the other. The task was to do so without compromising the UAW's duty to represent, and DaimlerChrysler's duty to provide a safe and secure work environment.

The UAW-DaimlerChrysler National Training Center (NTC) was commissioned to lead the effort to create an effective WPVP program.  Expectations were high that the joint operating philosophy of the NTC would successfully carry over to the creation and implementation of a violence prevention program at DaimlerChrysler.

The UAW-DaimlerChrysler National Training Center began the task of creating a WPVP program by searching for a provider who was experienced and proficient in establishing such programs.  A lot of providers raised their hand, but few were really qualified.  The Threat Assessment Group, arguably the foremost authority in the world on the subject of workplace violence prevention, was selected as a partner to develop the UAW-DaimlerChrysler program. The National Training Center would continue to play a role in the program by serving as a process advisor, an agent for the identification of resources that may be used in future program applications, and as a coordinator for the educational process.  It is significant that the Workplace Violence Prevention Program was made part of the Employee Assistance Program - a major component in placing an employee in need with helping resources.

## Intent of the Language

The intent of Letter 109 is to prevent threats or acts of violence from occurring or escalating in the workplace by creating a process whereby information regarding a troubled employee or troubling situation can be efficiently communicated to those who can arrange for the appropriate application of resources to safeguard the employees and assets of the Corporation.  The intent is to accomplish this while maintaining the dignity and respect of the individuals involved, and without jeopardizing the respective roles of UAW or DaimlerChrysler leadership. Furthermore, the language recognizes the need to provide process modifications and training updates as necessary for program maintenance.

## Supporting Documents

- Document #1 - Workplace Violence Prevention Program Process Model Description

- Document #2 - Local Response Team Operational Procedures

- Document #3 - UAW-DaimlerChrysler Joint Policy Statement on Workplace Violence

- Document #4 - Corporate Policy 3-7, Workplace Violence Prevention.

## Beneficiaries

- Employees benefit from the Program by creating a safer workplace that provides alternative means to resolve personal issues that could lead to a threat, act or escalation to violence.
- UAW and management leadership benefit from the program by having a defined system in which to resolve issues that could jeopardize employee safety or job status.

4

- The Corporation benefits by improved productivity and morale resulting from a less stressful work environment.

1.  World Class Manufacturing Academy Guidebook
    For Technology Training Participants

$\boxed{7}$

# UAW-Chrysler National Training Center

  

# World Class Manufacturing Academy Guidebook

## for
# Technology Training Participants

For More Information Call Toll-Free:
(800) 683-8840
2500 East Nine Mile Road
Warren, Michigan 48091



This booklet is for you. It is a complete resource to help you plan for your scheduled training session at the World Class Manufacturing Academy (WCMA).

Inside, you will find important information about the WCMA, travel, arrival, accomodations, and registration. Once you get to the WCMA, staff members will be available to answer questions.

Both the UAW and Chrysler want to make your training at the WCMA productive and beneficial. We believe that you will find your training session to be a positive learning experience that provides you with the skills and information you need on the job.



*To achieve for the UAW and Chrysler the goal of developing and sustaining a world-class technically skilled work force through constant training and upgrading of skills using the latest state-of-the-art technologies.*



**INTRODUCTION TO THE WCMA**
Location ...................................................................................................................1

**BEFORE YOU ARRIVE**
Registration Cancellations ......................................................................................1
Travel Cancellations ...............................................................................................1
Questions .................................................................................................................2

**TRAVEL AND ACCOMMODATIONS**
Parking ....................................................................................................................2
Housing Information ...............................................................................................2
Parking at the Hotel ................................................................................................3
Checking Out of the Hotel ......................................................................................3
Air Travel ................................................................................................................3
Local Transportation To/From the Airport ............................................................4
Transportation to the WCMA  from Designated Hotels .........................................4
Auto Travel Reimbursement Guidelines (Out-of-State Only) ...............................4
Meal Arrangements for Out-Of-State Participants ................................................4
Spouse/Family ........................................................................................................5

**WHILE AT THE WCMA**
Orientation Session .................................................................................................5
Participant Sign-in ..................................................................................................5
Class Times .............................................................................................................6
Training Materials ...................................................................................................6
Clothing Requirements ...........................................................................................6
Meals & Refreshments ............................................................................................6
Smoking Policy .......................................................................................................7
Course Quality Assurance .......................................................................................7

**COMMUNICATIONS AND EMERGENCIES**
Medical Services......................................................................................................7
Building Emergency ................................................................................................7
Emergency Contact Day ..........................................................................................7
Emergency Contact Evening ...................................................................................7
Incoming Phone Calls/Messages ............................................................................7

## CHRYSLER-UAW APPRENTICE PROGRAM AT THE WCMA

Shuttle Arrangements..................................................................................................8
Clothing Requirements..............................................................................................8

## DIRECTIONS TO THE WORLD CLASS MANUFACTURING ACADEMY

Detroit Area...............................................................................................................9
Warren Area.............................................................................................................10
WCMA Area ............................................................................................................11



**LOCATION**

The World Class Manufacturing Academy is located at 2500 E. Nine Mile Road in Warren, Mich.  Maps are located in the back of this booklet.

**REGISTRATION CANCELLATIONS**

Technology Training participants who absolutely must cancel a registration need to contact their Skilled Trades Committeeperson or LTTC member. Participants may also call the registration office of the WCMA at 800-683-8840. Participants and plants should be aware that late cancellations may limit opportunities to participate in future training sessions.

> **PLEASE NOTE:**
> ALL CANCELLATIONS OCCURRING
> LESS THAN SEVEN DAYS BEFORE THE
> SCHEDULED START OF A CLASS WILL BE
> SUBJECT TO A CANCELLATION FEE.

**TRAVEL & ACCOMODATIONS**

Once you see that you are confirmed for a specific conference on a specific start date, you need to plan any travel arrangements. If you are outside the Detroit area and require a flight to attend a conference, please call the WCMA registration number, 800-683-8840, and let your LTTC member know which method of transportation you require. The WCMA Travel Department will issue airplane tickets and confirm accommodations for non-Detroit area enrollees. Return flights will not be scheduled prior to 2 p.m. Fridays.

**TRAVEL CANCELLATIONS**

Conference participants who absolutely must cancel their travel arrangements or accommodations need to contact the WCMA Travel/Registration Department as soon as possible, but no later than 3 p.m. Eastern Time on the Friday before the conference is to start. The participant or an LTTC member should call the registration desk at 800-683-8840 or tie-line 8-737-4001.

Anyone who must cancel after 3 p.m. Eastern Time on the Friday before training is to start must call the Sterling Inn directly at 1-800-953-1400 to cancel the lodging reservations. The hotel staff will provide a cancellation number, which the participant should give to an LTTC member or the Plant Training Coordinator on the following Monday. The toll-free number is for cancellations only and other calls will not be taken. The main telephone number for the hotel is 586-979-1400.

Participants who cancel must also turn in their unused travel tickets to an LTTC member or the Plant Training Coordinator as soon as possible. This will minimize the costs associated with cancellations.

## QUESTIONS
If you have any questions, call 800-683-8840 or 8-737-4001 on the Chrysler tie-line, Monday through Friday, 7 a.m. to 3 p.m. Eastern Time.



## WORLD CLASS MANUFACTURING ACADEMY PARKING

All Technology Training participants are to park in Lot B. Signs are posted that direct you to this lot.  A security guard is on duty 24 hours a day. Parking availability is on a first-come, first-served basis.

## HOUSING INFORMATION

Out-of-area participants stay at the Sterling Inn or comparable hotel.  Hotel selections are made by the UAW-Chrysler National Training Center based on room availability and good value.

If a family member will accompany you to the Detroit area, inform your LTTC member or call the World Class Manufacturing Academy at 800-683-8840 so that appropriate hotel arrangements can be made.

The primary designated hotel is The Sterling Inn.

Location:     34911 Van Dyke Avenue
              Sterling Heights, Michigan
Phone:        586-979-1400

*Check-in Time:* 3 p.m. Upon arrival, the hotel will provide you with additional information on check cashing, transportation, local community resources, emergency services and other questions you may have.  Please note: a credit card will be required during hotel registration to cover incidental expenses such as phone calls.

*Food Service:*  The hotel has a full service restaurant for breakfast, lunch, and dinner. Other restaurants are located in the immediate vicinity.

*Other Services:* An indoor swimming pool, water park, whirlpool, sauna, indoor basketball court, and 24-hour exercise room are available for your use.

*Special Needs:*  Special accommodations are available for individuals with disabilities requiring special services or arrangements. If you need such accommodations, please request them at the time your hotel reservation is made.

*Last Minute Cancellations:*  All cancellations occurring less than seven (7) days before the scheduled start of a class may be subject to a cancellation fee.  Anyone who must cancel after 3 p.m. Eastern Time on the Friday before training is to begin must call the Sterling Inn at 800-953-1400 to cancel the lodging reservations.  Be sure to get a cancellation number.

## PARKING AT THE HOTEL

Parking is available at the hotel for guests. You are responsible for your transportation to and from the WCMA.

## CHECKING OUT OF THE HOTEL

On your last training day, check out of the designated hotel in the morning before going to the WCMA. Take all your luggage with you. A secure location for your luggage will be provided at the WCMA.

## AIR TRAVEL

Requests for travel are included within the Registration Application. The WCMA staff will make the necessary travel and accommodation arrangements for participants from plants outside the Detroit area. The WCMA Travel Department will issue airplane tickets and confirm accommodations. They will send the Travel Itineraries to the LTTCs, who will then distribute them to the training participants. Return flights will not be scheduled prior to 2 p.m. on Fridays. Air travel not in compliance with this policy will not be reimbursed

If you change your flight plans and the change involves a fee, YOU ARE RESPONSIBLE FOR THAT FEE.

## LOCAL TRANSPORTATION TO/FROM THE AIRPORT

Transportation to and from the airport can be arranged easily by limo or taxi. The simple reimbursement guidelines are as follows:

- Reasonable limo/taxi fees or mileage reimbursement from residence or plant/depot to airport and return will be paid.
- Reasonable long-term parking fees at the participant's hometown airport will be paid.
- Reasonable limo/taxi fees for travel from the airport to the designated hotel and return will be paid.
  RECEIPTS MUST BE SUBMITTED FOR REIMBURSEMENT.

## TRANSPORTATION TO THE WCMA FROM DESIGNATED HOTELS

All technology training participants are responsible for their own transportation to and from the WCMA.

## AUTO TRAVEL REIMBURSEMENT GUIDELINES (OUT-OF-STATE ONLY)

Travel by auto by the most direct route (and return) to the TTC will be paid as follows: (not to exceed the equivalent of the lowest average coach air fare based on a fourteen (14) day advance ticket purchase.)

- Forty-eight and one-half cents ($0.485) per mile or the current approved NTC standard.
- If more than one (1) person travels in the car, only one (1) person will be reimbursed.
- **Gas receipts must be submitted** if mileage reimbursement is requested.

## MEAL ARRANGEMENTS FOR OUT-OF-STATE PARTICIPANTS

Participants are responsible for making their own dinner arrangements.  Costs for this meal must comply with the meal reimbursement policy.  Breakfast and lunch will be provided on-site at the Technology Training Center.  The designated hotels will provide details on local restaurants, some of which offer discounts to UAW-Chrysler participants.

Please see your Committeeperson for the current travel per diem and details.

## SPOUSE/FAMILY

Spouses or other family members may accompany you to the Detroit area but may not accompany you to the actual training session.  The cost of meals or other everyday expenses for spouses **will not** be covered by the program but will be the responsibility of the individual.

A variety of activities for your spouse and/or family are available in the immediate area as well as the Detroit Metro area.  Information regarding these activities is available at the designated hotels and/or the WCMA Resource Library.

If a family member accompanies you to the Detroit area, inform your LTTC member or call the WCMA at 800-683-8840 so that appropriate hotel arrangements can be made.



## ORIENTATION SESSION
On the first day of class, a WCMA staff member will be available from 6:30 a.m. to 7 a.m. to greet you at the WCMA's main entrance and direct you to the Orientation Room. Promptly at 7 a.m. all participants will receive a general orientation to the WCMA which will include a discussion of issues such as lunch, breaks, etc.

## PARTICIPANT SIGN-IN
It is extremely important you sign the the Attendance Sheet each day you are in class. You are attending class during paid time, and your plant may require a daily sign-in from you in order to process pay and for you to receive credit for completion of a class.

## CLASS TIMES
Full day classes begin at 7 a.m. and end at 3 p.m. In addition to a lunch break, there are other breaks, which will be explained by the trainer. Some courses may have specific time schedules. These will either be listed in the course description or provided with the registration information.

Covering all the course objectives can only be achieved if everyone is prepared and CLASS BEGINS ON TIME.  Consideration in this matter is greatly appreciated by other course participants and the trainer.

## TRAINING MATERIALS
At the beginning of each course, you will receive training materials and manuals related to that course. Equipment for hands-on training will be available in the classroom or lab area.  In addition, the Resource Library and all its materials will be made available to provide any additional information or review on a specific topic or piece of equipment.

## CLOTHING REQUIREMENTS
The World Class Manufacturing Academy adheres to the same dress code as Chrysler Group LLC. There are also specific mandated requirements for some courses.  The courses and their requirements are as follows:

- Welding Classes – Participants must be prepared to weld and must wear appropriate clothing.
- Geometric Dimensioning & Tolerancing (GD&T) – No canvas or open toe shoes.
  * Apprentices: please see page 8 for more information.

## MEALS & REFRESHMENTS

The WCMA will provide lunch for all training participants.  You will receive details during the Orientation Session.

Your class will be assigned a specific lunch time, which will lessen your wait. Adherence to this schedule is very important.  The cafeteria provides lunch for all the functions at the WCMA, and up to 350 people may be served each day.

Break areas that provide coffee, tea, and hot chocolate are located throughout the building. Vending machines are located outside the main cafeteria and in the 1500s corridor.

Food and beverages are NOT to be taken outside the break areas or cafeteria.  There should be no food or drink in the classrooms.

## SMOKING POLICY

The World Class Manufacturing Academy is a smoke-free building. A designated smoking booth is available outside the main entrance, along the southeast corner of the building.

## COURSE QUALITY ASSURANCE

Upon completion of each class, participants will be asked to fill out a course/trainer evaluation. The results will be recorded and reviewed to ensure quality and course relevance to your needs.  Your suggestions will be reviewed and carried out as appropriate.

## MEDICAL SERVICES

The WCMA staff will arrange non-emergency medical services. Please contact the registration desk, should you be in need of non-emergency medical attention.

If there is a medical emergency involving you or a classmate, call the WCMA Security Desk (the number is posted on the phone). They will give you directions and assist as necessary.



COMMUNICATIONS & EMERGENCIES

## BUILDING EMERGENCY

Fire exit route maps have been placed throughout the Academy. Follow your instructor's directions if there is an emergency.

## EMERGENCY CONTACT

In the event someone needs to reach you **for an emergency** during the day, they can call 800-683-8840, 6:30 a.m. to 3 p.m. Eastern Time.  If there is an emergency after normal working hours, out-of-town participants can be reached at the Sterling Inn at 586-979-1400.

## INCOMING PHONE CALLS/MESSAGES

If your family or another party needs to reach you in a non-emergency situation, a message may be left with the Message Center at 800-683-8840 between 7 a.m. and 3 p.m. Eastern Time.  Messages will be forwarded to your trainer.



The Training Program provides newly indentured apprentices with formal training, including:

- 40 hours of Generic Trade Training
- 80 hours of Health and Safety Training and World Class Manufacturing  Fundamentals
- 80 hours of Trade-Specif c Core Skills Training

## CLOTHING REQUIREMENTS

The WCMA adheres to the same dress codes as Chrysler Group LLC. There are, however, safety considerations that mandate requirements for some courses.  Please remember that:

- You should be prepared for hands-on work projects by wearing work clothing and appropriate shoes.

- You will be provided appropriate safety equipment such as safety glasses and ear protection as necessary.

# METRO DETROIT MAP

## DIRECTIONS TO THE WORLD CLASS MANUFACTURING ACADEMY

- Take I-94 EAST to I-75 NORTH.  (If coming from Metro Airport.)

- Continue on I-75 NORTH until you reach the JOHN R/9 MILE ROAD EXIT (EXIT #60), which will be on your RIGHT.

continued next map ➜

## DETROIT AREA



# WARREN AREA MAP

## Directions to the World Class Manufacturing Academy

- Exit the freeway and make a RIGHT (GO NORTH) at the first set of traffic lights onto JOHN R. ROAD.

- Continue straight ONE BLOCK to the next set of traffic lights and make a RIGHT (GO EAST) on 9 MILE ROAD.

continued next map →

## WARREN AREA



# WCMA AREA MAP

### Directions to the World Class Manufacturing Academy

- Continue going STRAIGHT about 1 1/2 MILES, cross DEQUINDRE ROAD, and after 1/4 MILE, the TTC will be on the RIGHT HAND SIDE (SOUTH SIDE) of 9 MILE ROAD.

- You will see the ENTRANCE to the PARKING LOT and TRAINING FACILITY on the RIGHT HAND SIDE (SOUTH SIDE) of the STREET.

*(If you cross WARNER ROAD, you have gone too far.)*

## WCMA AREA



*World Class Manufacturing Academy*
*2500 E. Nine Mile Road*
*Warren, MI 48091*

1.   Letter Agreement concerning Health and Safety
     Training Research

8

Finally, the Grievance Procedure set forth in the Collective Bargaining Agreement shall have no application to, or jurisdiction over, any matters related to the Program.

Very truly yours,
DAIMLERCHRYSLER CORPORATION
By J. Franciosi

Accepted and Approved:

INTERNATIONAL UNION, UAW
By Nate Gooden

October 29, 2007

(110) Funding - Health and Safety
Training and Research

International Union, UAW

Attention: Mr. General Holiefield

Dear Sirs:

In the Memorandum of Understanding - Health and Safety which supplements the 2007 Production and Maintenance Agreement the parties agree to direct and support joint health and safety activities at the national and local levels. These include providing additional joint health and safety training to enhance the safety awareness, hazard recognition, and technical skills of Chrysler employees; developing guidelines to be used by the plants and Local Joint Health and Safety Committees to design local training programs and a system to review and approve such programs; and establishing a Joint Health and Safety Training Subcommittee to aid the National Joint Committee on Health and Safety in attaining its training objectives.

The parties also agree, as set forth in the Memorandum of Understanding - Health and Safety, to conduct mutually agreed upon occupational health research and to explore methods to improve communications between Chrysler and the UAW in health and safety areas.

To ensure adequate funding for the above described activities, the Company will make available funding at four (4) cents per hour worked for health and safety training activities. In the event this Fund is depleted, subsequent funding for future recurring expenses, if approved by the Joint Activities Board, will be made available through National Training Funds. Funding for research will not exceed the amount of the unspent research fund under the 2003 Agreement plus an amount, when added to this unspent balance, would total #1,200,000 for research projects for the duration of this Agreement.

The parties recognize the need to better coordinate all joint training efforts at the operating unit level. As each unit is jointly developing local training priorities based upon such analysis, they will be asked to make health and safety a part of this process.

To support this process, the parties agree to utilize joint health and safety funds to partially subsidize the cost of local health and safety training efforts. A formula for this subsidy will be developed annually by the National Joint Committee on Health and Safety and approved by the UAW-Chrysler Joint Activities Board.

Very truly yours,
CHRYSLER LLC
By J. Franciosi

Accepted and Approved:

INTERNATIONAL UNION, UAW
By General Holiefield

September 27, 1999

(111) National and Local Training

International Union, UAW

Attention: Mr. Stephen P. Yokich

Dear Sirs:

DaimlerChrysler Corporation and the UAW reaffirm the need to continue and expand the National Training Center Program. Furthermore, the parties pledge to continue providing the resources necessary to assure that all employees receive training and development opportunities in order to produce a highly motivated, capable workforce that continually improves its own and the Corporation's ability to succeed in an

1.   Tuition Assistance Overview
2.   Tuition Assistance Reference Manual

9

# Tuition Assistance Plan Overview

## Who is eligible?

Only active employees are eligible. An active employee is defined as one who:
- Has achieved seniority
- Is on temporary layoff
- Is on Military Leave of Absence
- Employees on sick leave are **not** eligible for TAP.

## Benefit Level

The Tuition Assistance benefit level provides up to $5,000 per calendar year for job-related degree-seeking courses at nationally and regionally accredited universities.  For tuition assistance questions please contact your local TAP representative.

## Requesting a Degree

All degree program requests will be reviewed by TAP administrators.  The TAP office may request you or your educational institution provide verification of degree.  Misrepresentation of degree programs for which classes have been requested may result in the immediate suspension of TAP benefits.  Employees will be responsible for payment of all classes deemed ineligible.

## Application Process

TAP is designed to be a pre-paid program; however, when an approved school will not accept a Voucher, the employee must pay the school directly. You must contact the local TAP representative for reimbursement forms and instructions. All reimbursement requests **must** be mailed to the TAP office for TAP Committee review to determine eligibility.

Tuition assistance applications **must be submitted online** 21 days prior to the start of class(es). TAP Online can be accessed through *Dashboard under the Development tab* or *www.uaw-chrysler.com*.  Paper applications will no longer be accepted.

## Approval Process

For approved classes, a TAP Voucher will be sent to the email address provided. This Voucher should be treated like cash or a check – it is payment to the school for your tuition. Print and sign it before presenting it to your educational provider. The Voucher is not valid without a signature.

If your application is denied, you will receive an email providing an explanation.
If a class for which you were approved is full or cancelled, you may substitute an equivalent course. However, the course must be approved by the TAP Committee prior to class start date.

**Refunds that result from dropping a class must be returned to the TAP office.**

<u>Covered Fees</u>

TAP benefits include payment of certain fees. Duplication of tuition or fees already covered by state or federal education assistance plans or programs is prohibited (such as Pell Grants and scholarships.)

<u>Payment Process</u>

Upon receipt of Voucher, it is your responsibility to present it to the school. This authorizes the school to invoice TAP and ensures that payment will be made.

It is also your responsibility to follow up with the bursar's or accounts payable office at your school to ensure that the TAP office has been billed for the class.

**The TAP Voucher will expire 120 days after the completion date of the class.**

**Within 30 days of the end of the school term, you must verify completion of all class(es) by entering your grades online and submitting a grade report to the address, email or fax listed below. Failure to do so may result in the delay of future TAP benefits or suspension of TAP benefits.  UAW-Chrysler NTC will not be liable for courses withdrawn/dropped after the school's designated drop deadline requiring payment. Payment will be the sole responsibility of the student.**

If you do not use your Voucher, send an email to tap@ucntc.org requesting your Voucher be voided. Please include your name, CID, Local and Voucher number.

<u>School Eligibility</u>

All educational institutions and job-related degree-seeking programs must be approved by the UAW-Chrysler TAP committee. The schools must be accredited by a nationally or regionally recognized agency.

**The National Training Center has the authority and discretion to interpret the terms of the Plan under the provisions of the Memorandum of Understanding on Joint activities (M-9). This authority includes, but is not limited to, the authority and discretion to approve schools and courses under the Plan and to issue guidelines interpreting the Plan.**

/at:opeiu512

**UAW-Chrysler**
**Tuition Assistance Plan Office**
**2500 E. Nine Mile Road**
**Warren, Michigan 48091**
**(586) 427-6757**
**(586) 427-6747 – fax**
**tap@ucntc.org**

Revised: January 2, 2014

**UAW-DaimlerChrysler National Training Center Reference Manual**

**Tuition Assistance Program**
**Scholarship for Dependent Children**
**Retiree Tuition Assistance**

## Program Description

The Tuition Assistance Program (TAP) provides up-front tuition assistance for courses students attend at approved schools. The National Agreement breaks TAP into three separate programs:

| | |
|---|---|
| TAP for workers | (for UAW-represented DaimlerChrysler workers) |
| Retiree TAP | (for retired UAW-represented DaimlerChrysler workers) |
| Scholarship for Dependent Children | (for the eligible dependent children of UAW-represented DaimlerChrysler workers and retirees) |

## Program History and Related Contractual Language

- TAP for workers was one of the original National Training Center (NTC) joint programs. The TAP program replaced a corporate-funded, corporate administered tuition reimbursement program.
- The NTC joint committee administers the TAP program with assistance from IDEA Consultants, Inc., an outside consultant hired by the NTC to process all applications, vouchers and payments for the program. IDEA has provided service in this capacity since the inception of the program.
- The P, M and P Letter 106 of the National Agreement between the UAW and Chrysler authorizes the Tuition Assistance Plan. The 1985 Agreement states that the joint parties "...reaffirmed the necessity of providing active and laid-off employees opportunities for education and training."
- The 1985 Agreement stated that the maximum annual benefit levels would be:
  - $2,250 for college courses
  - 1,500 for job-related courses
  - 1,250 for "...courses not related to the employee's current job assignment..."
  - 5,500 for laid-off employees
- In 1988, the Agreement language and its benefit amounts did not change.
- The 1990 Agreement added language to allow Union officials on leave of absence to be eligible for the assistance. The program also included new provisions for the payment of Prior Learning Credits, and expanded the benefit levels:
  - $2,800 for college courses
  - 1,800 for job-related courses
  - 1,250 for courses not related to the employees current job assignment
  - 6,000 for laid-off employees
- New language was added to the 1996 Agreement as a direct result of legal questions raised in the administration of the program. The sentence... "The National Training Center has the authority and discretion to interpret the terms of the Plan, including but not limited to, the authority and discretion to approve schools and courses under the Plan and to issue guidelines interpreting the Plan."...was added to protect the program from future legal challenges on school or course approval.
- The new maximum benefit level maximum for the program in 1993:
  - $3,100 for college courses
  - 1,900 for job-related courses
  - 1,350 for courses not related to the employee's current job assignment
  - $7,000 for laid-off employees

- There were major additions to the program as a result of 1996 contract negotiations. Two new Letters were negotiated providing two additional tuition assistance benefits:
  - Letter 191 (P, M, and P Agreement) authorizes the Retiree Tuition Plan. The Retiree TAP program allows retired UAW-DaimlerChrysler workers to receive tuition assistance for courses taken at the plant or union local from which they retired. The maximum annual benefit was $1,000.
  - Letter 194 established the UAW-Chrysler Scholarship for Dependent Children. The Scholarship program allows eligible dependent children of UAW-represented Chrysler workers to receive tuition assistance for approved college and vocational education courses. The maximum annual benefit per child was $1,000.
- The 1996 Agreement also provided increased annual maximum benefit levels for the Letter 106 TAP for workers program:
  - $3,800 for college courses
    2,050 for job-related courses
    1,500 for courses not related to the employee's current job assignment
  - $8,000 for laid-off employees
  - Provisions were also made in Letter 106 to allow some students to take courses such as …"Certain job-related seminars, correspondence, and home study programs…" with approval from the National Training Center.
  - New language in Letter 106 also was written to specifically address the needs of workers who exhausted the annual college course benefit level. The worker could now "borrow" up to $1,000 from the next year's eligible assistance, called an Advance Payment.
- In 1999, only the college course tuition benefit level was increased in Letter 106. The annual maximum benefit levels for other TAP for workers categories remained the same:
  - $4,200 for college courses
    2,050 for job-related courses
    1,500 for courses not related to the employee's current job assignment
  - $8,000 for laid-off employees
- The new benefit maximum for Letter 191, Retiree TAP was increased to $1,250.
- The new benefit maximum for Letter 194, Scholarship for Dependent Children was increased to $1,250.
- The 2003 Agreement increased the annual maximum levels of tuition assistance for college courses and the other two category levels remained the same. Benefits for laid-off workers increased:
  - $4,600 for college courses
    2,050 for job-related courses
    1,500 for courses not related to the employee's current job assignment
  - $8,400 for laid-off employees
- The new benefit maximum for Letter 191, Retiree TAP was increased to $1,500.
- The new benefit maximum for Letter 194, Scholarship for Dependent Children was increased to $1,500.

## Intent of the Language
The intent of all three tuition assistance programs is to provide a benefit to workers, retirees and children of workers.

## Supporting Documents

3

## Beneficiaries

Primary beneficiaries – The UAW-represented Daimler Chrysler workers are the primary beneficiaries of this program. Each worker is able to select courses and pursue personal educational goals with monetary assistance from TAP.

Secondary beneficiaries – Retired UAW-represented workers also benefit from the limited assistance provided them and to their dependent children.

The dependent children of workers and retirees also receive the benefit of this negotiated program.

## Utilization and Program Budgets History

With each new contract, and the increases in benefit levels the budget for TAP has increased.

ProgramHistories.doc 6/29/04

# Tuition Assistance Plan (TAP) Flow Chart



## Tuition Assistance Program
### Flow chart explanation

The Tuition Assistance Program (TAP) is comprised of three (3) separate programs, each negotiated in a separate letter in the Agreement between the UAW and DaimlerChrysler. Although many sub-processes are involved in the program's administration, primarily the procedure is to receive applications for tuition assistance and process the applications for the students. The flow chart and explanation below outline the general process for students to receive tuition assistance.

- Worker obtains application, completes and submits the form to the TAP office for processing.

- The TAP office:

    - Dates the application
    - Verifies the worker is contractually eligible for the program
    - Verifies that the school and course meet the program standards
    - Verifies that the worker has funds available

- If any of the above verifications indicate that the student, school or course is not eligible under the program, further processing is needed.

    - An ineligible student is checked again for eligibility, and if the system rejects the worker's employment status, a denial letter is sent to the worker
    - On-site: A new course or school is referred to the TAP Curriculum review committee if the course is to be conducted on-site at a DaimlerChrysler facility, or an NTC Regional Center
    - Off-site: An application for a new course or school held off-site or online is reviewed by the TAP office for accreditation, cost, state licensing and other criteria standards set by the committee
    - If the school or course does not meet NTC TAP standards, a rejection letter is sent to the worker

- If the TAP application is approved, a voucher is sent to the worker to sign and submit to the school

- The school invoices the NTC, after the appropriate drop-add period criteria is met, for the amount of tuition approved

- The TAP office processes TAP payments to schools monthly by submitting tapes to the DaimlerChrysler CheckWriter system for monthly TAP payment runs

- DaimlerChrysler CheckWriter mails a check to the school

1.    Circle of Life Reference Manual         | 10 |

**UAW-DaimlerChrysler National Training Center Reference Manual**

**Circle of Life Programs**

## Program Description

The Circle of Life Program, formerly known as Child/Elder Care Program, was developed to assist UAW-represented employees with work/family issues that they face on a daily basis. For the past seven years, the Circle of Life Programs, along with corporate-sponsored programs servicing non-represented employees, has been awarded recognition, positioning DaimlerChrysler on Working Mother magazine's list of "100 Best Companies for Working Mothers".

Currently there are nine (9) programs that fall under the Circle of Life umbrella:

Alliance for Children & Working Families (Alliance) After-School Program is a collaboration between the joint programs at NTC, Ford and GM, and Communities in Schools to provide after-school programs to Alliance children and the community. In 2000 the Alliance partnered with Communities in Schools, 10 Detroit area schools, and their community partners to help give kids the opportunity to reach their full potential through after-school programs.

The Dependent Care Assistance Plan (DCAP) offers UAW-represented employees the opportunity to contribute up to $5,000 of pre-tax income into an account to help cover the costs of child care, before & after school programs, summer camp, or care for an elderly dependent family member. Available to employees since June 2000, participants determine their spending limit for the upcoming year. The money is then deducted from paychecks and deposited into a DCAP account and claims are filed throughout the year.

The National Child Care Network program was created solely for UAW-represented employees of DaimlerChrysler. This program offers a 10% discount on the cost of childcare at approximately 1,600 childcare centers across the country. Participating centers affiliated with national chains, as well as centers operated independently must meet the highest national childcare quality standards and are periodically monitored for quality. Centers not meeting the quality standards are removed from the Network. Additionally, materials have been developed to increase employees' awareness in identifying a quality childcare center to assist in selecting the right center to meet their child's needs.

The Safe at Home Program provides Detroit area UAW-represented employees low cost emergency/back-up care for their children when their regular child care arrangements aren't available, or their child is too sick to attend day care or school. Upon request by the employee, this program will send a qualified caregiver to their home to provide the care needed so they can go to work. NTC subsidizes 80% of the cost of this service for up to 80 hours of care per year.

Implemented in 1991, the Family Resource & Referral Program offers a comprehensive menu of services especially designed to promote work and family balance. Covering the full life cycle, employees can access this free program 24 hours a day, 7 days a week by calling an 800 number to speak with a Care Consultant. Care Consultants are trained and specialize in work/family/life topics. In addition to making referrals to services available in the community, they provide books, videos, CD's and literature based on employee's needs. Additionally, employees can also access thousands of "helping hand" sheets and related articles to help enrich their families' lives through NTC's website.

Ask the Expert Sessions, formerly Parent Education Sessions provide qualified on-site Work/Life consultants in two-hour stints to offer brief educational consultations and materials to employees on a variety of work/life topics at all UAW-represented DaimlerChrysler locations. Training facilitators select topics drawn from a list of approximately 150 work/life topics.

NTC provides a 20% subsidy for the school age Summer Camp Program for a network of 17 licensed summer camps in the metro Detroit area for the children of UAW-represented employees. Summer camp selection is based on zip codes highly populated with UAW-represented DCX employees. Summer camps provide quality programs, recreational activities, and enrichment programs.

The YMCA of Greater Toledo has provided before & after school programs and summer camps since December 2000 at 45 Toledo-area locations for UAW-represented families. NTC provides a 20% subsidy for these services, which was expanded to provide early openings and late closings at select locations to accommodate 1st and 2nd shift employees.

Introduced in 2003, the Elder Care Geriatric Assessment Program is the most recent addition to the Circle of Life Programs. This nationwide program helps employees determine what professional services are available to help with the care of their elderly family members. Active UAW-represented employees can obtain a free consultation to determine their eligible elderly family member's needs – then get help finding solutions. Initial observations, written assessments of services recommended and resources available are compiled and passed on to the employee or elderly family member.

## Program History and Related Contractual Language

During 1985 negotiations and in each subsequent agreement, the Corporation and the UAW acknowledged that child care was one of the most important issues facing our employees. As a result of this acknowledgement and through Letter 104, several programs were developed to assist employees with work/family issues faced on a daily basis. In 2002 a decision was made by NTC to assign an identity to these programs depicting the cross-generational scope of the resources available to UAW-represented employees. Designed to promote and encourage greater use of these services, as well as reflecting the wide range of assistance available, child/elder care became Circle of Life Programs.

In 1997 the NTC, together with committees from UAW-Ford and UAW-GM collaborated in an effort to develop and identify cost-effective, efficient ways to make additional and higher quality child care and consumer education services available to UAW-represented employees of the Big Three automakers. Through this collaboration, called The Alliance for Children and Working Families, there were nine (9) programs developed. While some programs were discontinued due to inefficiencies or budget cuts, and with individual companies moving in different directions with respect to ongoing programs, the language in Letter 104 supports continuation and expansion of Alliance programs.

The current programs are listed under Program Description; however listed below are several programs that were piloted, but have since been discontinued either due to budget constraints or low utilization.

Huntsville Child Development Center | Child Care Apprenticeship Program
Alliance Close to Home Program | Alliance Back-up Care Programs
Alliance Summer Camps | Alliance/Communities in Schools Summer Camps
Alliance Summer of Services Program | Alliance Priority Child Care Program
Gathering Place discounted care | Gathering Place emergency/back-up care
Convenience and Concierge services

The key discontinued program was the Huntsville Child Development Center. Opened in 1992, the center was considered state-of-the-art and was quickly benchmarked as one of the best in the country. Due to low employee utilization and the high costs relating to running the center, in August 2003 a decision was made to close this facility.

Listed below are new programs the Committee has investigated developing. Requests for Proposals were completed; however due to budget constraints, were never implemented.

➢ Nationwide expansion of back-up/emergency care programs in pilot locations
➢ Expansion of National Child Care Network to include in-home care centers in pilot locations
➢ Discounted priority care in pilot locations
➢ Partnering with Rainbow Rascals to build child care facilities in Kokomo and at the Technology Training Center in Warren

## Intent of the Language

The intent of the language of Letter 104 provides that "child and elder care are two of the most important issues facing our employees". Initiated in the 1985 Agreement, it has been expanded in every agreement since that time to include additional or enhanced services. The language affirms that these programs are considered priority by the joint partners and allows continued research, development, oversight, and monitoring of child and elder care programs. The language also enables NTC funding for programs and services supporting employee's work/family needs.

## Supporting Documents

➢ National Child Care Network flyer
➢ Safe at Home flyer
➢ Summer Camp flyer
➢ DCAP flyer
➢ Resource & Referral flyer
➢ Elder Care Geriatric Assessment Program flyer
➢ Alliance for Children and Working Families After-School Program flyer

## Beneficiaries

Primary Beneficiaries – UAW-represented DaimlerChrysler employees and their families through NTC's support with programs for employees to help balance their work and family needs.

Secondary Beneficiaries – By easing the stress that some employees may experience in their personal lives and which may affect their co-workers, these programs also benefit the DaimlerChrysler facilities in which these employees work, encouraging quality work and lower absenteeism.

1.    Employee Assistance Reference Manual

$$\boxed{11}$$

<hr>

## Employee Assistance Program

### Program Description

The UAW-DaimlerChrysler Employee Assistance Program (EAP) is a joint program for hourly and salaried UAW-DaimlerChrysler employees that provides referral services to resources that can assist employees with personal problems that affect job performance and personal well-being. These services not only apply to employees of DaimlerChrysler Corporation, but in some instances are also extended to family members of the employee as well.

The program takes a "broad brush" approach in providing referral services. Substance abuse and mental health problems are addressed, but so are other life impacting issues such as financial, stress, grief and loss, domestic violence, gambling, eating disorders, family problems, etc.

Referral services may be arranged through a trained EAP Representative at the local plant level, or self-initiated through a National Hotline contact service. Either method of entry into the EAP is designed to provide confidentiality of services while maintaining the dignity and respect of the employee seeking assistance. Referrals into the EAP may also be made by a friend, fellow employee, family member, supervisor or union representative. The Program is voluntary in that employees are not obligated to act on a referral, and cannot be penalized for seeking assistance through the EAP.

Components of the Employee Assistance Program include:

- Employee Assistance Representatives - composed of both UAW and management employees who have been trained to conduct intake, referral, follow-up and program promotional activities.

- UAW-DaimlerChrysler National Training Center National EAP Steering Committee - responsible for developing and delivering training programs that support the use of the EAP, facilitate the operation of the EAP, promote Program use, assess the effectiveness of the Program and serve as a process advisor for EAP Representatives.

- Managed Care Unit (MCU) - serves as a referral agent for employees who elect to secure assistance through the National Hotline method. The MCU also determines the most appropriate sourcing for employees working through the local EAP Representative and performs administrative services facilitating the process.

- Critical Incident Response Team (CIRT) - Composed of the members of the National EAP Steering Committee and a Mental Health Professional. The Team is deployed to locations where a traumatic event has occurred that is beyond the scope of normal experience, and that has affected the ability of a significant number of employees to perform normal work requirements. Deployment is initiated through a joint request by the Ranking members of management and the UAW, and usually is effected within 24-72 hours of the event.

Operating Philosophy of the EAP:

- Employees are employees for only part of the day. "They are 24 hour people."

- In addition to work related problems, problems affecting employees on the outside can also affect employees on the job, thereby reducing their job effectiveness.

- By enabling employees to address problems that can potentially impact their ability to perform job responsibilities, both the employee and the corporation benefit.

- EAP Representatives on site can assist an employee who may be reluctant or uninformed about how to seek help on their own.

- Managed care units help reduce program costs by sourcing employees to the best suited and most cost efficient means to obtain program services.

- Early intervention and referral to the appropriate resource(s) maximizes the number of options available and improves the chances for successful resolution of the issues involved.

## Program History and Related Contractual language

In 1935 a number of events occurred that all formed the foundation for development of Employee Assistance Programs.

- The UAW was formed - a union founded on the principle of improving work conditions for represented employees.

- The Social Security Act was passed and provided a "safety net" for employees of retirement age or who were otherwise unqualified for work as detailed in the Act.

- Alcoholics Anonymous was formed which is the basis for all subsequent Employee Assistance Programs.

In the 1950's Lou Presnel was brought in to run a counseling operation for alcoholism at Kenicott Mines. He extended assistance to other areas which eventually became recognized as the modern basis for EAP programs, e.g., substance abuse, family problems, mental problems, etc. Approximately 10 years later the John Deere Company became first major manufacturer incorporating language pertaining to treatment of alcoholism. By the 1970's employee benefit coverage emerged for treatment of alcoholism.

U.S. Senator Hughes was instrumental in passing an Act establishing the National Institute on Alcohol Abuse and Alcoholism. The Occupational Programs Branch promoted a joint management and Union approach to developing EAP's. It gave money to states to train and develop personnel to deal with employee assistance issues (2 per state, to become known as the "Thundering 100").
In 1973 a joint Alcohol/Substance Abuse Program letter established a local level program at Chrysler Corporation . However, no resources were allocated to support it. It was followed in the 1976 National Agreement by establishment of the CURB Program, "Chrysler-UAW Alcohol and Drug Abuse Recovery Benefit Program." CURB representatives were appointed and the Program was implemented in the following two years.

In 1985 the UAW-DaimlerChrysler National Training Center was given CURB Program development responsibilities. Recognizing the need to expand the limited scope of the CURB Program, in 1986 an

EAP sub-committee was formed that directed the appointment of EAP representatives at each facility, created training program supports, and established overall Program administrative responsibility.

Letters #109 and #3 provide contractual language for creation and maintenance and reporting requirements for EAP programs. Letter 109 states in part, "It is the Corporation's Union's mutual interest to provide a framework within which UAW-represented employees voluntarily and confidentially may seek professional counseling, treatment. family interventions, or other assistance and information about which benefits are available to address such problems."

Letter 3 states in part, "...the International Union, UAW may appoint an Employee Assistance Program (EAP) Representative from among those employees who have seniority under the National Production and Maintenance , Office & Clerical...Agreements..." The original language of the Agreement establishing the EAP at DaimlerChrysler was adopted in 1988, and revised in subsequent Agreements to include Critical Incident Response Teams in 1993 and Workplace Violence Prevention Programs in 1996. The program was continued Agreements reached in 1999, and 2003.

## Intent of Language

The intent of the collective language pertaining to the Employee Assistance Program, Critical Incident Response Teams, and Workplace Violence Prevention Program is to provide a comprehensive means to address issues that can adversely affect the productivity and lives of DaimlerChrysler employees in a preventative fashion where possible, and in a remedial means where required.

## EAP Training Certification

In the 2000 National PM&P Agreement the EAP Training Certification Program was created. This program consists of twelve (12) different EAP core technology courses. The curriculum was expanded from Western Michigan University's Health and Human Services undergraduate Employee Assistance major into a seminar format developed for the UAW-DaimlerChrysler National Training Center. Course topics are:

1. Introduction tom EAP: EAP Structure and Process in the Work Setting
2. EAP Assessment Interviewing
3. EAP Consultation and Interviewing
4. EAP Administration

## Beneficiaries

The employee benefits from the Employee Assistance Program by having a means to access helpful resources for themselves and their families in a confidential and supportive manner.

The Corporation benefits from the Employee Assistance Program by maintaining a productive and focused workforce.

Family members benefit from the Employee Assistance Program by having resources at their disposal to address personal and family issues that if left unresolved, could affect the employee's ability to maintain employment status with the Corporation.

UAW and DaimlerChrysler leadership benefit from the program by having a defined system in which to resolve issues that could jeopardize employee safety or job status.

# EAP Referral Process Model



**UAW-DaimlerChrysler National Training Center Reference Manual**

---

## Employee Assistance Program

### Flow Chart Description

- There are a number of ways to connect an employee in need with appropriate helping resources. The employee may initiate the process by either contacting an Employee Assistance Program Representative, or by contacting the service provider or managed care unit directly.

- A referral to the EAP Representative may also be made on behalf of the employee by a UAW Representative, supervisor, co-worker, family member, or the plant Medical Department. The referral is not mandatory and may be declined by the employee. However, if accepted, the employee will be assisted by a trained EAP Representative who will guide the employee in determining the problem to be addressed, effecting a referral to the approppriate service provider, and performing follow-up activities in a confidential manner. The EAP Representative is supported through the Joint NTC EAP National Steering Committee.

- The EAP Representative will work with the Managed Care Unit if the insureance carrier is Blue Cross/Blue Shield to source employees to the appropriate provider(s). Assistance will also be provided to connect employees with non-Blue Cross/Blue Shield insurance carriers directly for services.

- The EAP Representative will track and perform follow-up services for employees using the managed care unit as a contact point between the employee and the service provider.